UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 3597**

-------------------------------------------------------------------- x

COLUMBIA PICTURES INDUSTRIES, INC.,     :
SONY PICTURES RELEASING CORPORATION,    :
SONY PICTURES HOME ENTERTAINMENT INC.,  :
and MARVEL CHARACTERS, INC.             :

**JUDGE SWAIN**

                  Plaintiffs,     :

**COMPLAINT**

   - against -     :

JOHN and JANE DOE Nos. 1 through 100, and XYZ     :
Company Nos. 1 through 100,

              Defendants.     :

MAY 0 4 2007

-------------------------------------------------------------------- x

Plaintiffs, by their attorneys, Moses & Singer LLP, respectfully allege as follows:

## NATURE OF THE ACTION

1.     This is an action arising out of the unauthorized importation, manufacture, distribution, sale and commercial exploitation of counterfeit copies of Plaintiffs' copyrighted and trademark-protected motion pictures including but not limited to, "Spider-Man 3" ("Spider-Man 3").

2.     The claims in this action are for copyright infringement, trademark infringement including counterfeiting, unfair competition and unjust enrichment.

## FACTS COMMON TO ALL CLAIMS

### PARTIES

3.     Plaintiff Columbia Pictures Industries, Inc. ("Columbia") is a Delaware corporation with a principal place of business at 10202 West Washington Boulevard, Culver City, California.  Columbia is indirectly owned by Sony Pictures Entertainment Inc., which is a

wholly-owned subsidiary of Sony Corporation. Columbia is in the business, inter alia, of producing motion pictures.

4. Sony Pictures Releasing Corporation ("SPR") is a Delaware corporation with a principal place of business at 10202 West Washington Boulevard, Culver City, California. SPR is the exclusive United States theatrical distributor of motion pictures produced by Columbia, including Spider-Man 3.

5. Sony Pictures Home Entertainment Inc. ("SPHE") is a Delaware corporation with a principal place of business at 10202 West Washington Boulevard, Culver City, California. SPHE is the exclusive home entertainment distributor of DVD and Blu-ray Disc copies of motion pictures produced by Columbia, including Spider-Man 3.

6. SPR and SPHE are collectively referred to herein as "Sony."

7. Marvel Characters, Inc. ("Marvel") is a Delaware corporation with a principal place of business at 9242 Beverly Boulevard, Suite 350, Beverly Hills, California 90210.

8. Defendants John and Jane Doe Nos. 1 through 100 and XYZ Company Nos. 1 through 100 are persons and entities, the identity of which are not yet known to Plaintiffs, that have without license or other authority, imported, manufactured, distributed, exhibited, offered for sale, sold or otherwise commercially exploited the motion pictures that are the subject of this action or who are vicariously or contributorily liable for such unlawful exploitation.

JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction over this action based upon 28 U.S.C. §§1331 and 1338(a), and 15 U.S.C. §1121(a).

10. Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b) and 1400(a).

PLAINTIFFS' OWNERSHIP OF COPYRIGHTS AND TRADEMARKS IN SPIDER-MAN 3

11.    In 2007, Columbia released Spider-Man 3, an original motion picture, which is copyrightable subject matter under the Copyright Act, 17 U.S.C. § 101 et seq.

12.    Columbia pre-registered its copyright in Spider-Man 3 (the "Spider-Man 3 Copyright") pursuant to 17 U.S.C. §408(f) on or about August 28, 2006. A copy of the confirmation of pre-registration is annexed hereto as Exhibit 1.

13.    Columbia has complied in all respects with the provisions of the Copyright Act for the pre-registration of the Spider-Man 3 Copyright, which pre-registration is in full force and effect.

14.    On or about May 1, 2007, Columbia filed an application, on an expedited basis, to register its copyright in Spider-Man 3 with the U.S. Copyright Office pursuant to 17 U.S.C § 409. A copy of the filing receipt issued by the Copyright Office for this application is also annexed hereto as part of Exhibit 2.

15.    Marvel has a trademark registered with the U.S. Patent and Trademark Office in the name "Spider-Man" for use in connection with entertainment services rendered through the mediums of television and film exhibitions (the "Spider-Man Trademark"). A copy of the Spider-Man Trademark and its federal trademark registration number are attached as Exhibit 3. In addition, Marvel has significant common law trademark rights in the Spider-Man name and character that extend beyond the uses specified in the federal registration.

16.    The character Spider-Man is famous and distinctive and products bearing its name and likeness are sold throughout the United States and internationally. The Spider-Man Trademark is a famous and distinctive trademark.

17.    Marvel has complied in all respects with the provisions of the Lanham Act for the registration of the Spider-Man Trademark, which registration is in full force and effect.

18. Under license from Marvel, Columbia owns the exclusive right to use the Spider-Man Trademark in connection with three motion pictures produced by Columbia using the Spider-Man character (the "Spider-Man Motion Pictures") including the distribution of copies of Spider-Man 3.

19. Columbia has registered trademarks with the U.S. Patent and Trademark Office in the name "Columbia Pictures" and in its familiar logo of a statue of a woman on a pedestal holding a torch, surrounded by clouds (the "Lady and Clouds Logo Mark"), both of which are used in connection with the production, distribution, promotion and packaging of motion pictures (collectively, the "Columbia Trademarks"). The federal trademark registration numbers of the Columbia Trademarks are listed in Exhibit 4.

20. Columbia has complied in all respects with the provisions of the Lanham Act for the registration of the Columbia Trademarks, which registrations are in full force and effect.

21. Columbia products are widely distributed throughout the United States and internationally. The Columbia Trademarks are famous and distinctive trademarks.

## PLAINTIFF'S OWNERSHIP OF COPYRIGHTS AND TRADEMARKS IN OTHER MOTION PICTURES

22. Columbia and Sony have released a number of other original motion pictures, which are copyrightable subject matter under the U.S. Copyright Act (the "Columbia/Sony Motion Pictures").

23. Columbia and Sony own copyrights in the Columbia/Sony Motion Pictures (the "Columbia/Sony Copyrights").

24. Columbia and Sony have registered their copyrights in the Columbia/Sony Motion Pictures. A list of the titles of the Columbia/Sony Motion Pictures and copies of the corresponding certificates of copyright registration are attached as Exhibit 5.

582122v5  010829.0101                                4

25.    Columbia and Sony have complied in all respects with the provisions of the Copyright Act for the registration of copyrights in the Columbia/Sony Motion Pictures, which registrations are in full force and effect.

DEFENDANTS' UNLAWFUL ACTIONS

26.    During the period May 1-3, 2007, Spider-Man 3 was released for theatrical exhibition in certain countries outside of the United States.

27.    On or about May 4, 2007, Spider-Man 3 will be released for theatrical exhibition in the United States.

28.    On or before May 4, 2007, the Defendants began and still continue the unauthorized importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of Spider-Man 3 in the United States and other countries.

29.    Before May 1, 2007, the Columbia/Sony Motion Pictures were released for theatrical exhibition in the United States.

30.    Before May 1, 2007, Defendants began and still continue the unauthorized importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of the Columbia/Sony Motion Pictures in the United States and other countries.

31.    The infringing and counterfeit copies of Spider-Man 3 and the Columbia/Sony Motion Pictures are generally recorded in theaters using hand-held recording equipment, and these recordings are transferred to a home computer where a "master-recording" is made. In such cases the "master-recording" would typically be sold to illicit source labs to be illegally duplicated, packaged and prepared for sale on the streets in DVD-R format.

32.     Spider-Man 3 has not yet been authorized for theatrical release or home entertainment distribution in the United States. Therefore, any copies of Spider-Man 3 on any disc format at this time are unauthorized and unlawful.

33.     The infringing and counterfeit copies of Spider-Man 3 imported, manufactured, distributed, exhibited, offered for sale, sold or otherwise commercially exploited by Defendants contain, are wrapped in packaging using, or are otherwise distributed in connection with the Columbia Trademarks and/or the Spider-Man Trademark, all without Plaintiffs' consent.

34.     The infringing and counterfeit copies of the Columbia/Sony Motion Pictures imported, manufactured, distributed, exhibited, offered for sale, sold or otherwise commercially exploited by Defendants contain, are wrapped in packaging using or are otherwise distributed in connection with the Columbia Trademarks, all without Plaintiffs' consent.

35.     The unauthorized importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of Spider-Man 3 and the Columbia/Sony Motion Pictures by Defendants before and after the theatrical and/or video sale and rental release of the motion pictures for exhibition in the United States will substantially diminish the number of tickets sold for lawful exhibitions of Spider-Man 3 and the Columbia/Sony Motion Pictures and the resultant negative attention and publicity attracted by Defendants' infringements will further substantially diminish the number of tickets sold for lawful exhibitions of Spider-Man 3 and the Columbia/Sony Motion Pictures, as well as the future sales and rentals of lawful copies of each of these motion pictures in DVD and other video formats.

36.     The unlawful copies of Spider-Man 3 and the Columbia/Sony Motion Pictures imported, manufactured, distributed, exhibited, offered for sale, sold and otherwise exploited by Defendants are of a quality that is inferior to the copies of the motion pictures lawfully exhibited

and distributed by Plaintiffs. The resultant negative attention and publicity attracted by Defendants' infringement will diminish the reputation of Spider-Man 3 and the Columbia/Sony Motion Pictures, as well as of Columbia, Sony and Marvel, and will reduce the revenues associated with Spider-Man 3, the Columbia/Sony Motion Pictures and with other Columbia , Sony and Marvel products and services. In addition to diminishing Plaintiffs' revenues, Defendants' unlawful conduct has injured and will continue to injure Plaintiffs' commercial credibility with distributors and customers, and will inhibit their ability to finance the future production of motion pictures, thereby affecting Plaintiffs' future economic growth.

37.     The unlawful copies of Spider-Man 3 and the Columbia/Sony Motion Pictures marketed and sold by Defendants are frequently mislabeled and actually contain unlawful copies of other motion pictures. This practice causes great confusion to Plaintiffs' customers and diminishes the movie-going public's interest in movie franchises such as the Spider-Man Motion Pictures, and as a result causes Plaintiffs incalculable damages through lost revenue.

38.     Plaintiffs are entitled to recover from Defendants the damages sustained by Plaintiffs as a result of Defendants' acts of copyright and trademark infringement, together with Defendants' profits, the statutory damages provided by both the Copyright Act and the Lanham Act, Plaintiffs' counsel fees and the costs of this action. Plaintiffs are not yet able to ascertain the full extent of the gains, profits and advantages Defendants have obtained and will continue to obtain, or the damages Plaintiff has suffered and will continue to suffer, by reason of Defendants' unlawful acts of infringement (collectively "Plaintiffs' Damages").

39.     Upon information and belief, Defendants are and will be without the resources needed to pay Plaintiffs' Damages or have concealed or will conceal their resources to avoid

paying Plaintiffs' Damages once they are aware that this action has been commenced against them.

40.    Unless enjoined and restrained, Defendants' conduct threatens to further infringe Plaintiffs' copyright and trademark rights and interests in Spider-Man 3.

41.    Unless enjoined and restrained, Defendants' conduct threatens to further infringe Plaintiffs' copyright and trademark rights and interests in the Columbia/Sony Motion Pictures.

42.    Irreparable harm to Plaintiff is imminent and continuing as a result of Defendants' aforesaid conduct, and Plaintiffs are without an adequate remedy at law.

## FIRST CLAIM (COPYRIGHT INFRINGEMENT)

43.    Columbia owns the Spider-Man 3 Copyright, under which copyright Sony holds certain exclusive rights, and Columbia and Sony own the Columbia/Sony Copyrights, as aforesaid.

44.    Defendants have been and are continuing the unauthorized importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of the motion pictures in which Plaintiffs own copyrights, as aforesaid.

45.    By reason of the foregoing, Defendants have infringed and are continuing to infringe Plaintiffs' rights under the Spider-Man 3 Copyright and the Columbia/Sony Motion Pictures Copyrights, or are vicariously or contributorily liable for the same.

## SECOND CLAIM (FEDERAL TRADEMARK INFRINGEMENT)

46.    Marvel owns the Spider-Man Trademark and Columbia owns the Columbia Trademarks and certain exclusive rights under the Spider-Man Trademark.

47.    Defendants have been and are continuing the unauthorized importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of

motion pictures in connection with the Spider-Man Trademark and the Columbia Trademarks, as aforesaid.

48.    Defendants' acts as aforesaid have caused and will cause a likelihood of confusion as to the source, origin and sponsorship of such motion pictures.

49.    By reason of the foregoing, Defendants have infringed and are continuing to infringe Columbia's rights under the Columbia Trademarks and the rights of Marvel and Columbia under the Spider-Man Trademark, or are vicariously or contributorily liable for the same.

### THIRD CLAIM (FEDERAL TRADEMARK COUNTERFEITING)

50.    Defendants have been and are continuing the unauthorized importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of motion pictures in connection with the Columbia Trademarks and the Spider-Man Trademark, as aforesaid.

51.    By reason of the foregoing, Defendants have used and are continuing to use counterfeit marks, namely, the Columbia Trademarks and the Spider-Man Trademark in connection with the sale, offering for sale, or distribution of goods within the meaning of 15 U.S.C. §1116(d) , or are vicariously or contributorily liable for the same.

### FOURTH CLAIM (FEDERAL UNFAIR COMPETITION)

52.    Defendants' importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of the aforesaid illegal and infringing copies of Spider-Man 3, and of the Columbia/Sony Motion Pictures, in connection with the Columbia Trademarks and the Spider-Man Trademark, as aforesaid, constitute the application of a false designation of origin to their goods.

53. Defendants' acts as aforesaid have caused and will cause a likelihood of confusion as to the source, origin and sponsorship of such goods.

54. By reason of the foregoing, Defendants are applying a false designation of origin to their goods within the meaning of 15 U.S.C. §1125(a) , or are vicariously or contributorily liable for the same.

### FIFTH CLAIM (STATE TRADEMARK INFRINGEMENT)

55. Marvel owns the Spider-Man Trademark and Columbia owns the Columbia Trademarks and certain exclusive rights under the Spider-Man Trademark, as aforesaid.

56. Defendants have been and are continuing the unauthorized importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of motion pictures in connection with the Columbia Trademarks and the Spider-Man Trademark, as aforesaid.

57. Defendants' acts as aforesaid have caused and will cause a likelihood of confusion as to the source, origin and sponsorship of such motion pictures.

58. By reason of the foregoing, Defendants have infringed and are continuing to infringe Plaintiffs' rights in the Columbia Trademarks and the Spider-Man Trademark under state law, or are vicariously or contributorily liable for the same.

### SIXTH CLAIM (STATE UNFAIR COMPETITION)

59. Defendants' importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of the aforesaid illegal and infringing copies of Spider-Man 3, and of the Columbia/Sony Motion Pictures, in connection with the Columbia Trademarks and the Spider-Man Trademark, as aforesaid, constitute the passing off of Defendants' goods as those of Plaintiffs.

582122v5  010829.0101                        10

60.    Defendants' acts as aforesaid have caused and will cause a likelihood of confusion as to the source, origin and sponsorship of such goods.

61.    By reason of the foregoing, Defendants have unfairly competed and are continuing to unfairly compete with Plaintiffs under state law, or are vicariously or contributorily liable for the same.

## SEVENTH CLAIM (UNJUST ENRICHMENT)

62.    Defendants are deriving revenue, money and other economic gain from the importation, manufacture, distribution, exhibition, offering for sale, sale or other commercial exploitation of the aforesaid illegal and infringing copies of Spider-Man 3, and of the Columbia/Sony Motion Pictures

63.    It is against equity and good conscience to permit Defendants to retain their illegal profits and gains.

64.    By reason of the foregoing, Defendants have been and are being unjustly enriched at Plaintiffs' expense.

WHEREFORE, Plaintiffs pray as follows:

1.    For a preliminary and permanent injunction

(a)    enjoining Defendants and all persons acting in concert with them from importing, manufacturing, reproducing, distributing, displaying, exhibiting, advertising, promoting, offering for sale and/or selling any material which infringes the Spider-Man 3 Copyright, the Columbia/Sony Motion Picture Copyrights, the Columbia Trademarks, the Spider-Man Trademark and any of Plaintiffs' other copyrights and trademarks, and

(b)    ordering the ex parte seizure of

(i)      all infringing copies and phonorecords, all plates, molds, matrices, masters, tapes, film negatives or other articles by means of which such copies or phonorecords may be reproduced, and all electronic, mechanical or other devices for manufacturing, reproducing or assembling such copies or phonorecords, and

(ii)      all counterfeit goods and marks and the means of making such goods and marks, and records documenting the manufacture, distribution, sale, or receipt of things involved in such violation, and

(iii)      all monies, funds or other forms of remuneration, in the currency of the United States or any other country which is found in the possession of Defendants or any of their agents, associates or other operatives, and

(c)      ordering Defendants and all persons acting in concert with them and to deliver to the Court for destruction or other reasonable disposition all materials and means for producing infringing or counterfeit goods or other materials in Defendants' possession or control.

2.      Under the First Claim, for Plaintiffs' Damages in an amount in to be determined at trial, plus interest, or alternatively, for statutory damages as prescribed by the Copyright Act, as Plaintiffs may elect.

3.      Under the Second, Third and Fourth Claims, for Plaintiffs' Damages in an amount to be determined at trial, that amount to be trebled pursuant to 15 U.S.C. §1117, plus interest, or alternatively, for statutory damages as prescribed by the Lanham Act, as Plaintiffs may elect.

4.      Under the Fifth and Sixth Claims, for Plaintiffs' Damages in an amount in an amount to be determined at trial, plus punitive damages.

5.    Under the First, Second, Third, Fourth, Fifth, Sixth and Seventh Claims, for an order directing Defendants to disgorge all profits, gains, revenue or other benefit received or derived from the sale of Spider-Man 3 and the Columbia/Sony Motion Pictures.

6.    For Plaintiffs' reasonable attorneys' fees and the costs of this action.

7.    For such other and further relief as the Court deems just and proper.

Dated: May 4, 2007
          New York, New York

MOSES & SINGER LLP
Attorneys for Plaintiff

By: _____
      W. Drew Kastner (WK-7251)
      405 Lexington Avenue
      The Chrysler Building
      New York, New York 10174-1299
      (212) 554-7800 (voice)
      (212) 554-7700 (facsimile)



cop-rc@loc.gov                    To: kathleen_marshall@spe.sony.com
09/14/2006 02:06 AM               cc:
                                  Subject: Notification from the Electronic Copyright Office (eCO) system

This is to notify you that:

      Preregistration has been completed for the work Spider-Man 3 under the
number PRE000000271. Below you will find a full summary of the contents of
this preregistration record as it exists within the Copyright Office records.

      This Notification provides a copy of required information in the Office's
formal and permanent record of the preregistration of this claim. This
Notification is not the equivalent of a certificate of registration, which is
provided for in section 410(c) of the copyright law.

      Please be advised that preregistration is not a substitute for
registration, but is a preliminary step prior to a full registration that
should take place after the work has been published or infringed. Failure to
complete registration within the earlier of 3 months after the first
publication of the work or 1 month after you have learned of an infringement
will deprive you of important rights and remedies under the copyright law. For
more information see Section 408(f) of the copyright law.

      When you complete the application for full registration, be sure to give
the preregistration number PRE000000271 in space 5 to enable the two records
for the particular work to be cross-referenced.

Preregistration Number: PRE000000271
Effective Date of Preregistration: 08/28/2006
Class(es) of Work: Motion Picture

Title: Spider-Man 3

Additional Title(s):

Author(s): Columbia Pictures Industries, Inc.

Claimant(s):

      Columbia Pictures Industries, Inc.
      10202 W. Washington Blvd., SPP, Suite 1006, Culver City, CA, 90232

Description of the work: Directed by: Sam Raimi. Cast: Tobey Maguire,
Kirsten Dunst, James Franco, Thomas Haden Church, Topher Grace.
Locations: Los Angeles, California, New York, New York.
Second sequel to the 2002 hit SPIDERMAN, which was based on the Marvel comic.
Peter Parker must face new challenges as the elusive superhero Spider-Man in
this third installment.

Date on which creation commenced: 01/16/2006 (Approximately)

RECYCLED

**Thomson CompuMark**
1100 13th St., N.W., Suite 300
Washington, DC 20005
Tel (800) 356-8630
Fax (202) 756-9299
http://compumark.thomson.com

 **THOMSON** ™

May 1, 2007

**Copyright Office Receipt No.** _____

### Re:   Material for filing with the US Copyright Office

To: Register of Copyrights, US Copyright Office

From: Thomson CompuMark

**Contact Name:  Beth Brown**          **Contact Telephone:  202-756-9266**

**Document Type:** Form PA
**Processing Requested:**                    Special Handling
Reason for Requesting Special Handling:    Pending contractual negotiations

**Total Items Enclosed  1**

Item Detail:

SPIDER-MAN 3 - motion picture

**RECEIVED**

MAY 0 1 2007

COPYRIGHT OFFICE
PUBLIC OFFICE

**Additional Information:** Deposit copy includes seven (7) reels of 35mm film, a digital press kit and enhanced audio disk.

For further information or questions, please contact: See space 7

**Processing fees should be deducted from:**
Thomson Compumark Deposit Account DA 061794

**Delivery upon Completion of Processing:**

As indicated on application or cover sheet.

Attached filing(s) submitted to the US Copyright Office by   _Beth Brown_

                                                    Beth Brown

COPYRIGHT OFFICE, LIBRARY OF CONGRESS, WASHINGTON, D.C. 20559-6000          NO. 31819

| DATE & TIME RECEIVED 5/1/07    10:56 (AM)PM | DATE DUE | | |
|---|---|---|---|
| SPECIAL HANDLING FEE _____ Cash _____ | Other _____ | D.A. | $685.00 |
| FILING FEE _____ Cash _____ | Other _____ | D.A. | $ 45.00 |
| DOCUMENT RECORDATION FEE _____ Cash _____ | Other _____ | D.A. | $ 730.00 |
| OTHER SERVICES _____ Cash _____ | Other _____ | D.A. | $ |

D.A. Name: Thomson Compumark    No.: 061794

| received | services | Estimate given by |
|---|---|---|
| ☑ Not examined in I&R | Additional Certificate | $ |
| Form(s)  1 PA | Certifications | $ |
| No. of Copies 7 reels, press kit and disc | Other | $ |
| Document(s) | | |
| Correspondence | TOTAL | $ |
| Cover Letter  1 | REFER TO | |
| Other | | |

**title**

Spider-man 3

received from Thompson Complimart    representing Columbia Pictures    phone

city, state, ZIP
DC

received/approved by RG    date 5/1/07    time 10:55 am

**correspondence** ☐ Date:    ETN:    Examiner:

**routing**    M.C. Notified: Date/Time_____    Initials_____    Initials of Expediter_____

| | in DATE/TIME | out DATE/TIME | INITIALS | | in DATE/TIME | out DATE/TIME | INITIALS |
|---|---|---|---|---|---|---|---|
| Mail Room | | | | Selection | | | |
| Data Prep | | | | Cataloging | | | |
| Examining | | | | CPU | | | |
| Exam. D.O.* | | | | Documents Unit (Docs.) | | | |
| D & A:* | | | | | | | |
| Reg. Numbering | | | | (*for Special Relief Cases only) | | | |

**certificate(s)/**    ☑ Deliver to    ☐ Regular    ☐ Other    Account no.:
**document(s)**    Public Office    Mail    Telephone no.:
_____ Initials
_____ Date
Contact: Beth Brown    Remitter Called:Date/Time_____ Initials_____
Telephone: 202 756 9266

☐ Delivered to Certs. & Docs. By:    Received By:    Date:
Picked up by:    Date:

**notes**    **registration** (or Vol. & Page) no.(s)

**receipt for** **SPECIAL HANDLING** **request**

If you are filing an application for registration, please read the note on the reverse.

REMITTER COPY

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA _____ PAU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

**SPIDER-MAN 3**

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Motion Picture

## 2

**a** NAME OF AUTHOR ▼

Columbia Pictures Industries, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2007 Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month May Day 1 Year 2007
Philippines Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Columbia Pictures Industries, Inc.
10202 W. Washington Blvd.
Culver City, CA 90232-3195

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  PreRegistration: PRE000000271    **Year of Registration** ▼  PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Based on previously published 2002 and 2004 motion pictures entitled Spider-Man and Spider-Man 2. Based on the Marvel Comic Book character Spider-Man. Previously published musical compositions and sound recordings of compositions. Previously published books, magazines, newspapers, artwork, photography, posters and video clips.

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

See Space 9

**b**

Area code and daytime telephone number  ( 310 ) 244-7532    Fax number  ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ►

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of Columbia Pictures Industries, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer    Date    May 1, 2007

Handwritten signature (X) ▼

☞  x _Michael Kramer_

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael Kramer Columbia Pictures Industries, Inc. | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼ 10202 W. Washington Blvd. | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000. |
| | City/State/ZIP ▼ Culver City, CA 90232-3195 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,163,134
Registered Jul. 28, 1981

## SERVICE MARK
### Principal Register

## SPIDER-MAN

Cadence Industries Corporation (Delaware corporation), a.k.a. Marvel Comics Group
575 Madison Ave.
New York, N.Y. 10022

For: ENTERTAINMENT SERVICES REN-DERED THROUGH THE MEDIUMS OF TELE-VISION AND FILM EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use 1966; in commerce 1966.
Owner of U.S. Reg. Nos. 885,910, 959,887 and 1,042,642.

Ser. No. 240,050, filed Nov. 21, 1979.

H. M. FISHER, Primary Examiner

# United States Patent Office

**976,848**
Registered Jan. 15, 1974

## PRINCIPAL REGISTER
### Trademark
### Service Mark

Ser. No. 441,192, filed Nov. 15, 1972

## COLUMBIA PICTURES

Columbia Pictures Industries, Inc. (Delaware corporation)
711 5th Ave.
New York, N.Y. 10022

For: MOTION PICTURES, in CLASS 38 (INT. CL. 16).

First use as early as 1961; in commerce as early as 1961.

For: RENTAL OF MOTION PICTURE PRODUCTION EQUIPMENT, in CLASS 107 (INT. CL. 41).

First use at least as early as Mar. 1, 1970; in commerce at least as early as Mar. 1, 1970.

Applicant disclaims exclusive rights in the word "Pictures," apart from the mark as shown.

Owner of Reg. Nos. 344,799, 831,999, and others.

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 36, 38 and 107

**United States Patent and Trademark Office**

Reg. No. 1,888,250
Registered Apr. 11, 1995

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



COLUMBIA PICTURES INDUSTRIES, INC. (DELAWARE CORPORATION)
10202 W. WASHINGTON BOULEVARD
CULVER CITY, CA 90232

FOR: MOTION PICTURE FILM, PRERE-CORDED VIDEO CASSETTES, VIDEO DISCS AND LASER DISCS FEATURING FULL LENGTH MOTION PICTURES FOR GENERAL RELEASE; PRERECORDED AUDIO TAPES, DISCS AND CASSETTES FEATURING MUSI-CAL AND SPOKEN PERFORMANCES; AND DIGITAL, ANALOG AND MICROCHIP BASED STORAGE AND/OR RETRIEVAL DEVICES IN THE NATURE OF COMPUTER AND VIDEO EQUIPMENT IN FILM, DISC AND CASSETTE FORMATS FEATURING FULL LENGTH MOTION PICTURES, IN CLASS 9 (U.S. CLS. 21, 36 AND 38).

FIRST USE 5–14–1993; IN COMMERCE 5–14–1993.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF THE PRODUCTION AND DISTRI-BUTION OF MOTION PICTURE FILMS; THE PRODUCTION AND DISTRIBUTION OF TELE-VISION PROGRAMS FOR OTHERS AND THE PRODUCTION OF PRERECORDED CAS-SETTES, VIDEO DISCS AND LASER DISCS, PRERECORDED AUDIO TAPES, DISCS AND CASSETTES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 1–0–1993; IN COMMERCE 1–0–1993.

OWNER OF U.S. REG. NOS. 344,799, 1,531,335 AND OTHERS.

THE MARK CONSISTS OF A STATUE OF A LADY ON A PEDESTAL HOLDING A TORCH, SURROUNDED BY CLOUDS, ALL CON-TAINED WITHIN A SQUARE.

SER. NO. 74–406,382, FILED 6–28–1993.

BARBARA S. HUDSON, EXAMINING ATTOR-NEY

RECYCLED

Exhibit 1

Columbia/Sony Motion Pictures

| Motion Picture Title | Author | Theatrical Release Date | Copyright Registration No. | Effective Date of Copyright Registration No. |
|---|---|---|---|---|
| Wind Chill | Revolution Studios Distribution Company, LLC | April 27, 2007 | PRE000000307 (pre-registration no.) | August 23, 2006 (for pre-registration) |
| Vacancy | Screen Gems, Inc. | April 20, 2007 | PRE000000315 (pre-registration no.) | September 29, 2006 (for pre-registration) |
| Perfect Stranger | Revolution Studios Distribution Company, LLC | April 13, 2007 | PA 1-367-905 | April 11, 2007 |
| Are We Done Yet? | Revolution Studios Distribution Company, LLC | April 6, 2007 | PA 1-367-162 | April 04, 2007 |
| Reign Over Me | Columbia Pictures Industries, Inc. | March 23, 2007 | PA 1-366-381 | March 23, 2007 |
| Premonition | Premonition Pictures, Inc. | March 16, 2007 | PA 1-365-091 | March 16, 2007 |
| The Messengers | GHP-3 Scarecrow, LLC | February 2, 2007 | PA 1-347-823 | February 2, 2007 |

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| | |
|---|---|
| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

WIND CHILL

PREVIOUS OR ALTERNATIVE TITLES ▼

FROST BITE

NATURE OF THIS WORK ▼ See instructions

Motion Picture

---

**2**

**a** NAME OF AUTHOR ▼

Revolution Studios Distribution Company, LLC

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2007 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month April Day 27 Year 2007
United States of America          Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TriStar Pictures, Inc.
10202 W. Washington Blvd.
Culver City, CA 90232-3195

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

Screenplays: PAU 2-953-610; PAU 3-011-053 / PreReg: PRE000000307     Screenplays: 2005; 2005 / PreRegistration: 2006

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼ **a**

Previously published musical compositions and sound recordings of compositions.  Previously published books, magazines, newspapers, artwork, photography and posters.  Screenplays (see space 5 above).

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**

Entire motion picture except as described in Space 6A.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**
**Name** ▼                                                      **Account Number** ▼ **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ **b**

See Space 9

Area code and daytime telephone number  ( 310 ) 244-7532                    Fax number  ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the **8**

Check only one ►

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of TriStar Pictures, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer                                                Date   April 27, 2007

**Handwritten signature (X)** ▼

x   _Michael Kramer_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Michael Kramer<br>TriStar Pictures, Inc.<br>**Number/Street/Apt** ▼<br>10202 W. Washington Blvd.<br>**City/State/ZIP** ▼<br>Culver City, CA 90232-3195 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | **9** |
|---|---|---|---|

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



cop-rc@loc.gov

10/04/2006 09:47 AM

To: kathleen_marshall@spe.sony.com
cc:
Subject: Notification from the Electronic Copyright Office (eCO) system

This is to notify you that:

Preregistration has been completed for the work Wind Chill aka Frostbite under the number PRE000000307. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

When you complete the application for full registration, be sure to give the preregistration number PRE000000307 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000000307
Effective Date of Preregistration: 08/23/2006
Class(es) of Work: Motion Picture

Title: Wind Chill aka Frostbite

Additional Title(s):

Author(s): Revolution Studios Distribution Company, LLC

Claimant(s):

Revolution Studios Distribution Company, LLC
10202 W. Washington Blvd., SPP, Suite 1006, Culver City, CA, 90232

Description of the work: Directed by: Greg Jacobs. Cast: Emily Blunt, Ashton Blunt.

Two college students share a ride home for the holidays. When they break down on a deserted stretch of road, they're preyed upon by the ghosts of people who have died there.

Date on which creation commenced: 02/02/2006 (Approximate)
Date of anticipated completion: 03/17/2006 (Approximate)
Date of anticipated publication: 02/02/2007 (Approximate)

Application certified by: Gayle McDonald

[THREAD ID: 1-2RJLQ]

United States Copyright Office

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

PA _____ PAU _____
EFFECTIVE DATE OF REGISTRATION

_____

Month             Day             Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
VACANCY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
Motion Picture

---

## 2

**a** **NAME OF AUTHOR ▼**
Screen Gems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month April     Day 19     Year 2007
St. Maarten, Netherlands Antilles ◄ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Screen Gems, Inc.
10202 W. Washington Blvd.
Culver City, CA 90232-3195

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |

| ☐ CORRESPONDENCE<br>    Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ **Yes** ☐ **No**  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

Screenplay: PAU 3-069-188 / PreRegistration: PRE000000315    Screenplay: 2006 / PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions.  Previously published artwork and photography.
Screenplay (see space 5 above).

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**b**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

**a**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

See Space 9

**b**

Area code and daytime telephone number    ( 310 ) 244-7532        Fax number    ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Screen Gems, Inc.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer                    Date    April 19, 2007

Handwritten signature (X) ▼

x _Michael Kramer_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼ Michael Kramer<br>      Screen Gems, Inc.<br>**Number/Street/Apt** ▼<br>    10202 W. Washington Blvd.<br>**City/State/ZIP** ▼<br>    Culver City, CA 90232-3195 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to *Register of Copyrights*<br>3. Deposit material<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | **9**<br><br>Fees are subject to<br>change. For current<br>fees, check the<br>Copyright Office<br>website at<br>www.copyright.gov,<br>write the Copyright<br>Office, or call<br>(202) 707-3000. |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



cop-rc@loc.gov                        To: kathleen_marshall@spe.sony.com
10/06/2006 11:56 AM          cc:
                             Subject: Notification from the Electronic Copyright Office (eCO) system

This is to notify you that:

    Preregistration has been completed for the work Vacancy under the number PRE000000315. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

    This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

    Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

    When you complete the application for full registration, be sure to give the preregistration number PRE000000315 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000000315
Effective Date of Preregistration: 09/29/2006
Class(es) of Work: Motion Picture

Title: Vacancy

Additional Title(s):

Author(s): Screen Gems, Inc.

Claimant(s):

    Screen Gems, Inc.
    10202 W. Washington Blvd., SPP, Suite 106, Culver City, CA, 90232

Description of the work: Director:  Nimrod Antal.
Cast:  Kate Beckinsale, Luke Wilson, Frank Whaley.
A young, married couple get stranded at a desolate motel and discover hidden video cameras in their room. They soon realize that unless they escape, they'll be the next victims of a snuff film.
Location:  Los Angeles, California

Date on which creation commenced: 09/08/2006 (Approximate)
Date of anticipated completion: 11/15/2006 (Approximate)
Date of anticipated publication: 04/13/2007 (Approximate)

Application certified by: Gayle McDonald

[THREAD ID: 1-2RS5J]

United States Copyright Office

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-905**

EFFECTIVE DATE OF REGISTRATION

April 11, 2007
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
**PERFECT STRANGER**

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Motion Picture (excluding Arabic language subtitles)

**2 a**

NAME OF AUTHOR ▼
Revolution Studios Distribution Company, LLC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?  ☑ Yes  ☐ No
AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ United States
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  2007
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month April Day 11 Year 2007  Nation Egypt

**4**
COPYRIGHT CLAIMANT(S)
Revolution Studios Distribution Company, LLC
2900 W. Olympic Blvd.
Santa Monica, CA 90404

APPLICATION RECEIVED APR 1 2 2007
ONE DEPOSIT RECEIVED APR 1 2 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶
Page 1 of 2 pages

EXAMINED BY _____

CHECKED BY DBC

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

Screenplay: PAU 2-999-133 / PreRegistration: PRE000000270    Screenplay: 2006 / PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions and sound recordings of compositions. Previously published books, magazines, newspapers, artwork, photography, posters, computer / internet software, and television / news clips. Screenplay (see space 5 above).

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**6**

a

b

See Instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

Thomson CompuMark    061794

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

See Space 9

b

Area code and daytime telephone number    ( 310 ) 244-7532    Fax number    ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Revolution Studios Distribution Company, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer    Date    April 11, 2007

Handwritten signature (X) ▼

x _Michael Kramer_

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Michael Kramer
Columbia Pictures Industries, Inc.

**Number/Street/Apt** ▼
10202 W. Washington Blvd.

**City/State/ZIP** ▼
Culver City, CA 90232-3195

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-162**

EFFECTIVE DATE OF REGISTRATION

**APR 0 4 2007**
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**TITLE OF THIS WORK ▼**
ARE WE DONE YET?

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MR. BLANDINGS

**NATURE OF THIS WORK ▼ See Instructions**
Motion Picture

### 2
**a** NAME OF AUTHOR ▼
Revolution Studios Distribution Company, LLC

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

### 3
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2007  Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month  April  Day  4  Year  2007
United States of America  Nation

### 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Revolution Studios Distribution Company, LLC
2900 W. Olympic Blvd.
Santa Monica, CA 90404

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 0 4 2007
ONE DEPOSIT RECEIVED
APR 0 4 2007 (6) 35 mm/L
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY    KSP                    FORM PA

CHECKED BY      DW

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**              **Year of Registration ▼**
Screenplay: PAU 3-046-518 / PreRegistration: PRE000000274          Screenplay: 2006 / PreRegistration: 2006

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Based on the 1948 motion picture "Mr. Blandings Builds His Dream House". Previously published
musical compositions and sound recordings of compositions. Previously published books, magazines,
newspapers, artwork, photography, posters. Screenplay (see space 5 above).

See instructions
before completing
this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                                    Account Number ▼
                                    Thomson Compumark          061734

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
See Space 9

Area code and daytime telephone number  ( 310 ) 244-7532          Fax number  ( 310 ) 244-2366
Email michael_kramer@spe.sony.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Revolution Studios Distribution Company, LLC
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer                                    Date  April 4, 2007

Handwritten signature (X) ▼
         x _Michael Kramer_

**9** Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael Kramer
Columbia Pictures Industries, Inc.
Number/Street/Apt ▼
10202 W. Washington Blvd.
City/State/ZIP ▼
Culver City, CA 90232-3195

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

PA 1-366-381

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

MAR 23 2007
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

### REIGN OVER ME

**PREVIOUS OR ALTERNATIVE TITLES ▼**

### EMPTY CITY; REIGN O'ER ME

**NATURE OF THIS WORK ▼ See instructions**

Motion Picture

## 2

**a** | NAME OF AUTHOR ▼

Columbia Pictures Industries, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of _____ United States
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** | NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of _____
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** | NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of _____
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** | YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2007

**b** | DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month March  Day 22  Year 2007
Australia     Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Columbia Pictures Industries, Inc. and GH Three LLC
10202 W. Washington Blvd.
Culver City, CA 90232-3195

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

APPLICATION RECEIVED
MAR 2 3 2007
ONE DEPOSIT RECEIVED
MAR 2 3 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**     **Year of Registration ▼**

Screenplay: PAU 3-017-638 / PreRegistration: PRE000000298     Screenplay: 2006 / PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions and sound recordings of compositions. Previously published books, magazines, newspapers, artwork, photography, posters, film clips (motion picture / television / news), computer and video game footage. Screenplay (see space 5 above).

**a**

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**     **Account Number ▼**

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

See Space 9

**b**

Area code and daytime telephone number   ( 310 ) 244-7532     Fax number   ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Columbia Pictures Industries, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer     Date  March 22, 2007

Handwritten signature (X) ▼

x _Michael Kramer_

| | | **9** |
| --- | --- | --- |
| Certificate will be mailed in window envelope to this address: | **Name ▼** Michael Kramer <br> Columbia Pictures Industries, Inc. <br> **Number/Street/Apt ▼** <br> 10202 W. Washington Blvd. <br> **City/State/ZIP ▼** <br> Culver City, CA 90232-3195 | • Complete all necessary spaces <br> • Sign your application in space 8 <br><br> 1. Application form <br> 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights <br> 3. Deposit material <br><br> Library of Congress <br> Copyright Office <br> 101 Independence Avenue, S.E. <br> Washington, D.C. 20559-6000 |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-365-091

EFFECTIVE DATE OF REGISTRATION

March 16, 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
**PREMONITION**

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Premonition Pictures, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____
Domiciled in   U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____
Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____
Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2007  Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month  March   Day  15   Year  2007
Saint Croix, U.S. Virgin Islands   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Premonition Pictures, Inc.
c/o TriStar Pictures, Inc., 10202 W. Washington Blvd.
Culver City, CA 90232

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED MAR 16 2007
ONE DEPOSIT RECEIVED MAR 16 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY *RLG* | FORM PA |
|---|---|
| CHECKED BY *DTbC* | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼
    Screenplay: PAU 2-993-474        Screenplay: 2005

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published musical composition and sound recordings of compositions. Previously published
film/television clips. Screenplay (see space 5 above).

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Entire motion picture except as described in Space 6a.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼           Account Number ▼
        Thomson CompuMark       061784

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Michael Kramer
Sony Pictures Entertainment
10202 W. Washington Blvd., SPP 1032
Culver City, CA 90232-3195
Area code and daytime telephone number ( 310 ) 244-7532     Fax number ( 310 ) 244-2366
Email michael_kramer@spe.sony.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Premonition Pictures, Inc.
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
TriStar Pictures, Inc. by Michael Kramer       Date   March 15, 2007

Handwritten signature (X) ▼
x *Michael Kramer*

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Michael Kramer
      TriStar Pictures, Inc.
Number/Street/Apt ▼
      10202 W. Washington Blvd.
City/State/ZIP ▼
      Culver City, CA 90232

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG **PA 1-347-823**

EFFECTIVE DATE OF REGISTRATION

**FEB 0 2 2007**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
**THE MESSENGERS**

PREVIOUS OR ALTERNATIVE TITLES ▼
UNTITLED PANG BROTHERS HORROR PROJECT; HORROR PROJECT; TOTEM; SCARECROW

NATURE OF THIS WORK ▼ See instructions
Motion Picture

---

**2**
**a** NAME OF AUTHOR ▼
GHP-3 Scarecrow, LLC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ____
☐ Domiciled in ____ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☑ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ____
☐ Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ____
☐ Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2006  Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month February  Day 1  Year 2007
Saint Croix, U.S. Virgin Islands  Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
GHP-3 Scarecrow, LLC
8750 Wilshire Blvd., Suite 300 East
Beverly Hills, CA 90211

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
Feb 2 2007
ONE DEPOSIT RECEIVED
Feb 2 2007
TWO DEPOSITS RECEIVED
(5) 35mm /L
FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY  JMW | FORM PA |
| CHECKED BY  DDW | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼
Screenplays: PAU 2-963-299 / PAU 2-962-815          2005 / 2005

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published musical compositions and sound recordings of compositions.
Screenplays (see space 5 above).

See instructions before completing this space.

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Entire motion picture except as described in Space 6A.

**7** a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                **Account Number** ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼
Michael Kramer
Sony Pictures Entertainment
10202 W. Washington Blvd., SPP 1032
Culver City, CA 90232-3195
Area code and daytime telephone number  ( 310 ) 244-7532          Fax number ( 310 ) 244-2366
Email michael_kramer@spe.sony.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of GHP-3 Scarecrow, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Columbia Pictures Industries, Inc. by Michael Kramer          Date   February 1, 2007
Handwritten signature (X) ▼
x _____Michael Kramer_____

**9**
Certificate will be mailed in window envelope to this address:
**Name** ▼ John Biondo
GHP-3 Scarecrow, LLC
**Number/Street/Apt** ▼
8750 Wilshire Blvd., Suite 300 East
**City/State/ZIP** ▼
Beverly Hills, CA 90211

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.