**07 CV 3597**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT INC.,
and MARVEL CHARACTERS, INC.

                        Plaintiffs,

   - against -

JOHN and JANE DOE Nos. 1 through 100, and XYZ
Company Nos. 1 through 100,

                       Defendants.

------------------------------------------------------------------ x

Case No. 07 Civ. -

JUDGE SWAIN

**RULE 7.1 STATEMENT**

MAY 0 4 2007

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Columbia Pictures, Industries, Inc., Sony Pictures Releasing Corporation, Sony Pictures Home Entertainment Inc. and Marvel Characters, Inc. (private non-governmental parties) certifies that Sony Corp. and Marvel Entertainment Inc. are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 5-4-07

                                                 Signature of Attorney

                                                 Attorney bar Code: WK-7251

584419v1  010829.0101