UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
COLUMBIA PICTURES INDUSTRIES, INC., : Case No.: 07 CIV 3597 (LTS)
SONY PICTURES RELEASING CORPORATION, :
SONY PICTURES HOME ENTERTAINMENT INC., :
and MARVEL CHARACTERS, INC., : **NOTICE OF APPEARANCE**
:
Plaintiff, :
:
-against- :
:
JOHN and JANE DOE Nos. 1 through 100, and XYZ :
Company Nos. 1 through 100, :
:
Defendants. :
-----------------------------------------------------------------x

SIR:

PLEASE TAKE NOTICE, that Sidney A. Weisberg, hereby appears in this action, on behalf of the Defendants set forth below and request that all documents be served upon the undersigned at the office and post office address set forth below, or by ECM/ECF.

Dated: Great Neck, NY
       May 16, 2007

                                    Yours, etc.,

                                    _____
                                    SIDNEY A. WEISBERG (7996)
                                    WEISBERG & WEISBERG
                                    Attorneys for Defendants,
                                    *Canal Street Designs, Inc. and*
                                    *Madness Boutique, Ltd.*
                                    98 Cutter Mill Road, Suite 332
                                    Great Neck, NY 11021
                                    (516) 466-2750

TO:   W. Drew Kastner, Esq. (7251)
      MOSES & SINGER LLP
      Attorneys for Plaintiffs
      405 Lexington Avenue
      New York, NY 10174
      (212) 554-7800