UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
COLUMBIA PICTURES INDUSTRIES, INC., :
SONY PICTURES RELEASING CORPORATION, :
SONY PICTURES HOME ENTERTAINMENT INC., :
and MARVEL CHARACTERS, INC., :
: Case No. 07 Civ. – 3597 (LTS)
           Plaintiffs, :
:
   -against- :
:
JOHN and JANE DOE Nos. 1 through 100, and XYZ : **AFFIDAVIT OF SERVICE**
Company Nos. 1 through 100, :
:
           Defendants. :
:
-------------------------------------------------------------------X

STATE OF NEW YORK  )
                         : ss.:
COUNTY OF NEW YORK  )

       CARMEN CARRERO, being duly sworn, deposes and says:

       1. That deponent is over the age of 18, is not a party to the action, and resides in New York County, New York.

       2. That on May 21, 2007 deponent served the within INITIAL CONFERENCE ORDER upon:

Yaacov Cohen
17 Stonehenge Road
Great Neck, NY 11023

Ruihu Zheng
9001 Ellenwood Lane
Fairfax, VA 22036

Peter Hu
206 Whitman Place
Brooklyn, NY 11220

Anwar Alam
232 Canal Street
New York, NY 10013

Sidney A. Weisberg
Weisberg & Weisberg
98 Cutter Mill Road
Great Neck, NY 11021

587505v1  010829.0101

at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Carmen Carrero

Sworn to before me this 21st day of May, 2007.

_____
Notary Public

JANE PERRY
Notary Public, State of New York
No. 01PE4915707
Qualified in New York County
Commission Expires January 11, 2010