# Exhibit 1



cop-rc@loc.gov  
09/14/2006 02:06 AM

To: kathleen_marshall@spe.sony.com  
cc:  
Subject: Notification from the Electronic Copyright Office (eCO) system

This is to notify you that:

    Preregistration has been completed for the work Spider-Man 3 under the number PRE000000271. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

    This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

    Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

    When you complete the application for full registration, be sure to give the preregistration number PRE000000271 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000000271  
Effective Date of Preregistration: 08/28/2006  
Class(es) of Work: Motion Picture

Title: Spider-Man 3

Additional Title(s):

Author(s): Columbia Pictures Industries, Inc.

Claimant(s):

    Columbia Pictures Industries, Inc.  
    10202 W. Washington Blvd., SPP, Suite 1006, Culver City, CA, 90232

Description of the work: Directed by: Sam Raimi. Cast: Tobey Maguire, Kirsten Dunst, James Franco, Thomas Haden Church, Topher Grace.  
Locations: Los Angeles, California, New York, New York.  
Second sequel to the 2002 hit SPIDERMAN, which was based on the Marvel comic. Peter Parker must face new challenges as the elusive superhero Spider-Man in this third installment.

Date on which creation commenced: 01/16/2006 (Approximately)