# Exhibit 2

**Thomson CompuMark**  
1100 13th St., N.W., Suite 300  
Washington, DC 20005  
Tel (800) 356-8630  
Fax (202) 756-9299  
http://compumark.thomson.com

**THOMSON**

May 1, 2007

Copyright Office Receipt No. _____

Re:   Material for filing with the US Copyright Office

To: Register of Copyrights, US Copyright Office

From: Thomson CompuMark

**Contact Name: Beth Brown**                   Contact Telephone:   202-756-9266

**Document Type:** Form PA  
**Processing Requested:**                                Special Handling  
Reason for Requesting Special Handling:        Pending contractual negotiations

Total Items Enclosed   1

Item Detail:

SPIDER-MAN 3 - motion picture

**RECEIVED**

MAY 0 1 2007

COPYRIGHT OFFICE  
PUBLIC OFFICE

Additional Information: Deposit copy includes seven (7) reels of 35mm film, a digital press kit and ehanced audio disk.

For further information or questions, please contact: See space 7

Processing fees should be deducted from:  
Thomson Compumark Deposit Account DA 061794

Delivery upon Completion of Processing:

As indicated on application or cover sheet.

Attached filing(s) submitted to the US Copyright Office by _Beth Brown_

Beth Brown

| COPYRIGHT OFFICE, LIBRARY OF CONGRESS, WASHINGTON, D.C. 20559-6000 | | | | NO. 31819 |
|---|---|---|---|---|
| DATE & TIME RECEIVED 5/1/07  10:56 AM/PM | | DATE DUE | | |
| SPECIAL HANDLING FEE | Cash | Other | D.A. | $605.00 |
| FILING FEE | Cash | Other | D.A. | $45.00 |
| DOCUMENT RECORDATION FEE | Cash | Other | D.A. | $730.00 |
| OTHER SERVICES | Cash | Other | D.A. | $ |

D.A. Name: Thomson Compumark    No.: 06179 4

**received**
- ☑ Not examined in I&R
- Form(s)  1 PA
- No. of Copies 7 reels, press kit and audio disc
- Document(s)
- Correspondence
- Cover Letter  1
- Other

**services**                Estimate given by
- Additional Certificate      $
- Certifications              $
- Other                       $

TOTAL    $
REFER TO

**title**
Spider-man 3

**received from**
Thompson Compumark    representing Columbia Pictures    phone

**city, state, ZIP**
DC

**received/approved by** RG    date 5/1/07    time 10:55 am

**correspondence** ☐ Date:    ETN:    Examiner:

**routing**    M.C. Notified: Date/Time _____ Initials _____ Initials of Expediter _____

|  | in DATE/TIME | out DATE/TIME | INITIALS |  | in DATE/TIME | out DATE/TIME | INITIALS |
|---|---|---|---|---|---|---|---|
| Mail Room | | | | Selection | | | |
| Data Prep | | | | Cataloging | | | |
| Examining | | | | CPU | | | |
| Exam. D.O.* | | | | Documents Unit (Docs.) | | | |
| D & A:* | | | | | | | |
| Reg. Numbering | | | | (*for Special Relief Cases only) | | | |

**certificate(s)/document(s)**    ☑ Deliver to Public Office    ☐ Regular Mail    ☐ Other    Account no.:    Telephone no.:

Initials _____ Date _____
Contact: Beth Brown    Remitter Called: Date/Time _____ Initials _____
Telephone: 202-756-9266

☐ Delivered to Certs. & Docs. By: _____    Received By: _____    Date: _____
Picked up by: _____    Date: _____

**notes**    **registration** (or Vol. & Page) **no.(s)**

# receipt for SPECIAL HANDLING request

If you are filing an application for registration, please read the note on the reverse.    REMITTER COPY

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
PA            PAU
EFFECTIVE DATE OF REGISTRATION

_____
Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
SPIDER-MAN 3

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions
Motion Picture

**2**
**a** NAME OF AUTHOR ▼
Columbia Pictures Industries, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given   2007   Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month May   Day 1   Year 2007
Philippines   Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Columbia Pictures Industries, Inc.
10202 W. Washington Blvd.
Culver City, CA 90232-3195

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
_____
ONE DEPOSIT RECEIVED
_____
TWO DEPOSITS RECEIVED
_____
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

|  |  |
|---|---|
| EXAMINED BY | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
PreRegistration: PRE000000271                               PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Based on previously published 2002 and 2004 motion pictures entitled Spider-Man and Spider-Man 2.
Based on the Marvel Comic Book character Spider-Man. Previously published musical compositions and sound recordings of compositions. Previously published books, magazines, newspapers, artwork, photography, posters and video clips.

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Entire motion picture except as described in Space 6A.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
See Space 9

**b**

Area code and daytime telephone number   ( 310 ) 244-7532        Fax number  ( 310 ) 244-2366
Email  michael_kramer@spe.sony.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Columbia Pictures Industries, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Kramer                                            Date  May 1, 2007
Handwritten signature (X) ▼
x _[signature]_

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael Kramer Columbia Pictures Industries, Inc. | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |
|---|---|---|
| | Number/Street/Apt ▼ 10202 W. Washington Blvd. | |
| | City/State/ZIP ▼ Culver City, CA 90232-3195 | |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.