# Exhibit 3

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,163,134
Registered Jul. 28, 1981

## SERVICE MARK
Principal Register

### SPIDER-MAN

Cadence Industries Corporation (Delaware corporation), a.k.a. Marvel Comics Group
575 Madison Ave.
New York, N.Y. 10022

For: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUMS OF TELEVISION AND FILM EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).
First use 1966; in commerce 1966.
Owner of U.S. Reg. Nos. 885,910, 959,887 and 1,042,642.

Ser. No. 240,050, filed Nov. 21, 1979.

H. M. FISHER, Primary Examiner