# Exhibit 4

# United States Patent Office

**976,848**
Registered Jan. 15, 1974

## PRINCIPAL REGISTER
### Trademark
### Service Mark

Ser. No. 441,192, filed Nov. 15, 1972

## COLUMBIA PICTURES

Columbia Pictures Industries, Inc. (Delaware corporation)
711 5th Ave.
New York, N.Y. 10022

For: MOTION PICTURES, in CLASS 38 (INT. CL. 16).
 First use as early as 1961; in commerce as early as 1961.
For: RENTAL OF MOTION PICTURE PRODUCTION EQUIPMENT, in CLASS 107 (INT. CL. 41).
 First use at least as early as Mar. 1, 1970; in commerce at least as early as Mar. 1, 1970.
 Applicant disclaims exclusive rights in the word "Pictures," apart from the mark as shown.
 Owner of Reg. Nos. 344,799, 831,999, and others.

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 36, 38 and 107

**United States Patent and Trademark Office**    Reg. No. 1,888,250
Registered Apr. 11, 1995

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



COLUMBIA PICTURES INDUSTRIES, INC. (DELAWARE CORPORATION)
10202 W. WASHINGTON BOULEVARD
CULVER CITY, CA 90232

FOR: MOTION PICTURE FILM, PRERECORDED VIDEO CASSETTES, VIDEO DISCS AND LASER DISCS FEATURING FULL LENGTH MOTION PICTURES FOR GENERAL RELEASE; PRERECORDED AUDIO TAPES, DISCS AND CASSETTES FEATURING MUSICAL AND SPOKEN PERFORMANCES; AND DIGITAL, ANALOG AND MICROCHIP BASED STORAGE AND/OR RETRIEVAL DEVICES IN THE NATURE OF COMPUTER AND VIDEO EQUIPMENT IN FILM, DISC AND CASSETTE FORMATS FEATURING FULL LENGTH MOTION PICTURES, IN CLASS 9 (U.S. CLS. 21, 36 AND 38).

FIRST USE 5-14-1993; IN COMMERCE 5-14-1993.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF THE PRODUCTION AND DISTRIBUTION OF MOTION PICTURE FILMS; THE PRODUCTION AND DISTRIBUTION OF TELEVISION PROGRAMS FOR OTHERS AND THE PRODUCTION OF PRERECORDED CASSETTES, VIDEO DISCS AND LASER DISCS, PRERECORDED AUDIO TAPES, DISCS AND CASSETTES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 1-0-1993; IN COMMERCE 1-0-1993.

OWNER OF U.S. REG. NOS. 344,799, 1,531,335 AND OTHERS.

THE MARK CONSISTS OF A STATUE OF A LADY ON A PEDESTAL HOLDING A TORCH, SURROUNDED BY CLOUDS, ALL CONTAINED WITHIN A SQUARE.

SER. NO. 74-406,382, FILED 6-28-1993.

BARBARA S. HUDSON, EXAMINING ATTORNEY