# Exhibit 6

## SPIDER-MAN 3 SEIZURE INVENTORY

| LOCATION | TITLE | # SEIZED | U.S. CURRENCY | # SEIZED |
|---|---|---|---|---|
| Wang Da Gift Shop 230 Canal Street | Spider-Man 3 | 25 | $100 bills | 9 |
| | Talladega Nights | 1 | $50 bills | 11 |
| | Perfect Stranger | 11 | $20 bills | 25 |
| | Are We Done Yet? | 11 | $10 bills | 30 |
| | Ghost Rider | 15 | $5 bills | 27 |
| | The Pursuit of Happyness | 9 | $1 bills | 15 |
| | Casino Royale | 12 | $10 roll of quarters | 7 |
| | Reign Over Me | 10 | $2 roll of nickels | 8 |
| | Premonition | 1 | $5 roll of dimes | 8 |
| | Vacancy | 1 | $.50 roll of pennies | 25 |
| | The Holiday | 7 | $50 American Express Travellers check | 1 |
| | Catch and Release | 1 | | |
| Syed Trading Corporation 232-232A Canal Street | ` | 10 | | |
| | Perfect Stranger | 1 | | |
| | Catch and Release | 1 | | |
| | Vacancy | 1 | | |
| | Ghost Rider | 1 | | |
| | Reign Over Me | 1 | | |
| | Premonition | 1 | | |
| 120 Walker Street | Spider-Man 3 | 61 | | |
| | Ghost Rider | 13 | | |
| | Perfect Stranger | 8 | | |
| | Reign Over Me | 3 | | |
| | The Pursuit of Happyness | 7 | | |
| | Casino Royale | 6 | | |
| | Are We Done Yet | 5 | | |
| | The Messengers | 2 | | |
| | Premonition | 7 | | |
| | NYPD vouchered four plastic bags of approximately 200 DVDs | | | |

Library: DOCS
Document Name: Seizure_Inventory.XLS
Document Number: 587081  Version: v1
Document Author: JALBRINK