UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

COLUMBIA PICTURES, et al.,

        Plaintiffs,

  -v-                                              No. 07 Civ. 3597 (LTS)(JCF)

DAVID COHEN, sued herein as JOHN
DOE No.1, et al.

        Defendants.

-------------------------------------------------------x

## ORDER

        For the reasons stated on the record at the May 30, 2007 hearing in the above-referenced action, Plaintiffs' application for a preliminary injunction is denied as to defendants David Cohen, sued herein as John Doe No.1, Yaacov Cohen, sued herein as John Doe No. 2, Canal Street Designs, Inc., sued herein as XYZ Co. No. 6, and Amsterdam Boutique, Inc., sued herein at XYZ Co. No. 5.

        The application for a preliminary injunction is withdrawn without prejudice as against Michael Marvisi, sued herein as John Doe No. 6, 365 Canal Corp., sued herein at XYZ Co. No. 6, and 305 Canal Street, New York, New York 10013, sued herein as XYZ Co. No. 1.

        The Temporary Restraining Order elements of the Original and Amended Orders to Show Cause and Orders of Seizure, Impoundment and Attachment with Temporary Restraint for John/Janes Does Nos. 1 through 4, and XYZ Company Nos. 1 through 4, entered on May 4, 2007, and May 8, 2007, respectively, and the Temporary Restraining Order elements of the Order to Show Cause and Order of Seizure, Impoundment and Attachment with Temporary Restraint for John/Jane Doe No. 5, and XYZ Company No. 5, entered on May 8, 2007, are hereby dissolved and the Clerk of Court shall release the bonds associated with each of those orders, except that the bond associated with the Original and Amended Order to Show Cause and Order of Seizure, Impoundment and Attachment with Temporary Restraint for John/Jane Doe No. 3 and Defendant XYZ Company No. 3 (described as 230 Canal Street, New York, New York 10013) shall remain in place pending further order of the Court.

        The hearing on Plaintiffs' application for a preliminary injunction is in all other respects continued to June 18, 2007 at 2:00 p.m. in Courtroom 17C.

        SO ORDERED.

Dated: New York, New York
          May 31, 2007

                                                  LAURA TAYLOR SWAIN
                                                United States District Judge