AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

## APPEARANCE

Case Number: 07 CIV 3597

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WANG DA INC. D/B/A WANG DA GIFT SHOP S/H/A XYZ CO. NO. 2

I certify that I am admitted to practice in this court.

| 6/13/2007 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | HUGH H. MO | 0425 |
| | Print Name | Bar Number |
| | 225 Broadway, Suite 2702 | |
| | Address | |
| | NEW YORK    NEW YORK    10007 | |
| | City    State    Zip Code | |
| | (212) 385-1500 | (212) 385-1870 |
| | Phone Number | Fax Number |