```
Form 05 - SUITABLE WITH MAILING
         MOSES & SINGER LLP
         ATTN:
U.S.SOUTHERN DIST. COURT        NEW YORK   COUNTY
------------------------------------------------------
                                                        Index No. 07 CIV 3597
COLUMBIA PICTURES INDUSTRIES, INC.      plaintiff
ETAL                                                    Date Filed  ............
                    - against -
                                                        Office No. 010004-0100
DAVID COHEN, SUED HEREIN AS JOHN DOE    defendant
NO.1, ETAL                                              Court Date:    /  /
------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
JEFFREY CAMPOLO       being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
5th day of June, 2007   01:55 PM                at
     24 NORTH PARK TERRANCE
     CONGERS, NY 10920
I served the   AMENDED COMPLAINT; INDIVIDUAL RULES OF PRACTICE
               OF U.S. DISTRICT JUDGE LAURA T. SWAIN & INDIVIDUAL
               PRACTICES OF MAGISTRATE JUDGE JAMES FRANCIS
upon ROBERT BECHT, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF VINCENT **
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     BRIAN MULKEEN, CO-WORKER
 a person of suitable age and discretion. ** TERRANOVA SUED HEREIN HAS JOHN DOE NO. 7
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE      COLOR: WHITE     HAIR: GRAY       AGE: 52  HEIGHT: 5:11  WEIGHT: 180
OTHER IDENTIFYING FEATURES: GLASSES,MUSTACHE,BEARD

On 06/08/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address.

That address being actual place of employment of the
DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.




Sworn to before me this
8th   day of   June,          2007tm
                                                        .....................
JOEL GOLUB                                              JEFFREY CAMPOLO
Notary Public, State of New York                        AETNA  CENTRAL  JUDICIAL  SERVICES
   No.01G04751136                                       225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                              NEW YORK, NY, 10007
Commission Expires 12/31/2009                           Reference No: 7M&S39453
```