ORIGINAL

Form 07 - CORPORATION
**MOSES & SINGER LLP**
**ATTN:**
U.S.SOUTHERN DIST. COURT       NEW YORK   COUNTY
-------------------------------------------------

COLUMBIA PICTURES INDUSTRIES, INC.      plaintiff
ETAL
        - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE   defendant
NO.1, ETAL
-------------------------------------------------

Index No. **07 CIV.3597**

Date Filed  .............

Office No. **010004-0100**

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**STANLEY P.TOMASETTI**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29th** day of **May, 2007  at 08:04 PM.**,        at
  **%MICHAEL MARVISI, 21 SOUTH END AVE**
  **APT 210 NEW YORK, NY**

I served a true copy of the
  **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
  **U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL**
  **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**

upon **365 CANAL CORP.,SUED HEREIN AS XYZ CO.NO.1**
**a domestic corporation, the  DEFENDANT**  therein named by delivering to, and leaving personally with
      **MICHAEL MARVISI---MANAGING AGENT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
  SEX: **MALE**       COLOR: **WHITE**       HAIR: **BROWN**
  APP. AGE: **48**    APP. HT: **5:5**       APP. WT: **135**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
31st   day of   May,           2007
KENNETH WISSNER
Notary Public, State of New York
  No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STANLEY P.TOMASETTI   1192468
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39428