**ORIGINAL**

Form 27 - GENERAL PURPOSE
**MOSES & SINGER LLP**
**ATTN:**
U.S.SOUTHERN DIST. COURT     NEW YORK   COUNTY
-----------------------------------------------------

COLUMBIA PICTURES INDUSTRIES, INC.     plaintiff
ETAL
                       - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE    defendant
NO.1, ETAL
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

Index No. **07 CIV.3597**

Date Filed  . . . . . . . . . . . .

Office No. **010004-0100**

Court Date:    / /

**STANLEY P.TOMASETTI**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
     That on the  **29th  day of May, 2007**     at  **01:33 PM.**,at
     **303 CANAL ST**
     **NEW YORK, NY**
I served a true copy of the
     **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
     **U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL**
     **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**

upon **JUN YI SERVICES COMPANY SUED HEREIN AS XYZ CO.NO.4**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
     **"JANE SMITH"---MANAGING AGENT WHO REFUSED TRUE NAME**

a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
          SEX: **FEMALE**        COLOR: **ASIAN**        HAIR: **BLACK**
          APP. AGE: **48**       APP. HT: **5:2**        APP. WT: **100**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
31st  day of  May, 2007i


KENNETH WISSNER
Notary Public, State of New York
     No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STANLEY P.TOMASETTI   1192468
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39432