ORIGINAL

Form 27 - GENERAL PURPOSE

MOSES & SINGER LLP
ATTN:
U.S.SOUTHERN DIST. COURT     NEW YORK   COUNTY
------------------------------------------------

COLUMBIA PICTURES INDUSTRIES, INC.     plaintiff
ETAL
              - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE    defendant
NO.1, ETAL
------------------------------------------------

Index No. **07 CIV 3597**

Date Filed  .............

Office No. **010004-0100**

Court Date:    /   /

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**STANLEY P.TOMASETTI**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
  That on the  **29th**  day of May, 2007      at  **01:19 PM.**, at
  **232-232A CANAL ST**
  **NEW YORK, NY**
I served a true copy of the
  **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
  **U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL**
  **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**

upon **SYED TRADING CORP.SUED HEREIN AS XYZ CO.NO.3**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
  **"JOHN SMITH"--MANAGING AGENT WHO REFUSED TRUE NAME**

a true copy of each thereof.

  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **MALE**         COLOR: **BROWN**        HAIR: **BROWN**
      APP. AGE: **32**      APP. HT: **5:3**        APP. WT: **145**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
31st  day of  May, 2007i



KENNETH WISSNER
Notary Public State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

.................................
STANLEY P.TOMASETTI  1192468
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39455