Form 07    CORPORATION
         MOSES & SINGER LLP      ORIGINAL
         ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-------------------------------------------------
COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff
ETAL
               - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE    defendant
NO.1, ETAL
-------------------------------------------------

Index No. **07 CIV.3597**

Date Filed  ...........

Office No. **010004-0100**

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**STANLEY P.TOMASETTI**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29th** day of **May, 2007** at **01:14 PM.,**      at
    230 CANAL ST
    NEW YORK, NY

I served a true copy of the
    AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF
    U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL
    PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS

upon **WANG DA INC.D/B/A WANG DA GIFT SHOP SUED HEREIN AS XYZ CO.NO.2 a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
         **KIM YAM---MANAGING AGEENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
      SEX: **FEMALE**       COLOR: **ASIAN**       HAIR: **BLACK**
      APP. AGE: **48**      APP. HT: **5:3**       APP. WT: **116**

OTHER IDENTIFYING FEATURES: **SILVER TOOTH**

Sworn to before me this
31st  day of  May,     2007
KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STANLEY P.TOMASETTI   1192468
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39430