```
Form 02 - SUITABLE AGE                AETNA  CENTRAL  JUDICIAL  SERVICES
                                            ORIGINAL
         MOSES & SINGER LLP
         ATTN:
U.S.SOUTHERN DIST. COURT        NEW YORK   COUNTY
----------------------------------------------------
                                                    Index No. 07 CIV.3597
COLUMBIA PICTURES INDUSTRIES, INC.       plaintiff
ETAL                                                Date Filed   ............
                        - against -
                                                    Office No. 010004-0100
DAVID COHEN, SUED HEREIN AS JOHN DOE     defendant
NO.1, ETAL                                          Court Date:    /  /
----------------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
STANLEY P.TOMASETTI       being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
29th day of May, 2007   01:40 PM              at
     %AMSTERDAM BOUTIQUE INC.365 CANAL ST
     NEW YORK, NY
I served the   AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF
               U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL
               PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS
upon DAVID COHEN, SUED HEREIN AS JOHN DOE NO.1
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     SANEE GUEA--CO-WORKER
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: TAN      HAIR: BROWN      AGE: 28  HEIGHT: 5:6   WEIGHT: 120
OTHER IDENTIFYING FEATURES:
On 05/31/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.


That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
31st  day of  May,        2007i
                                              ...................................
KENNETH WISSNER                               STANLEY P.TOMASETTI   1192468
Notary Public, State of New York              AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01WI4714130                            225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                  NEW YORK, NY, 10007
Commission Expires 03/30/2010                 Reference No: 7M&S39425
```