ORIGINAL

Form 02 - SUITABLE AGE                    AETNA CENTRAL JUDICIAL SERVICES

**MOSES & SINGER LLP**
**ATTN:**
U.S.SOUTHERN DIST. COURT        NEW YORK   COUNTY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff ETAL | Index No. **07 CIV 3597** |
| - against - | Date Filed .............  |
| | Office No. **010004-0100** |
| DAVID COHEN, SUED HEREIN AS JOHN DOE    defendant NO.1, ETAL | Court Date:   / / |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
**STANLEY P.TOMASETTI**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
**29th** day of **May, 2007  01:57 PM**              at
    120 WALKER ST, 4TH FL.
    NEW YORK, NY
I served the   **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
             **U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL**
             **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**
upon **GEORGE TERRANOVA, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF VINCE**NT **
the **DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with          **(TERRANOVA SUED HEREIN AS JOHN DOE NO.9
    **LEAH TERRANOVA--CO-WORKER**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **FEMALE**  COLOR: **WHITE**    HAIR: **BROWN**      AGE: **43**  HEIGHT: **5:7**   WEIGHT: **145**
OTHER IDENTIFYING FEATURES:
On **05/31/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.


That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.


Sworn to before me this
31st  day of  May,      2007i

KENNETH WISSNER
Notary Public  State of New York
     No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STANLEY P.TOMASETTI   1192468
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39449