ORIGINAL

```
Form 02 - SUITABLE AGE         AETNA  CENTRAL  JUDICIAL  SERVICES
             MOSES & SINGER LLP
             ATTN:
U.S.SOUTHERN DIST. COURT       NEW YORK   COUNTY
-----------------------------------------------
                                              Index No. 07 CIV 3597
COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff
ETAL                                          Date Filed  ...........
                 - against -
                                              Office No. 010004-0100
DAVID COHEN, SUED HEREIN AS JOHN DOE   defendant
NO.1, ETAL                                    Court Date:    /  /
-----------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
STANLEY P.TOMASETTI     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
29th day of May, 2007  01:57 PM             at
    120 WALKER ST, 4TH FL.
    NEW YORK, NY
I served the   AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF
               U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL
               PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS
upon GEORGE TERRANOVA, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF VINCENT **
the DEFENDANT    therein named by delivering and leaving a true copy or copies
of the aforementioned documents with          **(TERRANOVA SUED HEREIN AS JOHN DOE NO.9
    LEAH TERRANOVA--CO-WORKER
  a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: WHITE    HAIR: BROWN      AGE: 43  HEIGHT: 5:7   WEIGHT: 145
OTHER IDENTIFYING FEATURES:
On 05/31/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
31st  day of  May,      2007i
                                              STANLEY P.TOMASETTI   1192468
KENNETH WISSNER                               AETNA   CENTRAL   JUDICIAL   SERVICES
Notary Public  State of New York              225 BROADWAY, SUITE 1802
    No.01WI4714130                            NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                  Reference No: 7M&S39449
Commission Expires 03/30/2010
```