ORIGINAL

```
Form 02   SUITABLE AGE                AETNA  CENTRAL  JUDICIAL  SERVICES
          MOSES & SINGER LLP
          ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
```
---------------------------------------------------

|  |  |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.   plaintiff<br>ETAL<br>   - against - <br><br>DAVID COHEN, SUED HEREIN AS JOHN DOE   defendant<br>NO.1, ETAL | Index No. **07 CIV 3597**<br><br>Date Filed  ...........<br><br>Office No. **010004-0100**<br><br>Court Date:    /  / |

---------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK              :SS:
**STANLEY P.TOMASETTI**       being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the **29th** day of **May, 2007   01:57 PM**            at
   **120 WALKER ST, 4TH FL.**
   **NEW YORK, NY**
I served the  **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
         **U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL**
         **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**
upon **CARL TERRANOVA, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF VINCENT \*\***
the **DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with            **\*\*( TERRANOVA SUED HEREIN AS JOHN DOE NO.10**
     **LEAH TERRANOVA--CO-WORKER**
 a person of suitable age and discretion.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **WHITE**    HAIR: **BROWN**       AGE: **43**  HEIGHT: **5:7**   WEIGHT: **145**
OTHER IDENTIFYING FEATURES:
On **05/31/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
31st   day of   May,       2007i                .............................

KENNETH WISSNER                                  STANLEY P.TOMASETTI 1192468
Notary Public, State of New York                 AETNA   CENTRAL   JUDICIAL   SERVICES
    No.01WI4714130                               225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                     NEW YORK, NY, 10007
Commission Expires 03/30/2010                    Reference No: 7M&S39447