Form 02 - SUITABLE AGE          AETNA CENTRAL JUDICIAL SERVICES

**MOSES & SINGER LLP**
**ATTN:**
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY

------------------------------------------------

COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff
ETAL
         - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE    defendant
NO.1, ETAL

------------------------------------------------

Index No. **07 CIV.3597**

Date Filed .............

Office No. **010004-0100**

Court Date: / /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
**STANLEY P. TOMASETTI** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29th** day of **May, 2007  08:54 PM** at
    **17 STONEHENGE ROAD PH**
    **GREAT NECK, NY**
I served the **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
       **U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL**
       **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**
upon **YAACOV COHEN, SUED HEREIN AS JOHN DOE NO.2**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    **DANA COHEN---RELATIVE**
a person of suitable age and discretion.
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **TAN** HAIR: **BROWN** AGE: **31** HEIGHT: **5:3** WEIGHT: **115**
OTHER IDENTIFYING FEATURES:
On **05/31/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**last known residence, usual place of abode of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
31st day of May, 2007i

KENNETH WISSNER
Notary Public State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STANLEY P.TOMASETTI    1192468
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39426