ORIGINAL

Form 05 - SUITABLE WITH MAILING
MOSES & SINGER LLP
ATTN:
U.S.SOUTHERN DIST. COURT     NEW YORK   COUNTY
-----------------------------------------------

COLUMBIA PICTURES INDUSTRIES, INC.     plaintiff
ETAL
                    - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE   defendant
NO.1, ETAL
-----------------------------------------------

Index No. 07 CIV 3597

Date Filed  ............

Office No. 010004-0100

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JEFFREY CAMPOLO**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **5th** day of **June, 2007   01:55 PM**           at
   **24 NORTH PARK TERRANCE**
   **CONGERS, NY 10920**

I served the   **AMENDED COMPLAINT; INDIVIDUAL RULES OF PRACTICE**
               **OF U.S. DISTRICT JUDGE LAURA T. SWAIN & INDIVIDUAL**
               **PRACTICES OF MAGISTRATE JUDGE JAMES FRANCIS**

upon **EDWARD T.BORG, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF VINCENT \*\***
the **DEFENDANT**  therein named by delivering and leaving a true copy or copies of the aforementioned documents with
   **BRIAN MULKEEN, CO-WORKER**
a person of suitable age and discretion. **\*\* TERRANOVA SUED IN HEREIN HAS JOHN DOE NO. 8**
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE**    HAIR: **GRAY**    AGE: **52**   HEIGHT: **5:11**   WEIGHT: **180**
OTHER IDENTIFYING FEATURES: **GLASSES,BEARD,MUSTACHE**

On **06/08/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.

That address being **actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
8th   day of  June,        2007tm

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

JEFFREY CAMPOLO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39450