```
                            ORIGINAL
Form 02 - SUITABLE AGE       AETNA CENTRAL JUDICIAL SERVICES
            MOSES & SINGER LLP
            ATTN:
U.S.SOUTHERN DIST. COURT     NEW YORK COUNTY
------------------------------------------------
                                              Index No. 07 CIV.3597
COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff
ETAL                                          Date Filed  ............
                   - against -
                                              Office No. 010004-0100
DAVID COHEN, SUED HEREIN AS JOHN DOE  defendant
NO.1, ETAL                                    Court Date:    /    /
------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:
```

**STANLEY P.TOMASETTI**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29th** day of **May, 2007   01:26 PM**                at
   **252 CANAL ST. #J**
   **NEW YORK, NY**
I served the   **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
         **U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL**
         **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**
upon **ANWAR ALAM, SUED HEREIN AS JOHN DOE NO.5**
the **DEFENDANT**   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    **"JOHN SMIHT"---CO-WORKER WHO REFUSED TRUE NAME**
  a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **ASIAN**    HAIR: **BLACK**     AGE: **46**  HEIGHT: **5:7**   WEIGHT: **155**
OTHER IDENTIFYING FEATURES:
On **05/31/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
31st  day of  May,         2007i
                                         .................................
KENNETH WISSNER                          STANLEY P.TOMASETTI  1192468
Notary Public, State of New York         AETNA  CENTRAL  JUDICIAL  SERVICES
   No.01WI4714130                        225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY             NEW YORK, NY, 10007
Commission Expires 03/30/2010            Reference No: 7M&S39429