UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

COLUMBIA PICTURES, et al.,

        Plaintiffs,

    -v-                                      No. 07 Civ. 3597 (LTS)(JCF)

DAVID COHEN, sued herein as JOHN
DOE No.1, et al.,

        Defendants.

------------------------------------------------------x

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: JUN 1 5 2007]

## ORDER

        The Court is in receipt of a letter dated June 11, 2007, from Defendant Syed Trading Corporation requesting an extension of ten to twelve weeks' time to file an answer to the complaint in this action. A copy of the letter is attached.

        A corporation cannot represent itself in federal court. The corporation must be represented by an attorney admitted to practice law in the Southern District of New York. Jones v. Niagra Frontier Transportation Authority, 722 F.2d 20, 22 (2d Cir. 1983). Thus, it is ORDERED that any further communications to the Court on behalf of Syed Trading Corporation must be made by such an attorney. Additionally, any correspondence sent to the Court must be copied to the Plaintiffs' attorneys and to all other parties who have entered appearances in this case.

        Accordingly, the request for an extension of time to respond to the complaint is DENIED. However, Syed Trading Corporation may renew the request in the future through an attorney.

        SO ORDERED.

Dated: New York, New York
       June 14, 2007

                                                                 LAURA TAYLOR SWAIN
                                                                 United States District Judge

Copies mailed Syed Trading 6/15/07
Chambers of Judge Swain