Form 07 - CORPORATION

**ORIGINAL**

**MOSES & SINGER LLP**
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK    COUNTY

---

COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff
ETAL
                - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE    defendant
NO.1, ETAL

---

Index No. **07 CIV 3597**
Date Filed ............
Office No. **010004-0100**
Court Date:    /    /

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**STANLEY P. TOMASETTI**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29th** day of **May, 2007** at **02:13 PM.,** at
    454 BROADWAY
    NEW YORK, NY

I served a true copy of the
    **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
    **U.S. DISTRICT JUDGE LAURA T. SWAIN & INDIVIDUAL**
    **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**

upon **AMSTERDAM BOUTIQUE INC. SUED HEREIN AS XYZ CO.NO.5**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
        **TAMARA P. "SMITH"---MANAGING AGENT WHO REFUSED LAST NAME**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BROWN**
    APP. AGE: **26**    APP. HT: **5:5**    APP. WT: **115**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
31st    day of    May,    2007i
KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STANLEY P. TOMASETTI    1192468
AETNA    CENTRAL    JUDICIAL    SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39462