ORIGINAL

Form 07 - CORPORATION

**MOSES & SINGER LLP**
**ATTN:**

U.S. SOUTHERN DIST. COURT      NEW YORK COUNTY

---

COLUMBIA PICTURES INDUSTRIES, INC.     plaintiff
ETAL
            - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE     defendant
NO.1, ETAL

Index No. **07 CIV 3597**

Date Filed ............

Office No. **010004-0100**

Court Date:  / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**STANLEY P. TOMASETTI**     being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29th** day of **May, 2007** at **02:13 PM.,** at
   **%AMSTERDAM BOUTIQUE INC. 454 BROADWAY**
   **NEW YORK, NY**

I served a true copy of the
   **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
   **U.S. DISTRICT JUDGE LAURA T. SWAIN & INDIVIDUAL**
   **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**

upon **CANAL STREET DESIGNS, INC., SUED HEREIN AS XYZ CO.NO.6 a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
   **TAMARA P. "SMITH"--GENERAL AGENT WHO REFUSED LAST NAME**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **FEMALE**     COLOR: **WHITE**     HAIR: **BROWN**
   APP. AGE: **26**     APP. HT: **5:5**     APP. WT: **115**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
31st day of May,     2007
KENNETH WISSNER
Notary Public, State of New York
   No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STANLEY P. TOMASETTI   1192468
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39460