Form 07 - CORPORATION
    MOSES & SINGER LLP
    ATTN:

ORIGINAL

U.S.SOUTHERN DIST. COURT    NEW YORK  COUNTY
------------------------------------------------

COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff
ETAL
                - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE    defendant
NO.1, ETAL
------------------------------------------------

Index No. **07 CIV.3597**

Date Filed  ............

Office No. **010004-0100**

Court Date:  /  /

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**STANLEY P.TOMASETTI**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29th** day of **May, 2007** at **02:32 PM.,**    at
    **31 CATHERINE ST, STE A**
    **NEW YORK, NY 10038**

I served a true copy of the
    **AMENDED COMPLAINT INDIV. RULES OF PRACTICE OF**
    **U.S.DISTRICT JUDGE LAURA T.SWAIN & INDIVIDUAL**
    **PRATICES OF MAGISTRATE JUDGE JAMES FRANCIS**

upon **JAVIN CANAL REALTY, INC. SUED HEREIN AS XYZ CO.NO.7**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
        **SANDY "SMITH"--MANAGING AGENT WHO REFUSED LAST NAME**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **FEMALE**    COLOR: **ASIAN**    HAIR: **BLACK**
    APP. AGE: **38**    APP. HT: **5:20**    APP. WT: **130**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
31st  day of  May,        2007i
KENNETH WISSNER
Notary Public State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STANLEY P.TOMASETTI  1192468
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39433