UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
COLUMBIA PICTURES INDUSTRIES, INC., : Case No.: 07 CIV 3597 (LTS)
SONY PICTURES RELEASING CORPORATION, :
SONY PICTURES HOME ENTERTAINMENT INC., :
and MARVEL CHARACTERS, INC., :
: **NOTICE OF MOTION**
                       Plaintiff, :
:
   -against- :
:
JOHN and JANE DOE Nos. 1 through 100, and XYZ :
Company Nos. 1 through 100, :
:
                      Defendants. :
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the Defendants David Cohen, Yaacov Cohen, Michael Marvici, 365 Canal Corp., Amsterdam Boutique, Inc. and Canal Street Designs, Inc. (hereinafter "moving Defendants") will move this Court at the Courthouse, located at 500 Pearl Street, New York, NY 10007 an Order pursuant to Fed.R.Civ.P. 12(b)(6) dismissing the case against the moving Defendants on the ground that the Amended Complaint fails to state a cause of action against them, together with such other and further relief as to this Court may seem just and proper.

Dated: Great Neck, NY
      June 18, 2007

                                          Yours, etc.,

                                          SIDNEY A. WEISBERG (7996)
                                          WEISBERG & WEISBERG
                                          Attorneys for Defendants,
                                          *David Cohen, Yaacov Cohen, Michael*
                                          *Marvici, Canal Street Designs, Inc., 365*
                                          *Canal Corp. and Amsterdam Boutique, Inc.*
                                          98 Cutter Mill Road, Suite 332
                                          Great Neck, NY 11021
                                          (516) 466-2750