UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

COLUMBIA PICTURES INDUSTRIES, INC.,                : Case No.: 07 CIV 3597 (LTS)
SONY PICTURES RELEASING CORPORATION,               :
SONY PICTURES HOME ENTERTAINMENT INC.,             :
and MARVEL CHARACTERS, INC.,                        : **CERTIFICATE OF SERVICE**
                                                    :
                                     Plaintiff,     :
                                                    :
              -against-                             :
                                                    :
JOHN and JANE DOE Nos. 1 through 100, and XYZ       :
Company Nos. 1 through 100,                         :
                                                    :
                                     Defendants.    :
-----------------------------------------------------------------------x

        I hereby certify that I served a true copy of the annexed:

        1.   Notice of Motion;
        2.   Memorandum of Law in Support of Motion to Dismiss Amended Complaint
             pursuant to FRCP 12(b)(6);
        3.   Declaration of Sidney A. Weisberg;
        4.   Declaration of David Cohen;
        5.   Declaration of Michael Marvici; and
        6.   Certificate of Service.

to:

        W. Drew Kastner, Esq.
        MOSES & SINGER LLP
        Attorneys for Plaintiffs
        405 Lexington Avenue
        New York, NY 10174
        (212) 554-7800

and said service having been made by ECF on the 18th day of June, 2007.

Dated:  Great Neck, NY
        June 18, 2007
                                        _____
                                        SIDNEY A. WEISBERG (SW 7996)
                                        WEISBERG & WEISBERG
                                        Attorneys for Defendants,
                                        *David Cohen, Yaacov Cohen, Michael*
                                        *Marvici, Canal Street Designs, Inc., 365*
                                        *Canal Corp. and Amsterdam Boutique, Inc.*
                                        98 Cutter Mill Road, Suite 332
                                        Great Neck, NY 11021
                                        (516) 466-2750