## MOSES & SINGER LLP



THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

W. Drew Kastner
Direct: (212) 554.7833    Fax: (917)206.4389
wdrewkastner@mosessinger.com

June 18, 2007

**VIA FACSIMILE - (212) 805 0426**
**AND U.S. MAIL**

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:    **Columbia Pictures Industries, Inc. v. Cohen, 07 Civ. 3597**

Dear Judge Swain:

    I am writing to request an adjournment of the June 18, 2007 hearing on Plaintiffs' application for a preliminary injunction in the above-referenced matter. We ask that Your Honor grant this request so that we may continue our settlement discussions with various Defendants. In addition, we have been in communication with Harold Z. Frechter, Esq. of Smith & Shapiro, which represents Defendant Javin Canal Realty, Inc., Hugh Mo, Esq., who represents defendants Hu and Wang Da, and Leah Terranova, Esq., who represents Defendants Becht, Borg, George Terranova, Carl Terranova, and the Estate of Vincent Terranova. Mr. Frechter has requested an adjournment of the hearing due to a death in the family of Harry Shapiro, Esq., the attorney responsible for this matter.

    After speaking on the telephone with Your Honor's law clerk, Mr. Tyler Freedman, we have tentatively agreed to adjourn the hearing until July 16, 2007, pending approval by the Court.

    For the same reasons, I am also writing to confirm Plaintiffs' agreement to grant an extension of the time to file an Answer or otherwise respond to the Complaint until July 25, 2007 for the following Defendants:

Peter Hu;
Ruihu Zheng;
Anwar Alam;
Robert Becht, as Trustee under the Last Will and Testament of Vincent Terranova;
Edward T. Borg, as Trustee under the Last Will and Testament of Vincent Terranova;
George Terranova, as Trustee under the Last Will and Testament of Vincent Terranova;
Carl Terranova, as Trustee under the Last Will and Testament of Vincent Terranova;
The Estate of Vincent Terranova;

594967v2 010829.0101

## MOSES & SINGER LLP

The Honorable Laura T. Swain
June 18, 2007
Page 2

      Wang Da Inc. d/b/a Wang Da Gift Shop;
      Syed Trading Corp.; and
      Javin Canal Realty, Inc.

Thank you.

Very respectfully yours,

W. Drew Kastner

*The hearing is tentatively set for July 16, 2007 at 2:00 pm.*

Approved this 19th day of June, 2007

_____
Hon. Laura T. Swain

cc:   Harold Frechter, Esq.
      Smith & Shapiro
      116 East 27th Street
      New York, NY 10016

      Leah Terranova, Esq.
      120 Walker Street
      New York, NY 10013

      Hugh H. Mo, Esq.
      225 Broadway, Suite 2702
      New York, NY 10007

      Sidney Weisberg, Esq.
      Weisberg & Weisberg
      98 Cutter Mill Road
      Great Neck, New York 11021