AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__Southern__ DISTRICT OF __New York__

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT
INC., and MARVEL CHARACTERS, INC.

AMENDED SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 07 Civ. 3597

See attached rider

TO: (Name and address of defendant)

Javin Canal Realty, Inc.
31 Catherine Street, Suite A
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Drew Kastner
Moses & Singer LLP
405 Lexington Ave, 12th Floor
New York, NY 10174

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 2 4 2007

CLERK                                                  DATE

_/s/ Marcos Quintero_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                              Signature of Server

                                            _____
                                            Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# **Rider**

<u>Defendants</u>:

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE No. 6, ROBERT BECHT, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 7, EDWARD T. BORG, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 8, GEORGE TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 9, CARL TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 10, THE ESTATE OF VINCENT TERRANOVA, sued herein as JOHN DOE No. 11, JOHN and JANE DOE Nos. 12 through 100, 365 CANAL CORP., sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI SERVICES COMPANY, sued herein as XYZ Co. No. 4, AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No. 5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co. No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ Co. No. 7, and XYZ Company Nos. 8 through 100,

Form 07 - CORPORATION
      **MOSES & SINGER LLP**
      **ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
----------------------------------------------------

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.   plaintiff ETAL | Index No. **07 CIV 3597** |
| - against - | Date Filed ............ |
| DAVID COHEN, SUED HEREIN AS JOHN   defendant DOE NO.1, ETAL | Office No. **10829-101** |
| | Court Date:  / / |

----------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**STANLEY P.TOMASETTI**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the
**1st** day of **June, 2007** at **01:10 PM.**,     at
   **31 CATHERINE ST, SUITE A**
   **NEW YORK, NY 10038**

I served a true copy of the
   **AMENDED**
   **SUMMONS**

upon **JAVIN CANAL REALTY, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
   **SANDY "SMITH", MANAGING AGENT WHO REFUSED TRUE LAST NAME**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **FEMALE**    COLOR: **YELLOW**    HAIR: **BLACK**
   APP. AGE: **38**    APP. HT: **5:2**    APP. WT: **130**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
5th  day of  June,     2007tm
JOEL GOLUB
Notary Public, State of New York
  No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

STANLEY P.TOMASETTI  1192468
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3M&S40194