AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ Southern _____ DISTRICT OF _____ New York _____

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT
INC., and MARVEL CHARACTERS, INC.

AMENDED SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:   07 Civ. 3597

See attached rider

TO: (Name and address of defendant)

George Terranova, as Trustee
120 Walker Street, 4th Floor
New York, NY 10013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Drew Kastner
Moses & Singer LLP
405 Lexington Ave, 12th Floor
New York, NY 10174

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                MAY 2 4 2007

CLERK                                             DATE

_Marcos Quintero_ (signature)

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                                                      Signature of Server

_____
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Rider

Defendants:

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE No. 6, ROBERT BECHT, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 7, EDWARD T. BORG, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 8, GEORGE TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 9, CARL TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 10, THE ESTATE OF VINCENT TERRANOVA, sued herein as JOHN DOE No. 11, JOHN and JANE DOE Nos. 12 through 100, 365 CANAL CORP., sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI SERVICES COMPANY, sued herein as XYZ Co. No. 4, AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No. 5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co. No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ Co. No. 7, and XYZ Company Nos. 8 through 100,

```
Form 02 - SUITABLE AGE            AETNA  CENTRAL  JUDICIAL  SERVICES
           MOSES & SINGER LLP
           ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
------------------------------------------------------
                                              Index No. 07 CIV 3597
COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff
ETAL                                          Date Filed  ............
               - against -
                                              Office No. 10829-101
DAVID COHEN, SUED HEREIN AS JOHN      defendant
DOE NO.1, ETAL                                Court Date:   /  /
------------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
STANLEY P.TOMASETTI     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
1st day of June, 2007  12:59 PM                at
    120 WALKER ST, 4TH FL.
    NEW YORK, NY 10013
I served the   AMENDED
               SUMMONS
upon GEORGE TERRANOVA, AS TRUSTEE
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    ANGELA CICCOME, AUTHORIZED TO ACCEPT
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: WHITE    HAIR: BROWN     AGE: 28  HEIGHT: 5:6   WEIGHT: 145
OTHER IDENTIFYING FEATURES: GLASSES
On 06/05/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
last known residence, usual place of abode of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
5th  day of  June,          2007tm

JOEL GOLUB                              STANLEY P.TOMASETTI  1192468
Notary Public, State of New York        AETNA  CENTRAL  JUDICIAL  SERVICES
   No.01G04751136                       225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY              NEW YORK, NY, 10007
Commission Expires 12/31/2009           Reference No: 3M&S40185
```