AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT
INC., and MARVEL CHARACTERS, INC.

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   07 Civ. 3597

See attached rider

TO: (Name and address of defendant)

Estate of Vincent Terranova
120 Walker Street, 4th Floor
New York, NY 10013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Drew Kastner
Moses & Singer LLP
405 Lexington Ave, 12th Floor
New York, NY 10174

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  /s/ Marcos Quintero

DATE   MAY 2 4 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                                              Signature of Server

                                                           _____
                                                           Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# **Rider**

<u>Defendants</u>:

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE No. 6, ROBERT BECHT, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 7, EDWARD T. BORG, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 8, GEORGE TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 9, CARL TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 10, THE ESTATE OF VINCENT TERRANOVA, sued herein as JOHN DOE No. 11, JOHN and JANE DOE Nos. 12 through 100, 365 CANAL CORP., sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI SERVICES COMPANY, sued herein as XYZ Co. No. 4, AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No. 5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co. No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ Co. No. 7, and XYZ Company Nos. 8 through 100,

```
Form 27 - GENERAL PURPOSE
            MOSES & SINGER LLP
            ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-------------------------------------------------
                                                   Index No. 07 CIV 3597
COLUMBIA PICTURES INDUSTRIES, INC.     plaintiff
ETAL                                               Date Filed ............
            - against -
                                                   Office No. 10829-101
DAVID COHEN, SUED HEREIN AS JOHN       defendant
DOE NO.1, ETAL                                     Court Date:   / /
-------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

STANLEY P.TOMASETTI      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
      That on the  1st  day of June, 2007       at  12:59 PM.,at
      120 WALKER ST, 4TH FL.
      NEW YORK, NY 10013
I served a true copy of the
      AMENDED
      SUMMONS

upon ESTATE OF VINCENT TERRANOVA
the DEFENDANT therein named,
by delivering to, and leaving personally with
      ANGELA CICCOME

a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
      SEX: FEMALE           COLOR: WHITE          HAIR: BROWN
      APP. AGE: 28          APP. HT: 5:6          APP. WT: 145

OTHER IDENTIFYING FEATURES: GLASSES


Sworn to before me this
5th   day of  June, 2007tm


                                            ................................
JOEL GOLUB                                  STANLEY P.TOMASETTI   1192468
Notary Public, State of New York            AETNA CENTRAL JUDICIAL SERVICES
   No.01G04751136                           225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                  NEW YORK, NY, 10007
Commission Expires 12/31/2009               Reference No: 3M&S40188
```