# United States District Court

__Southern__ DISTRICT OF __New York__

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT
INC., and MARVEL CHARACTERS, INC.

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  07 Civ. 3597

See attached rider

TO: (Name and address of defendant)

Robert Brecht, as Trustee
120 Walker Street, 4th Floor
New York, NY 10013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Drew Kastner
Moses & Singer LLP
405 Lexington Ave, 12th Floor
New York, NY 10174

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                           MAY 2 4 2007

CLERK                                        DATE

*(signature)*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____

☐   Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                                                           Signature of Server

                                                                                  _____
                                                                                  Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Rider

Defendants:

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE No. 6, ROBERT BECHT, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 7, EDWARD T. BORG, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 8, GEORGE TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 9, CARL TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 10, THE ESTATE OF VINCENT TERRANOVA, sued herein as JOHN DOE No. 11, JOHN and JANE DOE Nos. 12 through 100, 365 CANAL CORP., sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI SERVICES COMPANY, sued herein as XYZ Co. No. 4, AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No. 5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co. No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ Co. No. 7, and XYZ Company Nos. 8 through 100,

Form 02 - SUITABLE AGE                AETNA CENTRAL JUDICIAL SERVICES
                    MOSES & SINGER LLP
                    ATTN:
U.S. SOUTHERN DIST. COURT        NEW YORK COUNTY
------------------------------------------------------

COLUMBIA PICTURES INDUSTRIES, INC.      plaintiff
ETAL
                        - against -

DAVID COHEN, SUED HEREIN AS JOHN        defendant
DOE NO.1, ETAL
------------------------------------------------------

Index No. **07 CIV 3597**

Date Filed ............

Office No. **10829-101**

Court Date:    /   /

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:
**STANLEY P. TOMASETTI**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **1st** day of **June, 2007  12:59 PM**                    at
    **120 WALKER ST, 4TH FL.**
    **NEW YORK, NY 10013**
I served the  **AMENDED**
              **SUMMONS**
upon **ROBERT BRECHT, AS TRUSTEE**
the **DEFENDANT**  therein named by delivering and leaving a true copy or copies of the aforementioned documents with
    **ANGELA CICCOME, AUTHORIZED TO ACCEPT**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BROWN**    AGE: **28**  HEIGHT: **5:6**   WEIGHT: **145**
OTHER IDENTIFYING FEATURES: **GLASSES**
On **06/05/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
5th  day of  June,          2007tm

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

STANLEY P. TOMASETTI   1192468
AETNA    CENTRAL    JUDICIAL    SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3M&S40187