AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ **DISTRICT OF** _____New York_____

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT
INC., and MARVEL CHARACTERS, INC.

**AMENDED SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:    07 Civ. 3597

See attached rider

TO: (Name and address of defendant)

Peter Hu
206 Whitman Place
Brooklyn, NY 11234

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Drew Kastner
Moses & Singer LLP
405 Lexington Ave, 12th Floor
New York, NY 10174

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 2 4 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                                      Signature of Server

                                                                        _____
                                                                        Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Rider

Defendants:

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE No. 6, ROBERT BECHT, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 7, EDWARD T. BORG, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 8, GEORGE TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 9, CARL TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 10, THE ESTATE OF VINCENT TERRANOVA, sued herein as JOHN DOE No. 11, JOHN and JANE DOE Nos. 12 through 100, 365 CANAL CORP., sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI SERVICES COMPANY, sued herein as XYZ Co. No. 4, AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No. 5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co. No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ Co. No. 7, and XYZ Company Nos. 8 through 100,

Form 05 - SUITABLE WITH MAILING

**MOSES & SINGER LLP**
**ATTN:**

U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY

------------------------------------------------

COLUMBIA PICTURES INDUSTRIES, INC.        plaintiff
ETAL

                        - against -

DAVID COHEN, SUED HEREIN AS JOHN          defendant
DOE NO.1, ETAL

------------------------------------------------

Index No. **07 CIV 3597**

Date Filed ............

Office No. **10829-101**

Court Date:  **/  /**

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
**STANLEY P.TOMASETTI**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
**7th** day of **June, 2007   01:37 PM**           **at**
   **WANG DA INC   230 CANAL ST.**
   **NEW YORK,NY**
I served the   **AMENDED**
               **SUMMONS**
upon **PETER HU**
**the DEFENDANT**   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
   **"JOHN SMITH"--CO-WORKER WHO REFUSED TRUE NAME**
 a person of suitable age and discretion.
   Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **ASIAN**    HAIR: **BLACK**     AGE: **46**  HEIGHT: **5:6**   WEIGHT: **170**
OTHER IDENTIFYING FEATURES:

On **06/08/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address.

That address being **actual place of employment of the**
**DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
8th  day of  June,      2007i

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

STANLEY P.TOMASETTI  1192468
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3M&S40193