Form 05 - SUITABLE WITH MAILING

**MOSES & SINGER LLP**
**ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK  COUNTY
------------------------------------------------------

COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff
ETAL
                    - against -

DAVID COHEN, SUED HEREIN AS JOHN DOE    defendant
NO.1, ETAL
------------------------------------------------------

Index No. **07 CIV 3597**

Date Filed  . . . . . . . . . . . .

Office No. **010004-0100**

Court Date:   **/  /**

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
**STANLEY P.TOMASETTI**      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
**5th** day of **June, 2007   01:37 PM**                at
    **%WANG DA INC. 230 CANAL ST.**
    **NEW YORK, NY**
I served the   **AMENDED COMPLAINT; INDIV. RULES OF PRACTICE OF**
            **U.S. DISTRICT JUDGE LAURA T. SWAIN & INDIVIDUAL**
            **PRACTICES OF MAGISTRATE JUDGE JAMES FRANCIS**
upon **PETER HU, SUED HEREIN AS JOHN DOE NO.3**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    **"JOHN SMITH",   CO-WORKER WHO REFUSED TRUE NAME**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **MALE**      COLOR: **ASIAN**      HAIR: **BLACK**        AGE: **46**  HEIGHT: **5:6**   WEIGHT: **170**
OTHER IDENTIFYING FEATURES:

On **06/21/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address.

That address being **actual place of employment of the**
**DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
21st  day of  June          2007ni

SAMSON NEWMAN
Notary Public, State of New York
    No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

STANLEY P.TOMASETTI  1192468
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S39458