# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

W. Drew Kastner
Direct: (212) 554.7833   Fax: (917)206.4389
wdrewkastner@mosessinger.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2007
```

July 12, 2007

BY FACSIMILE: (212) 805-0423

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re:   **Columbia Pictures Industries, Inc. v. Cohen, 07 Civ. 3597**

Dear Judge Swain:

We are writing to confirm adjournments of the July 16, 2007 hearing on Plaintiffs' application for a preliminary injunction and the August 22, 2007 pre-trial conference in the above-referenced matter. This is our second request to adjourn the July 16th hearing and our first request to adjourn the August 22nd conference. The previous request to adjourn the hearing on Plaintiffs' application for a preliminary injunction was granted. We request these additional adjournments because we continue to be actively engaged in settlement discussions with all of the Defendants subject to the preliminary injunction application and expect to finalize these settlements in the near future. Plaintiffs will, of course, continue to consent to requests by the "settling defendants" for extensions of time to answer the Complaint and Amended Complaint, while settlement negotiations are ongoing.

From my telephone conversation with your law clerk, Mr. Tyler Freedman, we have agreed, pending Your Honor's approval, to consolidate the hearing on Plaintiffs' application and the pre-trial conference into a single hearing to be held on September 12, 2007.

## MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do [not fax] notification to Chambers.

612196v1 010829.0101

## MOSES & SINGER LLP

The Honorable Laura T. Swain
July 12, 2007
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*

W. Drew Kastner

Approved this 12 day of July, 2007

*[signature]*

Hon. Laura T. Swain

DAW:a

cc: Sidney Weisberg, Esq.
Weisberg & Weisberg
98 Cutter Mill Road
Great Neck, NY 11021

Hugh H. Mo, Esq.
225 Broadway, Suite 2702
New York, NY 10007

Leah Terranova, Esq.
120 Walker Street
New York, NY 10013

Harold Frechter, Esq.
Smith & Shapiro
116 East 27th Street
New York, NY 10016

612196v1  010829.0101