## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           :ss
COUNTY OF NEW YORK         )

I Miriam Sampson, being duly sworn, depose:

I am not a party to this action, am over the age of eighteen and reside in the State of New York.

On July 18, 2007, I served the within **Order** by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

Sidney Weisberg, Esq.
Weisberg & Weisberg
98 Cutter Mill Road
Great Neck, NY 11021

Harold Frechter, Esq.
Smith & Shapiro
116 East 27th Street
New York, NY 10016

Anwar Alam
Lucky Perfume & Garment Co.
232 Canal Street
New York, NY 10013

Hugh H. Mo, Esq.
225 Broadway, Suite 2702
New York, NY 10007

Peter Hu
206 Whitman Place
Brooklyn, NY 11234

Syed Trading
252 Canal Street
New York, NY 10013

Leah Terranova, Esq.
120 Walker Street
New York, NY 10013

Ruihu Zheng
9001 Ellenwood Lane
Fairfax VA 22032

Jun Yi Services Company
303 Canal Street
New York, NY 10013

Miriam Sampson

Sworn to before me this
18th day of July, 2007

Notary Public

NANCI A. EISNER
Notary Public, State of New York
No. 01EI5076999
Qualified in New York County
Commission Expires April 28, 2011

613157v1  010829.0101