Law Offices of
**SMITH & SHAPIRO**
116 East 27th Street
New York, NY 10016-8942
(212) 685-6400
Fax (212) 779-7881

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 6 2007
```

July 25, 2007

**MEMO ENDORSED**

BY FACSIMILE 212.805.0426
The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: <u>Columbia Pictures Industries, Inc. v. Cohen, 07 Civ. 3597</u>

Dear Judge Swain:

Our office represents Javin Canal Realty Inc., one of the defendants in the above captioned matter.

Our office had until today within which to serve an Answer to the Amended Complaint. We have a hard copy of the Verified Answer to the Amended Complaint. Our firm is not however registered to electronically file documents with the Clerk of the Court and we were unaware that we were require to do so, believing that we could have filed a hard copy and a disk containing the Answer in PDF format.

I spoke with the ECF Clerk who advised me that it will take 48 hours for our firm to apply for and register to be able to file documents electronically. As a result, we request a one weeks extension to be able to do so.

Our office spoke with W. Drew Kastner, Esq, from Moses & Singer, who has consented to our request. In the interim, we are serving our Answer by regular first class mail.

Thank you.

Very truly yours,

HARRY SHAPIRO (HS-3384)

cc: **MOSES & SINGER LLP**
Attorneys for Plaintiff
405 Lexington Avenue
New York, New York 10174-1299
By Fax: 212-554-7700
**LEAH TERRANOVA, ESQ.**
120 walker Street
New York, New York 10013
By Fax: 212-941-0249
**HUGH H. MO, ESQ.**
225 Broadway, Suite 2702
New York, New York 10007
By Fax: 212-385-1870
**WEISBERG & WEISBERG**
98 Cutter Mill Road
Great Neck, New York 11021
By Fax: 516-466-2799

The request is granted.

SO ORDERED.

7/26/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE