# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

## MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

W. Drew Kastner
Direct: (212) 554.7833   Fax: (917) 206.4389
wdrewkastner@mosessinger.com

September 7, 2007

BY FACSIMILE: (212) 805-0423

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 11 2007

Re: *Columbia Pictures Industries, Inc. v. Cohen*,
07 Civ. 3597 (LTS)

Dear Judge Swain:

We are writing to request a one month adjournment of the hearing on Plaintiffs' application for a preliminary injunction and the pre-trial conference, both of which are presently scheduled to be held on September 12, 2007. This is our third request to adjourn the hearing on Plaintiffs' application and our second request to adjourn the pre-trial conference. The previous requests were all granted. We request these additional adjournments because we continue to be actively engaged in settlement discussions with the Defendants

We are also writing, at the suggestion of your law clerk, Mr. Tyler Freedman, to request Your Honor's guidance on another matter. We would like to file a Second Amended Complaint naming seven additional defendants, originally sued as John and Jane Doe Nos. 12 through 18, whose identities have become known to us in the course of negotiations with other, related defendants. Our contemplated Second Amended Complaint will not change any of the existing claims against any of the current defendants. Rather, it would simply identify by name seven John and Jane Doe defendants. We would like to know whether, under these circumstances, such an amendment may only be made by motion.

627832v1  010829.0101

# MOSES & SINGER LLP

The Honorable Laura T. Swain
September 7, 2007
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

W. Drew Kastner

*The conference and hearing are adjourned to October 11, 2007 at 2:30pm. The amendment may be filed and served if no opposition thereto is filed with the Court by September 19, 2007.*

Approved this 10 day of September, 2007

Hon. Laura T. Swain

DAW:a

cc: Sidney Weisberg, Esq.
Weisberg & Weisberg
98 Cutter Mill Road
Great Neck, NY 11021

Hugh H. Mo, Esq.
225 Broadway, Suite 2702
New York, NY 10007

Leah Terranova, Esq.
120 Walker Street
New York, NY 10013

Harry Shapiro, Esq.
Smith & Shapiro
116 East 27th Street
New York, NY 10016

612196v1 010829.0101