

cop-rc@loc.gov
09/14/2006 02:06 AM

To: kathleen_marshall@spe.sony.com
cc:
Subject: Notification from the Electronic Copyright Office (eCO) system

This is to notify you that:

    Preregistration has been completed for the work Spider-Man 3 under the
number PRE000000271. Below you will find a full summary of the contents of
this preregistration record as it exists within the Copyright Office records.

    This Notification provides a copy of required information in the Office's
formal and permanent record of the preregistration of this claim. This
Notification is not the equivalent of a certificate of registration, which is
provided for in section 410(c) of the copyright law.

    Please be advised that preregistration is not a substitute for
registration, but is a preliminary step prior to a full registration that
should take place after the work has been published or infringed. Failure to
complete registration within the earlier of 3 months after the first
publication of the work or 1 month after you have learned of an infringement
will deprive you of important rights and remedies under the copyright law. For
more information see Section 408(f) of the copyright law.

    When you complete the application for full registration, be sure to give
the preregistration number PRE000000271 in space 5 to enable the two records
for the particular work to be cross-referenced.

Preregistration Number: PRE000000271
Effective Date of Preregistration: 08/28/2006
Class(es) of Work: Motion Picture

Title: Spider-Man 3

Additional Title(s):

Author(s): Columbia Pictures Industries, Inc.

Claimant(s):

    Columbia Pictures Industries, Inc.
    10202 W. Washington Blvd., SPP, Suite 1006, Culver City, CA, 90232

Description of the work: Directed by: Sam Raimi. Cast: Tobey Maguire,
Kirsten Dunst, James Franco, Thomas Haden Church, Topher Grace.
Locations: Los Angeles, California, New York, New York.
Second sequel to the 2002 hit SPIDERMAN, which was based on the Marvel comic.
Peter Parker must face new challenges as the elusive superhero Spider-Man in
this third installment.


Date on which creation commenced: 01/16/2006 (Approximately)

RECYCLED

**Thomson CompuMark**
1100 13th St., N.W., Suite 300
Washington, DC 20005
Tel (800) 356-8630
Fax (202) 756-9299
http://compumark.thomson.com



May 1, 2007

**Copyright Office Receipt No.** _____

## Re: Material for filing with the US Copyright Office

To: Register of Copyrights, US Copyright Office

From: Thomson CompuMark

**Contact Name: Beth Brown**                    **Contact Telephone:** 202-756-9266

**Document Type: Form PA**
**Processing Requested:**
**Reason for Requesting Special Handling:**          Special Handling
                                                     Pending contractual negotiations

**Total Items Enclosed  1**

Item Detail:

SPIDER-MAN 3 - motion picture

**RECEIVED**
MAY 0 1 2007
COPYRIGHT OFFICE
PUBLIC OFFICE

**Additional Information:** Deposit copy includes seven (7) reels of 35mm film, a digital press kit and ehanced audio disk.

For further information or questions, please contact: See space 7

**Processing fees should be deducted from:**
Thomson Compumark Deposit Account DA 061794

**Delivery upon Completion of Processing:**

As indicated on application or cover sheet.

Attached filing(s) submitted to the US Copyright Office by _Beth Brown_

                                                     Beth Brown

COPYRIGHT OFFICE, LIBRARY OF CONGRESS, WASHINGTON, D.C. 20559-6000     NO. 31819

| DATE & TIME RECEIVED 5/1/07  10:56 AM/PM | DATE DUE | | | |
|---|---|---|---|---|
| SPECIAL HANDLING FEE | Cash | Other | D.A. | $685.00 |
| ~ING FEE | Cash | Other | D.A. | $45.00 |
| DOCUMENT RECORDATION FEE | Cash | Other | D.A. | $730.00 |
| OTHER SERVICES | Cash | Other | D.A. | $ |

D.A. Name: Thomson Compumart    No.: 06179Y

**received**
☑ Not examined in I&R
Form(s)    1    PA
No. of Copies 3 reels, press kit and disc
Document(s)
Correspondence
Cover Letter    1
Other

**services**                     Estimate given by
Additional Certificate              $
Certifications                      $
Other                               $

TOTAL                               $
REFER TO

**title**
Spider-man 3

received from
Thompson Compumart    representing Columbia Pictures    phone
city, state, ZIP
DC
received/approved by PG    date 5/1/07    time 10:55 am

**correspondence** ☐ Date:         ETN:              Examiner:

**routing**    M.C. Notified: Date/Time_____ Initials_____ Initials of Expediter_____
          in          out                              in          out
       DATE/TIME   DATE/TIME   INITIALS                DATE/TIME  DATE/TIME  INITIALS
Mail Room   _____  _____  _____   Selection       _____   _____   ____
Data Prep   _____  _____  _____   Cataloging      _____   _____   ____
Examining   _____  _____  _____   CPU             _____   _____   ____
Exam. D.O.* _____  _____  _____   Documents Unit (Docs.)  _____  _____  ____
D & A:*     _____  _____  _____
Reg. Numbering_____  _____  _____   (*for Special Relief Cases only)

**certificate(s)/**   ☑ Deliver to      ☐ Regular    ☐ Other    Account no.:
**document(s)**       Public Office      Mail                    Telephone no.:
                    ____ Initials
                    ____ Date
Contact: Beth Brein    Remitter Called: Date/Time_____ Initials____
                    Telephone: 202-756-9266
☐ Delivered to Certs. & Docs. By:    Received By:              Date:
Picked up by:                                                 Date:

**notes**                    registration (or Vol. & Page) no.(s)

# receipt  SPECIAL HANDLING  request
## for

If you are filing an application for registration, please read the
note on the reverse.                                    REMITTER COPY

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov,* write the Copy-
right Office, or call (202) 707-3000.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| | |
|---|---|
| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

SPIDER-MAN 3

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Columbia Pictures Industries, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally not the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2007  Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month  May  Day  1  Year  2007
Philippines  Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Columbia Pictures Industries, Inc.
10202 W. Washington Blvd.
Culver City, CA 90232-3195

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

PreRegistration: PRE000000271                    PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based on previously published 2002 and 2004 motion pictures entitled Spider-Man and Spider-Man 2.
Based on the Marvel Comic Book character Spider-Man.  Previously published musical compositions and sound recordings
of compositions.  Previously published books, magazines, newspapers, artwork, photography, posters and video clips.

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                      Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

See Space 9

**b**

**7**

Area code and daytime telephone number    ( 310 ) 244-7532          Fax number    ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Columbia Pictures Industries, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer                                          Date    May 1, 2007

☞          Handwritten signature (X) ▼

x _Michael Kramer_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼ Michael Kramer<br>Columbia Pictures Industries, Inc. | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼<br>10202 W. Washington Blvd. | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼<br>Culver City, CA 90232-3195 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,163,134
Registered Jul. 28, 1981

## SERVICE MARK
### Principal Register

# SPIDER-MAN

Cadence Industries Corporation (Delaware corporation), a.k.a. Marvel Comics Group
575 Madison Ave.
New York, N.Y. 10022

For: ENTERTAINMENT SERVICES RENDERED THROUGH THE MEDIUMS OF TELEVISION AND FILM EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use 1966; in commerce 1966.

Owner of U.S. Reg. Nos. 885,910, 959,887 and 1,042,642.

Ser. No. 240,050, filed Nov. 21, 1979.

H. M. FISHER, Primary Examiner

RECYCLED

# United States Patent Office

**976,848**
Registered Jan. 15, 1974

## PRINCIPAL REGISTER
### Trademark
### Service Mark

Ser. No. 441,192, filed Nov. 15, 1972

## COLUMBIA PICTURES

Columbia Pictures Industries, Inc. (Delaware corporation)
711 5th Ave.
New York, N.Y.   10022

For: MOTION PICTURES, in CLASS 38 (INT. CL. 16).

First use as early as 1961; in commerce as early as 1961.

For: RENTAL OF MOTION PICTURE PRODUCTION EQUIPMENT, in CLASS 107 (INT. CL. 41).

First use at least as early as Mar. 1, 1970; in commerce at least as early as Mar. 1, 1970.

Applicant disclaims exclusive rights in the word "Pictures," apart from the mark as shown.

Owner of Reg. Nos. 344,799, 831,999, and others.

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 36, 38 and 107

## United States Patent and Trademark Office

Reg. No. 1,888,250
Registered Apr. 11, 1995

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



COLUMBIA PICTURES INDUSTRIES, INC. (DELAWARE CORPORATION)
10202 W. WASHINGTON BOULEVARD
CULVER CITY, CA 90232

FOR: MOTION PICTURE FILM, PRERE-CORDED VIDEO CASSETTES, VIDEO DISCS AND LASER DISCS FEATURING FULL LENGTH MOTION PICTURES FOR GENERAL RELEASE; PRERECORDED AUDIO TAPES, DISCS AND CASSETTES FEATURING MUSI-CAL AND SPOKEN PERFORMANCES; AND DIGITAL, ANALOG AND MICROCHIP BASED STORAGE AND/OR RETRIEVAL DEVICES IN THE NATURE OF COMPUTER AND VIDEO EQUIPMENT IN FILM, DISC AND CASSETTE FORMATS FEATURING FULL LENGTH MOTION PICTURES, IN CLASS 9 (U.S. CLS. 21, 36 AND 38).

FIRST USE 5–14–1993; IN COMMERCE 5–14–1993.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF THE PRODUCTION AND DISTRI-BUTION OF MOTION PICTURE FILMS; THE PRODUCTION AND DISTRIBUTION OF TELE-VISION PROGRAMS FOR OTHERS AND THE PRODUCTION OF PRERECORDED CAS-SETTES, VIDEO DISCS AND LASER DISCS, PRERECORDED AUDIO TAPES, DISCS AND CASSETTES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 1–0–1993; IN COMMERCE 1–0–1993.

OWNER OF U.S. REG. NOS. 344,799, 1,531,335 AND OTHERS.

THE MARK CONSISTS OF A STATUE OF A LADY ON A PEDESTAL HOLDING A TORCH, SURROUNDED BY CLOUDS, ALL CON-TAINED WITHIN A SQUARE.

SER. NO. 74–406,382, FILED 6–28–1993.

BARBARA S. HUDSON, EXAMINING ATTOR-NEY

RECYCLED

Columbia/Sony Motion Pictures

| Motion Picture Title | Author | Theatrical Release Date | Copyright Registration No. | Effective Date of Copyright Registration No. |
|---|---|---|---|---|
| Vacancy | Screen Gems, Inc. | April 20, 2007 | PRE000000315 (pre-registration no.) | September 29, 2006 (for pre-registration) |
| Perfect Stranger | Revolution Studios Distribution Company, LLC | April 13, 2007 | PA 1-367-905 | April 11, 2007 |
| Are We Done Yet? | Revolution Studios Distribution Company, LLC | April 6, 2007 | PA 1-367-162 | April 04, 2007 |
| Reign Over Me | Columbia Pictures Industries, Inc. | March 23, 2007 | PA 1-366-381 | March 23, 2007 |
| Premonition | Premonition Pictures, Inc. | March 16, 2007 | PA 1-365-091 | March 16, 2007 |
| The Messengers | GHP-3 Scarecrow, LLC | February 2, 2007 | PA 1-347-823 | February 2, 2007 |
| Talladega Nights: The Ballad of Ricky Bobby | Columbia Pictures Industries, Inc. | August 3, 2006 | PA 1-322-909 | August 4, 2006 |
| Ghost Rider | Columbia Pictures Industries, Inc. | February 14, 2007 | PA 1-349-986 | February 16, 2007 |
| The Pursuit of Happyness | Columbia Pictures Industries, Inc. | December 14, 2006 | PA 1-341-153 | December 14, 2006 |
| Casino Royale | Columbia Pictures Industries, Inc. | November 15, 2006 | PA 1-340-640 | November 15, 2006 |
| The Holiday | Columbia Pictures Industries, Inc. | December 5, 2006 | PA 341-148 | December 5, 2006 |

| Catch and Release | Columbia Pictures Industries, Inc. | January 15, 2007 | PA 1-347-804 | January 26, 2007 |
|---|---|---|---|---|

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

|  |  |
|---|---|
| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
VACANCY

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions
Motion Picture

**2**
**a** NAME OF AUTHOR ▼
Screen Gems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ United States
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given Year in all cases.
2007

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month April  Day 19  Year 2007
St. Maarten, Netherlands Antilles    Nation

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Screen Gems, Inc.
10202 W. Washington Blvd.
Culver City, CA 90232-3195

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

Screenplay: PAU 3-069-188 / PreRegistration: PRE000000315    Screenplay: 2006 / PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions. Previously published artwork and photography.
Screenplay (see space 5 above).

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼    **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

See Space 9

**b**

Area code and daytime telephone number    ( 310 ) 244-7532    Fax number    ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Screen Gems, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer    Date    April 19, 2007

**Handwritten signature (X)** ▼

x _Michael Kramer_

| | | **9** |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | **Name** ▼ Michael Kramer<br>Screen Gems, Inc.<br>**Number/Street/Apt** ▼<br>10202 W. Washington Blvd.<br>**City/State/ZIP** ▼<br>Culver City, CA 90232-3195 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**\*17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

 **cop-rc@loc.gov**

10/06/2006 11:56 AM

To: kathleen_marshall@spe.sony.com

cc:

Subject: Notification from the Electronic Copyright Office (eCO) system

This is to notify you that:

Preregistration has been completed for the work Vacancy under the number PRE000000315. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after you have learned of an infringement will deprive you of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

When you complete the application for full registration, be sure to give the preregistration number PRE000000315 in space 5 to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000000315
Effective Date of Preregistration: 09/29/2006
Class(es) of Work: Motion Picture

Title: Vacancy

Additional Title(s):

Author(s): Screen Gems, Inc.

Claimant(s):

Screen Gems, Inc.
10202 W. Washington Blvd., SPP, Suite 106, Culver City, CA, 90232

Description of the work: Director: Nimrod Antal.
Cast: Kate Beckinsale, Luke Wilson, Frank Whaley.
A young, married couple get stranded at a desolate motel and discover hidden video cameras in their room. They soon realize that unless they escape, they'll be the next victims of a snuff film.
Location: Los Angeles, California

Date on which creation commenced: 09/08/2006 (Approximate)
Date of anticipated completion: 11/15/2006 (Approximate)
Date of anticipated publication: 04/13/2007 (Approximate)

Application certified by: Gayle McDonald

[THREAD ID: 1-2RS5J]

United States Copyright Office

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–367–905**

EFFECTIVE DATE OF REGISTRATION

April 11, 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PERFECT STRANGER

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture (excluding Arabic language subtitles)

## 2

**a**

**NAME OF AUTHOR ▼**
Revolution Studios Distribution Company, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of _____
Domiciled in _____ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼
2007 Year   in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month April  Day 11  Year 2007
ONLY if this work has been published.
Egypt     Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Revolution Studios Distribution Company, LLC
2900 W. Olympic Blvd.
Santa Monica, CA 90404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 1 2 2007
**ONE DEPOSIT RECEIVED**
APR 1 2 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE*

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____    FORM PA

CHECKED BY _____

☐ CORRESPONDENCE    FOR
  Yes                COPYRIGHT
                     OFFICE
                     USE
                     ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  **Year of Registration** ▼

Screenplay: PAU 2-999-133 / PreRegistration: PRE000000270        Screenplay: 2006 / PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions and sound recordings of compositions. Previously published books, magazines, newspapers, artwork, photography, posters, computer / internet software, and television / news clips. Screenplay (see space 5 above).

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

Entire motion picture except as described in Space 6A.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a**

Name ▼                                    Account Number ▼

                    Thomson Compumark      061784

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

See Space 9

**b**

Area code and daytime telephone number ( 310 ) 244-7532        Fax number ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of Revolution Studios Distribution Company, LLC
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer                                Date  April 11, 2007

Handwritten signature (X) ▼

x _Michael Kramer_

Certificate          Name ▼ Michael Kramer
will be              Columbia Pictures Industries, Inc.
mailed in            Number/Street/Apt ▼
window               10202 W. Washington Blvd.
envelope             City/State/ZIP ▼
to this              Culver City, CA 90232-3195
address:

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1–367–162

EFFECTIVE DATE OF REGISTRATION

APR 0 4 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
ARE WE DONE YET?

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MR. BLANDINGS

**NATURE OF THIS WORK ▼ See Instructions**
Motion Picture

---

**2**

**a** **NAME OF AUTHOR ▼**
Revolution Studios Distribution Company, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in   United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007   Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month  April   Day  4   Year  2007
United States of America   Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Revolution Studios Distribution Company, LLC
2900 W. Olympic Blvd.
Santa Monica, CA 90404

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
APR 0 4 2007

ONE DEPOSIT RECEIVED
APR 0 4 2007  (6)35 mpk

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY __KSP__                                    FORM **TA**

CHECKED BY __DW__

☐ CORRESPONDENCE                                       FOR
     ☐ Yes                                             COPYRIGHT
                                                       OFFICE
                                                       USE
                                                       ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C. **5**
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼
Screenplay: PAU 3-046-518 / PreRegistration: PRE000000274      Screenplay: 2006 / PreRegistration: 2006

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼                                     **6**
Based on the 1948 motion picture "Mr. Blandings Builds His Dream House". Previously published              **a**
musical compositions and sound recordings of compositions. Previously published books, magazines,
newspapers, artwork, photography, posters. Screenplay (see space 5 above).

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**
Entire motion picture except as described in Space 6A.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼                                                  **a**  **7**
                                          Thomson Compumark                        061754

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
See Space 9                                                                                                 **b**

Area code and daytime telephone number ( 310 ) 244-7532               Fax number ( 310 ) 244-2366
Email michael_kramer@spe.sony.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                              ☐ author                                                      **8**
                          Check only one ▶  ☐ other copyright claimant
                                              ☐ owner of exclusive right(s)
                                              ☑ authorized agent of **Revolution Studios Distribution Company, LLC**
                                                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Kramer                                                              Date    April 4, 2007

          Handwritten signature (X) ▼
      X _____ Michael Kramer _____

Certificate      Name ▼  Michael Kramer                                                                     **9**
will be                  Columbia Pictures Industries, Inc.
mailed in        Number/Street/Apt ▼
window                   10202 W. Washington Blvd.
envelope         City/State/ZIP ▼
to this                  Culver City, CA 90232-3195
address:

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

PA 1-366-381

PA ▢ PAU ▢
EFFECTIVE DATE OF REGISTRATION

MAR 23 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
REIGN OVER ME

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EMPTY CITY; REIGN O'ER ME

**NATURE OF THIS WORK ▼** See Instructions
Motion Picture

## 2

**a** **NAME OF AUTHOR ▼**
Columbia Pictures Industries, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in  United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2007

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month  March  Day  22  Year  2007
ONLY if this work has been published.
Australia  Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Columbia Pictures Industries, Inc. and GH Three LLC
10202 W. Washington Blvd.
Culver City, CA 90232-3195

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement

APPLICATION RECEIVED
MAR 2 3 2007
ONE DEPOSIT RECEIVED
MAR 2 3 2007
TWO DEPOSITS RECEIVED
(7) 35 mm L
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
Screenplay: PAU 3-017-638 / PreRegistration: PRE000000298    Screenplay: 2006 / PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published musical compositions and sound recordings of compositions.  Previously published books, magazines, newspapers, artwork, photography, posters, film clips (motion picture / television / news), computer and video game footage.  Screenplay (see space 5 above).

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Entire motion picture except as described in Space 6A.

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼
See Space 9

**b**

**7**

Area code and daytime telephone number  ( 310 ) 244-7532    Fax number  ( 310 ) 244-2366
Email michael_kramer@spe.sony.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Columbia Pictures Industries, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer    Date  March 22, 2007

Handwritten signature (X) ▼
x _Michael Kramer_

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael Kramer<br>Columbia Pictures Industries, Inc.<br>Number/Street/Apt ▼<br>10202 W. Washington Blvd.<br>City/State/ZIP ▼<br>Culver City, CA 90232-3195 | • Complete all necessary spaces<br>• Sign your application in space 8<br><br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br><br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | **9** |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1–365–091

EFFECTIVE DATE OF REGISTRATION

March 16, 2007
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

PREMONITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Premonition Pictures, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ U.S.A.
Domiciled in _____ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2007 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month March Day 15 Year 2007
Saint Croix, U.S. Virgin Islands Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Premonition Pictures, Inc.
c/o TriStar Pictures, Inc., 10202 W. Washington Blvd.
Culver City, CA 90232

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 16 2007
ONE DEPOSIT RECEIVED
MAR 1 6 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY _VRG_  **FORM PA**

CHECKED BY _DISC_

☐ CORRESPONDENCE
   Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
Screenplay: PAU 2-993-474        Screenplay: 2005

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published musical composition and sound recordings of compositions. Previously published film/television clips. Screenplay (see space 5 above).

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Entire motion picture except as described in Space 6a.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼    Account Number ▼
Thomson Compumark    001784

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Michael Kramer
Sony Pictures Entertainment
10202 W. Washington Blvd., SPP 1032
Culver City, CA 90232-3195
Area code and daytime telephone number ( 310 ) 244-7532    Fax number ( 310 ) 244-2366
Email michael_kramer@spe.sony.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Premonition Pictures, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
TriStar Pictures, Inc. by Michael Kramer    Date March 15, 2007

Handwritten signature (X) ▼
x _Michael Kramer_

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Michael Kramer
   TriStar Pictures, Inc.
Number/Street/Apt ▼
   10202 W. Washington Blvd.
City/State/ZIP ▼
   Culver City, CA 90232

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG **PA 1-347-823**

EFFECTIVE DATE OF REGISTRATION

**FEB 0 2 2007**
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

THE MESSENGERS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

UNTITLED PANG BROTHERS HORROR PROJECT; HORROR PROJECT; TOTEM; SCARECROW

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

## 2

**a**

**NAME OF AUTHOR ▼**

GHP-3 Scarecrow, LLC

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in ____ United States.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month February Day 1 Year 2007
Saint Croix, U.S. Virgin Islands    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

GHP-3 Scarecrow, LLC
8750 Wilshire Blvd., Suite 300 East
Beverly Hills, CA 90211

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
Feb 2 2007
ONE DEPOSIT RECEIVED
Feb 2 2007
TWO DEPOSITS RECEIVED
(5) 35mm/L
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | JMW | FORM PA |
|---|---|---|
| CHECKED BY | DDW | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for the work, or for an earlier version of this work, already been made in the Copyright Office?.

☑ Yes ☐ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

Screenplays: PAU 2-963-299 / PAU 2-962-815            2005 / 2005

**DERIVATIVE WORK OR COMPILATION.** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions and sound recordings of compositions. Screenplays (see space 5 above).

**6**

**a**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Kramer
Sony Pictures Entertainment
10202 W. Washington Blvd., SPP 1032
Culver City, CA 90232-3195

Area code and daytime telephone number ( 310 ) 244-7532            Fax number ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**b**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of GHP-3 Scarecrow, LLC

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Columbia Pictures Industries, Inc. by Michael Kramer            Date February 1, 2007

Handwritten signature (X) ▼

x _____ Michael Kramer _____

| Certificate will be mailed in window envelope to this address: | Name ▼ John Biondo GHP-3 Scarecrow, LLC | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 8750 Wilshire Blvd., Suite 300 East | |
| | City/State/ZIP ▼ Beverly Hills, CA 90211 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA 1-322-909

8-4-06
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

TALLADEGA NIGHTS: THE BALLAD OF RICKY BOBBY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

HIGH, WIDE AND HANDSOME!; LOUD AND PROUD; TALLADEGA NIGHTS; UNTITLED WILL FERRELL NASCAR PROJECT

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

---

**2**

**a** **NAME OF AUTHOR ▼**

Columbia Pictures Industries, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____ U4Y
Domiciled in _____ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month August   Day 3   Year 2006
Netherland Antilles Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Columbia Pictures Industries, Inc. and GH One LLC
10202 W. Washington Blvd.
Culver City, CA 90232-3195

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

**APPLICATION RECEIVED**
8-4-06
**ONE DEPOSIT RECEIVED**
8-4-06 (6) 35mm/
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY  JMW | | FORM PA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼
Screenplay: PAu 3-001-344 / PreRegistration: PRE000000076     Screenplay: 2005 / PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions and sound recordings of compositions. Previously published books, magazines, newspapers, artwork, photography, posters, film clips, computer and video game footage. Screenplay (see space 5 above).

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                      Account Number ▼
                      Thomson CompuMark      061794

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

See Space 9

**b**

Area code and daytime telephone number  ( 310 ) 244-7532        Fax number  ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Columbia Pictures Industries, Inc.
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer                          Date  August 3, 2006

Handwritten signature (X) ▼

x _Michael Kramer_

**8**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼ Michael Kramer<br>Columbia Pictures Industries, Inc. |
| | Number/Street/Apt ▼<br>10202 W. Washington Blvd. |
| | City/State/ZIP ▼<br>Culver City, CA 90232-3195 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**RE** **PA 1-349-986**

EFFECTIVE DATE OF REGISTRATION

Feb 16, 2007

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

**GHOST RIDER**

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Motion Picture

**2** **a** **NAME OF AUTHOR ▼**

Columbia Pictures Industries, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month February    Day 14    Year 2007
Philippines    Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Columbia Pictures Industries, Inc. and GH One LLC
10202 W. Washington Blvd.
Culver City, CA 90232-3195

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

**APPLICATION RECEIVED**
Feb 16 2007
**ONE DEPOSIT RECEIVED**
Feb 16 2007
**TWO DEPOSITS RECEIVED**
(6) 35mm 1L
**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ 2 pages

EXAMINED BY _____    **FORM PA**

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
Screenplay: PAu 3-014-539 / PreRegistration: PRE000000290    Screenplay: 2006 / PreRegistration: 2006

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a   Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Based on the Marvel Comic Book character Ghost Rider. Previously published musical compositions and sound recordings of compositions. Previously published books, magazines, newspapers, artwork, photography, posters, film clips, television clips and sports footage. Screenplay (see space 5 above).

See instructions
before completing
this space.

b   Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Entire motion picture except as described in Space 6A.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a   Name ▼    Account Number ▼
**Thomson CompuMark**    **061794**

b   **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
See Space 9

Area code and daytime telephone number  ( 310 ) 244-7532    Fax number  ( 310 ) 244-2366
Email michael_kramer@spe.sony.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Columbia Pictures Industries, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Kramer    Date   February 14, 2007

Handwritten signature (X) ▼
x _____

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Michael Kramer
Columbia Pictures Industries, Inc.
Number/Street/Apt ▼
10202 W. Washington Blvd.
City/State/ZIP ▼
Culver City, CA 90232-3195

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-341-153**

EFFECTIVE DATE OF REGISTRATION

Month 12  Day 14  Year 06

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
THE PURSUIT OF HAPPYNESS

**PREVIOUS OR ALTERNATIVE TITLES ▼**
CHRIS GARDNER STORY

**NATURE OF THIS WORK ▼ See Instructions**
Motion Picture

## 2

**a NAME OF AUTHOR ▼**
Columbia Pictures Industries, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
     Domiciled in __ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally not the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
     Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month December  Day 14  Year 2006
Nation Saint Croix, U.S. Virgin Islands

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Columbia Pictures Industries, Inc. and GH One LLC
10202 W. Washington Blvd.
Culver City, CA 90232-3195

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreements

See instructions before completing this space.

**APPLICATION RECEIVED**
DEC 14 2006
**ONE DEPOSIT RECEIVED**
DEC 14 2006  (6) 35mm/L
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼
PreRegistration: PRE000000099 / Screenplay: PAU 3-020-691

**Year of Registration** ▼
PreRegistration: 2006 / Screenplay: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions and sound recordings of compositions. Previously published books, magazines, newspapers, artwork, photography, posters, film clips and computer software/ programs. Screenplay, see space 5.

**a**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                              **Account Number** ▼

Thomson Compumark                      061784

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

See Space 9

**b**

**7**

Area code and daytime telephone number  ( 310 ) 244-7532          Fax number  ( 310 ) 244-2366

Email  michael_kramer@spe.sony.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Columbia Pictures Industries, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer                                      **Date** December 14, 2006

Handwritten signature (X) ▼

x _____

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Michael Kramer Columbia Pictures Industries, Inc. | YOU MUST • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| | **Number/Street/Apt** ▼ 10202 W. Washington Blvd. | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | **City/State/ZIP** ▼ Culver City, CA 90232-3195 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REC

**PA 1-340-640**

EFFECTIVE DATE OF REGISTRATION

*Nov 15, 2006*
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼

# CASINO ROYALE

PREVIOUS OR ALTERNATIVE TITLES ▼

## CASINO ROYALE (2006), BOND 21

NATURE OF THIS WORK ▼ See Instructions

Motion Picture

---

**2**

**a** NAME OF AUTHOR ▼
Danjaq, LLC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of _____
Domiciled in    United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
United Artists Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of _____
Domiciled in    United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work (see Space 6)

**c** NAME OF AUTHOR ▼
Columbia Pictures Industries, Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of _____
Domiciled in    United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work (see Space 6)

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2006    Year    in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month November    Day 15    Year 2006
Philippines    Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Danjaq, LLC, United Artists Corporation and Columbia Pictures Industries, Inc
10202 W  Washington Blvd , Culver City, CA 90232-3195

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
NOV 15 2006
ONE DEPOSIT RECEIVED
NOV 15 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | _(signature)_ | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼ If your answer is No do not check box A, B or C
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes give: Previous Registration Number ▼   Year of Registration ▼
PreRegistration  PRE000000255 / Screenplay  Pending     PreRegistration  2006 / Screenplay  Pending

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Based on the book "Casino Royale" by Ian Fleming   Previously published newspapers, artwork, photography, posters, computer software/programs and news video clips   Previously published musical compositions and sound recordings of compositions   Screenplay, see space 5

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Entire motion picture except as described in Space 6A

_See instructions before completing this space_

**7** a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼       Account Number ▼
                              Thomson CompuMark       001734

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
See Space 9

Area code and daytime telephone number  ( 310 ) 244-7532       Fax number  ( 310 ) 244-2366
Email  michael_kramer@spe.sony.com

**8** **CERTIFICATION*** I, the undersigned hereby certify that I am the
Check only one ▶
☐ author
☑ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of __Columbia Pictures Industries, Inc__
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Michael Kramer                                      Date  November 15, 2006

Handwritten signature (X) ▼
x _(signature)_

**9**
Certificate will be mailed in window envelope to this address

Name ▼ Michael Kramer
Columbia Pictures Industries, Inc
Number/Street/Apt ▼
10202 W  Washington Blvd
City/State/ZIP ▼
Culver City, CA 90232-3195

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-341-148**

EFFECTIVE DATE OF REGISTRATION

DEC 05 2006

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE HOLIDAY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Motion Picture (excluding Spanish language subtitles)

## 2

**a** **NAME OF AUTHOR ▼**  Columbia Pictures Industries, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006
Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month December Day 5 Year 2006
Spain Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Columbia Pictures Industries, Inc. and GH One LLC
10202 W. Washington Blvd.
Culver City, CA 90232-3195

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreements

**APPLICATION RECEIVED**
DEC 05 2006
**ONE DEPOSIT RECEIVED**
DEC 05 2006 (7) 35mm/L
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY JMW | FORM PA |
|---|---|
| CHECKED BY DDW | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼
Screenplay: PAU 3-014-292 / PreRegistration: PRE000000072      Screenplay: 2006 / PreRegistration: 2006

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
**a** Previously published musical compositions and sound recordings of compositions. Previously published books, magazines, newspapers, artwork, photography, posters, computer / internet software, radio audio clips and film / television clips. Screenplay (see space 5 above).
Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
**b** Entire motion picture except as described in Space 6a.

See instructions before completing this space.

---

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼           Account Number ▼
Thomson CompuMark           061794

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
**b** Michael Kramer
Sony Pictures Entertainment
10202 W. Washington Blvd., SPP 1032
Culver City, CA 90232-3195
Area code and daytime telephone number  ( 310 ) 244-7532          Fax number  ( 310 ) 244-2366
Email michael_kramer@spe.sony.com

---

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Columbia Pictures Industries, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Kramer           Date December 5, 2006

Handwritten signature (X) ▼
☞ x _Michael Kramer_

---

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Michael Kramer
Columbia Pictures Industries, Inc.
Number/Street/Apt ▼
10202 W. Washington Blvd.
City/State/ZIP ▼
Culver City, CA 90232-3195

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
**UNITED STATES COPYRIGHT OFFICE**

REGI **PA 1-347-804**

EFFECTIVE DATE OF REGISTRATION

JAN 26 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
CATCH AND RELEASE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture (excluding Spanish language subtitles)

**2**
**a** **NAME OF AUTHOR ▼**
Columbia Pictures Industries, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in ____ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month January   Day 25   Year 2007
Puerto Rico   Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Columbia Pictures Industries, Inc. and GH One LLC
10202 W. Washington Blvd.
Culver City, CA 90232-3195

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreements

See instructions before completing this space.

APPLICATION RECEIVED
Jan 26 2007
ONE DEPOSIT RECEIVED
Jan 26 2007
TWO DEPOSITS RECEIVED
b 35 mm/L
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | *mg* | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

Screenplay: PAU 3-013-561 / PreRegistration: PRE000000080        Screenplay: 2005 / PreRegistration: 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions and sound recordings of compositions. Previously published books, quotation, magazines, newspapers, artwork, photography, posters, computer / internet software and motion picture / television clips. Screenplay (see space 5 above).

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6a.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼        **Account Number** ▼

Thomson CompuMark        061784

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

Michael Kramer

Sony Pictures Entertainment

10202 W. Washington Blvd., SPP 1032

Culver City, CA 90232-3195

Area code and daytime telephone number  ( 310 ) 244-7532        Fax number  ( 310 ) 244-2366

Email michael_kramer@spe.sony.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of Columbia Pictures Industries, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Kramer        Date   January 25, 2007

Handwritten signature (X) ▼

☞   x _Michael Kramer_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Michael Kramer | **9** |
|---|---|---|
| | Columbia Pictures Industries, Inc. | |
| | **Number/Street/Apt** ▼ 10202 W. Washington Blvd. | |
| | **City/State/ZIP** ▼ Culver City, CA 90232-3195 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

RECYCLED

## SPIDER-MAN 3 SEIZURE INVENTORY

| LOCATION | TITLE | # SEIZED | | U.S. CURRENCY | # SEIZED |
|---|---|---|---|---|---|
| | Spider-Man 3 | 25 | | $100 bills | 9 |
| | Talladega Nights | 1 | | $50 bills | 11 |
| | Perfect Stranger | 11 | | $20 bills | 25 |
| | Are We Done Yet? | 11 | | $10 bills | 30 |
| | Ghost Rider | 15 | | $5 bills | 27 |
| Wang Da Gift Shop | The Pursuit of Happyness | 9 | | $1 bills | 15 |
| 230 Canal Street | Casino Royale | 12 | | $10 roll of quarters | 7 |
| | Reign Over Me | 10 | | $2 roll of nickels | 8 |
| | Premonition | 1 | | $5 roll of dimes | 8 |
| | Vacancy | 1 | | $.50 roll of pennies | 25 |
| | | | | $50 American Express | 1 |
| | The Holiday | 7 | | Travellers check | |
| | Catch and Release | 1 | | | |
| | ` | 10 | | | |
| | Perfect Stranger | 1 | | | |
| Syed Trading | Catch and Release | 1 | | | |
| Corporation | Vacancy | 1 | | | |
| 232-232A Canal Street | Ghost Rider | 1 | | | |
| | Reign Over Me | 1 | | | |
| | Premonition | 1 | | | |
| | Spider-Man 3 | 61 | | | |
| | Ghost Rider | 13 | | | |
| | Perfect Stranger | 8 | | | |
| | Reign Over Me | 3 | | | |
| | The Pursuit of Happyness | 7 | | | |
| 120 Walker Street | Casino Royale | 6 | | | |
| | Are We Done Yet | 5 | | | |
| | The Messengers | 2 | | | |
| | Premonition | 7 | | | |
| | | | | | |
| | NYPD vouchered four plastic bags of approximately 200 DVDs | | | | |

Library: DOCS
Document Name: Seizure_Inventory.XLS
Document Number: 587081  Version: v1
Document Author: JALBRINK