# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

W. Drew Kastner
Direct: (212) 554.7833   Fax: (917) 206.4389
wdrewkastner@mosessinger.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  OCT 1 0 2007
```

October 9, 2007

BY FACSIMILE: (212) 805-0423

**MEMO ENDORSED**

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

   Re:  *Columbia Pictures Industries, Inc. v. Cohen,*
        07 Civ. 3597 (LTS)

Dear Judge Swain:

   We are writing to request a one month adjournment of the hearing on Plaintiffs' application for a preliminary injunction and the pre-trial conference, both of which are presently scheduled to be held on October 11, 2007. This is our fourth request to adjourn the hearing on Plaintiffs' application and our third request to adjourn the pre-trial conference. The previous requests were all granted. We request these additional adjournments because we continue to be actively engaged in settlement discussions with the Defendants

   Thank you for your attention to this matter.

Respectfully submitted,

W. Drew Kastner

*The matters are adjourned to November 15, 2007, at 2 pm.*

Approved this 9th day of ~~September~~ October, 2007

Hon. Laura T. Swain

634742v1 010829.0101