AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT
INC. and MARVEL CHARACTERS, INC.

V.

See attached rider.

**SECOND AMENDED**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civ. 3597

TO: (Name and address of Defendant)

Lu Luan Ngoc
2020 West 12th Street
Brooklyn, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Drew Kastner
Moses & Singer, LLP
405 Lexington Ave, 12th Floor
New York, NY 10174

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    SEP 2 4 2007
CLERK  /s/ Marios Quintero                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              Date                  *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Rider**

Defendants:

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE No. 6, ROBERT BECHT, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 7, EDWARD T. BORG, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 8, GEORGE TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 9, CARL TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 10, THE ESTATE OF VINCENT TERRANOVA, sued herein as JOHN DOE No. 11, LONG HOANG TRINH, also as DANNY TRINH, sued herein as JOHN DOE No. 12, LU LUAN NGOC, also known as AMY NGOC, sued herein as JANE DOE NO. 13, MOHAMMAD SALAH UDDIN, sued herein as JOHN DOE NO. 14, SYED R. SAEED, sued herein as JOHN DOE NO. 15, YI FEI FANG, sued herein as JOHN DOE NO. 16, HUANG FANG, sued herein as JANE DOE NO. 17, NO VAN TRAN, sued herein as JOHN DOE NO. 18, JOHN and JANE DOE Nos. 19 through 100, 365 CANAL CORP., sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI SERVICES COMPANY, sued herein as XYZ Co. No. 4, AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No. 5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co. No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ Co. No. 7, and XYZ Company Nos. 8 through 100.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
COLUMBIA PICTURES INDUSTRIES, INC., et al   :
                                            :   07 Civ. 3597
                       Plaintiffs,          :
     - against -                            :
                                            :   **AFFIDAVIT OF SERVICE**
DAVID COHEN, sued herein as JOHN DOE No. 1, et al   :
                                            :
                       Defendants.          :
------------------------------------------------------------------------ x

STATE OF NEW YORK       )
                        ss.:
COUNTY OF NEW YORK      )

David A. Wolf, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen, and reside in the State of New York.

On October 9, 2007, at 1:10 PM I personally served a true copy of the Second Amended Summons and Complaint, the Individual Rules of Practice of Judge Laura Taylor Swain, Individual Practices of Magistrate Judge Francis, and 3rd Amended Instructions for Filing an Electronic Case or Appeal upon Defendant Lu Luan Ngoc, also known as Amy Ngoc by delivering true copies of each to Long Hoang Trinh, her husband, a person of suitable age and discretion, at her actual place of business, 120 Walker Street, New York, NY and by mailing true copies of the same to her at her last known address, 2020 West 12th Street, Brooklyn, NY 11223.

    The following is a description of Long Hoang Trinh, also known as Danny Trinh:
Skin Color: Asian; Sex: Male; Eye Color: Brown; Hair Color: Black;
Aproximate Hgt: 5'4"-5'6"; Approximate Wgt: 130-140lbs; Approximate Age 30-40.

                                                    David Wolf

Sworn to before me
October 10, 2007

Notary Public

NANCI A. EISNER
Notary Public, State of New York
No. 01EI6070009
Qualified in New York County
Commission Expires April 28, 2011

635065v1  010829.0101