AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT
INC. and MARVEL CHARACTERS, INC.

V.

See attached rider.

**SECOND AMENDED**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civ. 3597

TO: (Name and address of Defendant)

No Van Tran
303 Canal Street
New York, NY 10013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Drew Kastner
Moses & Singer, LLP
405 Lexington Ave, 12th Floor
New York, NY 10174

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 2 4 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                    Signature of Server

                                         _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Rider**

<u>Defendants</u>:

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE No. 6, ROBERT BECHT, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 7, EDWARD T. BORG, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 8, GEORGE TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 9, CARL TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 10, THE ESTATE OF VINCENT TERRANOVA, sued herein as JOHN DOE No. 11, LONG HOANG TRINH, also as DANNY TRINH, sued herein as JOHN DOE No. 12, LU LUAN NGOC, also known as AMY NGOC, sued herein as JANE DOE NO. 13, MOHAMMAD SALAH UDDIN, sued herein as JOHN DOE NO. 14, SYED R. SAEED, sued herein as JOHN DOE NO. 15, YI FEI FANG, sued herein as JOHN DOE NO. 16, HUANG FANG, sued herein as JANE DOE NO. 17, NO VAN TRAN, sued herein as JOHN DOE NO. 18, JOHN and JANE DOE Nos. 19 through 100, 365 CANAL CORP., sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI SERVICES COMPANY, sued herein as XYZ Co. No. 4, AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No. 5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co. No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ Co. No. 7, and XYZ Company Nos. 8 through 100.

Form 05 - SUITABLE WITH MAILING
    **MOSES & SINGER LLP**
    **ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK COUNTY
-----------------------------------------------------

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.    plaintiff ETAL | Index No. **07 CIV 3597** |
| - against - | Date Filed .............. |
| | Office No. |
| DAVID CHEN SUED HEREIN AS JOHN DOE    defendant NO.1, ETAL | Court Date:   / / |

-----------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:
**STANLEY P.TOMASETTI**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the
**2nd** day of **October, 2007 02:14 PM**    at
    **303 CANAL ST**
    **NEW YORK, NY 10013**
I served the  **2ND AMENDED SUMMONS, 2ND AMENDED COMPLAINT**
    **JUDGE SWAIN'S AND MAGISTRATE JUDGE FRANCIS RULES**
upon **NO VAN TRAN**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies of the aforementioned documents with
    **"JOHN SMITH" CO-WORKER WHO REFUSED TRUE NAME**
a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **YELLOW**  HAIR: **BLACK**    AGE: **36**  HEIGHT: **5:6**  WEIGHT: **175**
OTHER IDENTIFYING FEATURES:

On **10/04/2007** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.

That address being **actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
4th day of October, 2007k
JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

STANLEY P. TOMASETTI  1192468
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3M&S70956