**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 6 2007

To,
**J. Michael McMahan**
Clerk.
United States District Court.
Southern District of New York

07 Civ 3597

Date: 12th August, 2007

**Reference: Case number – 3597**

<u>Subject: Request for extension of time</u>

**Dear Sir,**
One summons in a civil action (Second amended) has been served upon me by your office on 24th September, 2007 where I have been asked to answer to the complaint by Columbia pictures industries, inc. and others.
I couldn't hire a lawyer to prepare the answer yet. I need some time to do so. I will be grateful if I am allowed 10 to 12 weeks time to hire a lawyer, prepare and submit the answer.

*Thanks.*

(SYED R. SAEED)
One of the defender of
Case number: 3597

Copy for information:-
To,
**W. Drew Kastner**
Moses & Singer, LLP
405 Lexington Ave, 12th Flr.
New York, NY-10174

RECEIVED OCT 15 2007 PRO SE OFFICE

Defendant Sayeed shall enter an appearance by counsel or pro se, and shall respond to the Second Amended Complaint, by December 7, 2007.

SO ORDERED.

LAURA TAYLOR SWAIN  10/25/2007
UNITED STATES DISTRICT JUDGE

RECEIVED OCT 19 2007 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.

Copies mailed to Syed R. Saeed 10-26-07
Chambers of Judge Swain