AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT
INC. and MARVEL CHARACTERS, INC.

V.

See attached rider.

**SECOND AMENDED**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    07 Civ. 3597

TO: (Name and address of Defendant)

Syed R. Saeed
438 MacDonald Ave., Apt. # 1-RE
Brooklyn, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Drew Kastner
Moses & Singer, LLP
405 Lexington Ave, 12th Floor
New York, NY 10174

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON    SEP 24 2007

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                             Date                 *Signature of Server*

                                                      _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Rider**

<u>Defendants</u>:

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE No. 6, ROBERT BECHT, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 7, EDWARD T. BORG, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 8, GEORGE TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 9, CARL TERRANOVA, as Trustee under the Last Will and Testament of Vincent Terranova, sued herein as JOHN DOE No. 10, THE ESTATE OF VINCENT TERRANOVA, sued herein as JOHN DOE No. 11, LONG HOANG TRINH, also as DANNY TRINH, sued herein as JOHN DOE No. 12, LU LUAN NGOC, also known as AMY NGOC, sued herein as JANE DOE NO. 13, MOHAMMAD SALAH UDDIN, sued herein as JOHN DOE NO. 14, SYED R. SAEED, sued herein as JOHN DOE NO. 15, YI FEI FANG, sued herein as JOHN DOE NO. 16, HUANG FANG, sued herein as JANE DOE NO. 17, NO VAN TRAN, sued herein as JOHN DOE NO. 18, JOHN and JANE DOE Nos. 19 through 100, 365 CANAL CORP., sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI SERVICES COMPANY, sued herein as XYZ Co. No. 4, AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No. 5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co. No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ Co. No. 7, and XYZ Company Nos. 8 through 100.

```
Form 02 - SUITABLE AGE              AETNA  CENTRAL  JUDICIAL  SERVICES
         MOSES & SINGER LLP
         ATTN:
U.S.SOUTHERN DIST. COURT       NEW YORK   COUNTY
-------------------------------------------------
                                                     Index No. 07 CIV 3597
COLUMBIA PICTURES INDUSTRIES, INC.      plaintiff
ETAL                                                 Date Filed ............
                  - against -
                                                     Office No.
DAVID COHEN,SUED HEREIN AS JOHN DOE     defendant
NO.1, ETAL                                           Court Date:    /   /
-------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
ABRAHAM FRANCO      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
3rd day of October, 2007   10:30 AM            at
    438 MCDONALD AVE, APT 1-RE
    BROOKLYN, NY
I served the   2ND AMENDED SUMMONS, 2ND AMENDED COMPLAINT
               JUDGE SWAIN'S AND MAGISTRATE JUDGE FRANCIS RULES
upon SYED R.SAEED
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    BEGUM "SMITH", CO-TENANT WHO REFUSED TRUE LAST NAME
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE  COLOR: BROWN   HAIR: BLK/GRAY  AGE: 75  HEIGHT: 5:4  WEIGHT: 150
OTHER IDENTIFYING FEATURES:
On 10/05/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
last known residence, usual place of abode of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
5th  day of  October,         2007n          ..................................
                                             ABRAHAM FRANCO  1098333
BRETT GOLUB                                  AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York             225 BROADWAY, SUITE 1802
    No.01G06129491                           NEW YORK, NY, 10007
 ualified in NASSAU                          Reference No: 3M&S70953
 mmission Expires 06/27/2009
```