# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

W. Drew Kastner
Direct: (212) 554.7833   Fax: (917)206.4389
wdrewkastner@mosessinger.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
NOV 14 2007

November 12, 2007

BY FACSIMILE: (212) 805-0423

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel or unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: *Columbia Pictures Industries, Inc. v. Cohen,*
07 Civ. 3597 (LTS)

Dear Judge Swain:

We are writing to request a one month adjournment of the hearing on Plaintiffs' application for a preliminary injunction and the pre-trial conference, both of which are presently scheduled to be held on November 15, 2007. This is our fifth request to adjourn the hearing on Plaintiffs' application and our fourth request to adjourn the pre-trial conference. The previous requests were all granted.

We request these additional adjournments because Plaintiffs and certain Defendants have filed settlement agreements with the Court and we continue to be actively engaged in settlement discussions with the remaining non-defaulting Defendants.

Thank you for your attention to this matter.

Respectfully submitted,

W. Drew Kastner

Copies Faxed to P/A Counsel
Chambers of Judge Swain  11-14-07

The hearing and conference are adjourned to December 14, 2007 at 9:45 a.m.

Approved this 13 day of November, 2007

Hon. Laura T. Swain

652878v1  010829.0101

## MOSES & SINGER LLP

The Honorable Laura T. Swain
November 12, 2007
Page 2

cc:    Sidney Weisberg, Esq.
        Hugh H. Mo, Esq.
        Leah Terranova, Esq.
        Harry Shapiro, Esq.

634742v1  010829.0101