# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: NOV 1 4 2007         │
└─────────────────────────────────┘
```

W. Drew Kastner
Direct: (212) 554.7833  Fax: (917)206.4389
wdrewkastner@mosessinger.com

November 13, 2007

BY FACSIMILE: (212) 805-0426

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:  *Columbia Pictures Industries, Inc. v. Cohen,*
     07 Civ. 3597 (LTS)

Dear Judge Swain:

We respectfully request that, if the Court approves our application for an order sealing the settlement agreements submitted on November 2, 2007 (the "Settlement Agreements"), that the Court "so-orders" the Settlement Agreements for the purpose of establishing the Court's jurisdiction over the enforcement of the terms contained therein.

Our request is made subject to consent of the following attorneys:

1.  Paul C. Kurland, attorney for Robert Becht, Edward T. Borg, George Terranova, and Carl Terranova;
2.  Sidney A. Weisberg, attorney for Canal Street Designs, Inc.; and
3.  Hugh H. Mo, attorney for Wang Da Inc. d/b/a Wang Da Gift Shop, Yi Fei Fang, and Huang Fei.

Based upon our previous discussions with *pro se* defendants Long Hoang Trinh and Lu Luan Ngoc concerning this matter, we do not believe that they would object in any respect.

Copies ~~mailed~~ Faxed  to  PIA Counsel
                                11-14-07
Chambers of Judge Swain

# MOSES & SINGER LLP

The Honorable Laura T. Swain
November 13, 2007
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

W. Drew Kastner

*The Court will so-order the settlement agreements and file them under seal.*

Approved this 13 day of November, 2007

Hon. Laura T. Swain

cc:  Sidney A. Weisberg, Esq.
     Hugh H. Mo, Esq.
     Paul C. Kurland, Esq.
     Leah Terranova, Esq.
     Harry Shapiro, Esq.