

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION, SONY
PICTURES HOME ENTERTAINMENT INC., and MARVEL
CHARACTERS, INC.

                          Plaintiffs,

  - against -

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV
COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued
herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as
JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN
DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE
No. 6, ROBERT BECHT, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 7, EDWARD T. BORG, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 8, GEORGE TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 9, CARL TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 10, THE ESTATE OF VINCENT TERRANOVA,
sued herein as JOHN DOE No. 11, LONG HOANG TRINH,
also as DANNY TRINH, sued herein as JOHN DOE No. 12,
LU LUAN NGOC, also known as AMY NGOC, sued herein as
JANE DOE NO. 13, MOHAMMAD SALAH UDDIN, sued
herein as JOHN DOE NO. 14, SYED R. SAEED, sued herein as
JOHN DOE NO. 15, YI FEI FANG, sued herein as JOHN DOE
NO. 16, HUANG FANG, sued herein as JANE DOE NO. 17,
NO VAN TRAN, sued herein as JOHN DOE NO. 18, JOHN
and JANE DOE Nos. 19 through 100, 365 CANAL CORP.,
sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG
DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED
TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI
SERVICES COMPANY, sued herein as XYZ Co. No. 4,
AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No.
5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co.
No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ
Co. No. 7, and XYZ Company Nos. 8 through 100,

                          Defendants.

------------------------------------------------------------------x

07 Civ. 3597

**CONSENT JUDGMENT
AS TO DEFENDANT
CANAL STREET
DESIGNS, INC.**



WHEREAS, Plaintiffs Columbia Pictures Industries, Inc., Sony Pictures Releasing Corporation, Sony Pictures Home Entertainment Inc., and Marvel Characters, Inc. (collectively "Plaintiffs") have filed the Complaint, Amended Complaint and Second Amended Complaint in this action against David Cohen, Yaacov Cohen and against Defendants Amsterdam Boutique Inc., and Canal Street Designs, Inc., (hereinafter "Defendant"), alleging that Defendant violated the Copyright Act, 17 U.S.C. § 101 *et seq.*, the Trademark Act, 15 U.S.C. § 1501 *et seq.*, and various United States and New York State common laws, by selling and offering for sale unauthorized and counterfeit DVD-R copies of certain of Plaintiffs' motion pictures, and Plaintiffs are seeking both damages and injunctive relief; and

WHEREAS, Defendant makes no admission of liability regarding the allegations of the Complaint, Amended Complaint or Second Amended Complaint; and

WHEREAS Plaintiffs have accepted Defendant's representations that David Cohen, Yaacov Cohen and Amsterdam Boutique, Inc. had no involvement in the events that are the subject of this action; and

WHEREAS, Plaintiffs and Defendant have entered into a Settlement Agreement dated as of October 31, 2007; and

WHEREAS, Plaintiffs and Defendant submit that there is no just reason for delay of entry of judgment as to the instant Defendants; NOW THEREFORE,

IT IS HEREBY ORDERED that Judgment is entered on the Complaint, Amended Complaint and Second Amended Complaint in favor of Plaintiffs and against Defendant as follows:

607088v5  010829.0101

IT IS FURTHER ORDERED that the Complaint, Amended Complaint and Second Amended Complaint are dismissed with prejudice against David Cohen and Yaacov Cohen, individually, and Amsterdam Boutique, Inc.;

IT IS FURTHER ORDERED that Defendant and its officers, directors, partners, employees, agents, representatives, affiliates, successors in interest are permanently enjoined from the date of this Order from importing, manufacturing, reproducing, distributing, displaying, exhibiting, advertising, promoting, offering for sale and/or selling any counterfeit DVD or DVD-R copies of motion pictures or other materials which infringe the Spider-Man 3 Copyright, or any of Plaintiffs' Copyrights, the Spider-Man Trademark, the Columbia Pictures Trademark, or the Columbia Pictures Lady and Clouds Logo Mark; and,

IT IS FURTHER ORDERED that if Defendant fails to comply with the foregoing paragraph, each such instance of non-compliance shall be enforceable in accordance with the terms of the Settlement Agreement; and

IT IS FURTHER ORDERED that all consideration and other aspects of the agreement between the parties to resolve this action will be governed in accordance with the terms of the Settlement Agreement; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this Action for the purpose of enforcing all of the provisions of this Consent Judgment and the Settlement Agreement.

APPROVED, ACCEPTED AND AGREED TO:

Dated: October 31, 2007

Plaintiffs
Columbia Pictures Industries, Inc.
Sony Pictures Releasing Corporation
Sony Pictures Home Entertainment Inc.
Marvel Characters, Inc.

By: _____
W. Drew Kastner (WK 7251)
Moses & Singer LLP

The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Defendant Canal Street Designs, Inc.

By: _____
David Cohen, President

By: _____
Yaacov Cohen, Secretary

Approved this 13 day of ~~October~~ November, 2007

_____
Hon. Laura T. Swain

607088v5  010829.0101