USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 14 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
COLUMBIA PICTURES INDUSTRIES, INC., :
SONY PICTURES RELEASING CORPORATION, SONY :
PICTURES HOME ENTERTAINMENT INC., and :
MARVEL CHARACTERS, INC. :
:                                            07 Civ. 3597
:
              Plaintiffs, :
    - against - :
:
:                                            **CONSENT JUDGMENT**
DAVID COHEN, sued herein as JOHN DOE No. 1, :    **AS TO DEFENDANTS**
YAACOV COHEN, sued herein as JOHN DOE No. 2, :   **WANG DA INC. d/b/a**
PETER HU, sued herein as JOHN DOE No. 3, RUIHU : **WANG DA GIFT SHOP,**
ZHENG, sued herein as JOHN DOE No. 4, ANWAR :    **YI FEI FANG, AND**
ALAM, sued herein as JOHN DOE No. 5, MICHAEL :   **HUANG FANG**
MARVISI, sued herein as JOHN DOE No. 6, ROBERT :
BECHT, as Trustee under the Last Will and Testament of :
Vincent Terranova, sued herein as JOHN DOE No. 7, :
EDWARD T. BORG, as Trustee under the Last Will and :
Testament of Vincent Terranova, sued herein as JOHN DOE :
No. 8, GEORGE TERRANOVA, as Trustee under the Last :
Will and Testament of Vincent Terranova, sued herein as :
JOHN DOE No. 9, CARL TERRANOVA, as Trustee under :
the Last Will and Testament of Vincent Terranova, sued :
herein as JOHN DOE No. 10, THE ESTATE OF VINCENT :
TERRANOVA, sued herein as JOHN DOE No. 11, LONG :
HOANG TRINH, sued herein as JOHN DOE No. 12, LU :
LUAN NGOC, also known as AMY NGOC, sued herein as :
JANE DOE NO. 13, MOHAMMAD SALAH UDDIN, sued :
herein as JOHN DOE NO. 14, SYED R. SAEED, sued :
herein as JOHN DOE NO. 15, YI FEI FANG, sued herein as :
JOHN DOE NO. 16, HUANG FANG, sued herein as JANE :
DOE NO. 17, JOHN and JANE DOE Nos. 18 through 100, :
365 CANAL CORP., sued herein as XYZ Co. No. 1, WANG :
DA INC. d/b/a WANG DA GIFT SHOP, sued herein as :
XYZ Co. No. 2, SYED TRADING CORP., sued herein as :
XYZ Co. No. 3, JUN YI SERVICES COMPANY, sued :
herein as XYZ Co. No. 4, AMSTERDAM BOUTIQUE :
INC., sued herein as XYZ Co. No. 5, CANAL STREET :
DESIGNS, INC., sued herein as XYZ Co. No. 6, JAVIN :
CANAL REALTY, INC., sued herein as XYZ Co. No. 7, :
and XYZ Company Nos. 8 through 100, :
:
              Defendants. :
------------------------------------------------------------------- x



RECEIVED
NOV 01 2007
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

609599v2 010829.0101

WHEREAS, Plaintiffs Columbia Pictures Industries, Inc., Sony Pictures Releasing Corporation, Sony Pictures Home Entertainment Inc., and Marvel Characters, Inc. (collectively "Plaintiffs") have filed the Complaint, as amended, in this action against Defendants Wang Da Inc., d/b/a Wang Da Gift Shop, Yi Fei Fang and Huang Fang (hereinafter "Defendants"), alleging that Defendants violated the Copyright Act, 17 U.S.C. § 101 *et seq.*, the Trademark Act, 15 U.S.C. § 1501 *et seq.*, and various United States and New York State common laws, by selling and offering for sale unauthorized and counterfeit DVD-R copies of certain of Plaintiffs' motion pictures, and Plaintiffs are seeking both damages and injunctive relief; and

WHEREAS, Plaintiffs and Defendants have entered into a Settlement Agreement dated as of August 23, 2007; and

WHEREAS, Plaintiffs and Defendants submit that there is no just reason for delay of entry of judgment as to the instant Defendants; NOW THEREFORE,

IT IS HEREBY ORDERED that Judgment is entered on the Complaint, Amended Complaint and Second Amended Complaint in favor of Plaintiffs and against Defendants as follows:

IT IS FURTHER ORDERED that Defendants and their principals, officers, directors, partners, employees, agents, representatives, tenants, sub-tenants, affiliates, successors in interest and all persons or entities in active concert or participation with Defendants are permanently enjoined from the date of this Order from importing, manufacturing, reproducing, distributing, displaying, exhibiting, advertising, promoting, offering for sale and/or selling any counterfeit DVD or DVD-R copies of motion pictures or other materials which infringe the Spider-Man 3 Copyright, the copyrights in the Columbia/Sony Motion Pictures, the Spider-Man Trademark, the Columbia Pictures Trademark, or the Columbia Pictures Lady and Clouds Logo Mark; and

IT IS FURTHER ORDERED that if Defendants fail to comply with the foregoing paragraph, Defendants shall pay to Plaintiffs liquidated damages in the amount of $25,000 for each such instance of non-compliance in accordance with the terms of the Settlement Agreement; and

IT IS FURTHER ORDERED that Judgment in the form of monetary damages in the amount of $20,000 is entered in favor of Plaintiffs against Defendants, which sum shall be paid by Defendants to Plaintiffs in accordance with the terms of the Settlement Agreement; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this Action until such time as the settlement payment contained in this Consent Judgment and the Settlement Agreement has been satisfied and for the purpose of enforcing all of the provisions of the same.

APPROVED, ACCEPTED AND AGREED TO:

Dated: August 23, 2007

Plaintiffs
Columbia Pictures Industries, Inc.
Sony Pictures Releasing Corporation
Sony Pictures Home Entertainment Inc.
Marvel Characters, Inc.

By: _____
W. Drew Kastner
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Defendant Wang Da, Inc.

By: _____

Defendant Yi Fei Fang

_Yi Fei Fang_

Defendant Huang Fang

_____

Approved this 13 day of November, 2007

_____
Hon. Laura T. Swain

609599v2  010829.0101