UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION, SONY
PICTURES HOME ENTERTAINMENT INC., and MARVEL
CHARACTERS, INC.

                       Plaintiffs,

  - against -

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV
COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued
herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as
JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN
DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE
No. 6, ROBERT BECHT, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 7, EDWARD T. BORG, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 8, GEORGE TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 9, CARL TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 10, THE ESTATE OF VINCENT TERRANOVA,
sued herein as JOHN DOE No. 11, LONG HOANG TRINH,
also as DANNY TRINH, sued herein as JOHN DOE No. 12,
LU LUAN NGOC, also known as AMY NGOC, sued herein as
JANE DOE NO. 13, MOHAMMAD SALAH UDDIN, sued
herein as JOHN DOE NO. 14, SYED R. SAEED, sued herein as
JOHN DOE NO. 15, YI FEI FANG, sued herein as JOHN DOE
NO. 16, HUANG FANG, sued herein as JANE DOE NO. 17,
NO VAN TRAN, sued herein as JOHN DOE NO. 18, JOHN
and JANE DOE Nos. 19 through 100, 365 CANAL CORP.,
sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG
DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED
TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI
SERVICES COMPANY, sued herein as XYZ Co. No. 4,
AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No.
5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co.
No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ
Co. No. 7, and XYZ Company Nos. 8 through 100,

                       Defendants.
------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 4 2007

07 Civ. 3597

**CONSENT JUDGMENT
AS TO DEFENDANTS
ROBERT BECHT,
EDWARD T. BORG,
GEORGE TERRANOVA
AND CARL
<u>TERRANOVA</u>**



RECEIVED
NOV 01 2007
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

607088v5  010829.0101

WHEREAS, Plaintiffs Columbia Pictures Industries, Inc., Sony Pictures Releasing Corporation, Sony Pictures Home Entertainment Inc., and Marvel Characters, Inc. (collectively "Plaintiffs") have filed the Complaint, as amended, in this action against Defendants Robert Becht, Edward T. Borg, George Terranova, and Carl Terranova, in their capacities as trustees of the trust created under the will of Vincent Terranova, deceased (collectively "Defendants"), alleging that Defendants vicariously and contributorily violated the Copyright Act, 17 U.S.C. § 101 *et seq.*, the Trademark Act, 15 U.S.C. § 1501 *et seq.*, and various United States and New York State common laws, by knowingly permitting the building located at and known as 230 Canal Street, New York, NY, the building located at and known as 232 Canal Street, New York, NY and the building known as and located at 224 Canal Street, New York, NY, also known as 120 Walker Street, New York, NY (collectively the "Premises") to be used for the distribution, sale and offering for sale of unauthorized and counterfeit DVD-R copies of certain of Plaintiffs' motion pictures, and Plaintiffs are seeking both damages and injunctive relief; and

WHEREAS, Plaintiffs and Defendants have entered into a Settlement Agreement dated as of August ____, 2007; and

WHEREAS, Plaintiffs and Defendants submit that there is no just reason for delay of entry of judgment as to the instant Defendants; NOW THEREFORE,

IT IS HEREBY ORDERED that Judgment is entered on the Complaint and Amended Complaint in favor of Plaintiffs and against Defendants as follows:

IT IS FURTHER ORDERED that Defendants and their officers, directors, partners, employees, agents, representatives, tenants, sub-tenants, affiliates, successors in interest and all persons or entities in active concert or participation with Defendants are permanently enjoined from the date of this Order from knowingly renting, leasing, demising or conveying the Premises

to, or knowingly permitting the use of the Premises, or any portion of the Premises, by any person or business that imports, manufactures, reproduces, distributes, displays, exhibits, advertises, promotes, offers for sale and/or sells any counterfeit DVD or DVD-R copies of motion pictures or other materials which infringe the Spider-Man 3 Copyright, or any of Plaintiffs' Copyrights, the Spider-Man Trademark, the Columbia Pictures Trademark, or the Columbia Pictures Lady and Clouds Logo Mark; and

IT IS FURTHER ORDERED that if Defendants fail to comply with the foregoing paragraph and the terms of the Settlement Agreement, Defendants shall pay to Plaintiffs liquidated damages in the amount of $10,000; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this Action pending final judgment of the claims by the Plaintiffs against the Defendants arising out of

violations alleged to have occurred at 230 Canal Street, New York, NY, 232 Canal Street, New York, NY and 224 Canal Street also known as 120 Walker Street, New York, NY and for the purpose of enforcing all of the provisions of the Consent Judgment and the Settlement Agreement.

APPROVED, ACCEPTED AND AGREED TO:

Dated: ~~August~~ Oct 24, 2007

| | |
|---|---|
| Plaintiffs<br>Columbia Pictures Industries, Inc.<br>Sony Pictures Releasing Corporation<br>Sony Pictures Home Entertainment Inc.<br>Marvel Characters, Inc.<br><br>By: _____<br>W. Drew Kastner<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174 | Defendants<br>~~Robert~~ Becht, Trustee<br><br>_____, Trustee<br><br>Edward T. Borg, Trustee<br><br>_____<br>George Terranova, Trustee<br><br>_____<br>Carl Terranova, Trustee<br><br>_____ |

Approved this 13 day of ~~August~~ November, 2007

_____
Hon. Laura T. Swain

violations alleged to have occurred at 230 Canal Street, New York, NY, 232 Canal Street, New York, NY and 224 Canal Street also known as 120 Walker Street, New York, NY and for the purpose of enforcing all of the provisions of the Consent Judgment and the Settlement Agreement.

APPROVED, ACCEPTED AND AGREED TO:

Dated: ~~August~~ October 24, 2007

Plaintiffs
Columbia Pictures Industries, Inc.
Sony Pictures Releasing Corporation
Sony Pictures Home Entertainment Inc.
Marvel Characters, Inc.

By: _____
W. Drew Kastner
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Defendants
Robert Becht, Trustee

_____
Edward T. Borg, Trustee

_____
George Terranova, Trustee

_____
Carl Terranova, Trustee

_____

Approved this ____ day of August, 2007

/See procedure pg/
Hon. Laura T. Swain

violations alleged to have occurred at 230 Canal Street, New York, NY, 232 Canal Street, New York, NY and 224 Canal Street also known as 120 Walker Street, New York, NY and for the purpose of enforcing all of the provisions of the Consent Judgment and the Settlement Agreement.

APPROVED, ACCEPTED AND AGREED TO:

Dated: ~~August~~ October 24, 2007

| Plaintiffs | Defendants |
|---|---|
| Columbia Pictures Industries, Inc. | Robert Becht, Trustee |
| Sony Pictures Releasing Corporation | |
| Sony Pictures Home Entertainment Inc. | |
| Marvel Characters, Inc. | |

By: _____        _____
W. Drew Kastner                    Edward T. Borg, Trustee
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue               _____
New York, New York 10174           George Terranova, Trustee


_____
Carl Terranova, Trustee


Approved this ____ day of August, 2007

_____See page 4 supra_____
Hon. Laura T. Swain

violations alleged to have occurred at 230 Canal Street, New York, NY, 232 Canal Street, New York, NY and 224 Canal Street also known as 120 Walker Street, New York, NY and for the purpose of enforcing all of the provisions of the Consent Judgment and the Settlement Agreement.

APPROVED, ACCEPTED AND AGREED TO:

Dated: ~~August~~ October 24, 2007

| Plaintiffs | Defendants |
|---|---|
| Columbia Pictures Industries, Inc. | Robert Becht, Trustee |
| Sony Pictures Releasing Corporation | |
| Sony Pictures Home Entertainment Inc. | |
| Marvel Characters, Inc. | |

By: _____/s/ W. Drew Kastner_____

W. Drew Kastner
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

_____
Edward T. Borg, Trustee

_____
George Terranova, Trustee

_____
Carl Terranova, Trustee

Approved this ____ day of August, 2007

____see page 4 supra____
Hon. Laura T. Swain

609870v1 010829.0101                                    4