## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                          :ss
COUNTY OF NEW YORK         )

I, Miriam Sampson, being duly sworn, depose:

I am not a party to this action, am over the age of eighteen and reside in the State of New York.

On November 15, 2007, I served the within **Order** by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

Sidney Weisberg, Esq.
Weisberg & Weisberg
98 Cutter Mill Road
Great Neck, NY 11021

Harold Shapiro, Esq.
Smith & Shapiro
116 East 27th Street
New York, NY 10016

Mohammed Salah Uddin
570 East 2nd Street, Apt. 3C
Brooklyn, NY 11218-4984

Leah Terranova, Esq.
120 Walker Street
New York, NY 10013

Jun Yi Services Company
303 Canal Street
New York, NY 10013

Syed R. Saeed
438 McDonald Ave, Apt. 1RE
Brooklyn, NY 11218-2280

_____
Miriam Sampson

Sworn to before me this
15th day of November, 2007

_____
Notary Public

NANCI A. EISNER
Notary Public, State of New York
No. 01EI5076999
Qualified in New York County
Commission Expires April 28, 2011

613157v3  010829.0101