# MEMO ENDORSED



RECEIVED DEC 07 2007 PRO SE OFFICE

To,
**J. Michael McMahan**
Clerk.
United States District Court.
<u>Southern District of New York</u>

**Reference: Case number – 07 CV-3597**

Date: 7th December, '07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2007

<u>Subject: Request for further extension of time</u>

**Dear Sir.**
Thanks for extension of time once on 25th of October '07. I like to draw your kind attention that, I have been served one summons in a civil action (Second amended) by your office on 24th September, 2007 where am to answer to the complaint by Columbia pictures industries, inc. and others.

This is a very critical matter in nature and I realize I can't prepare the answer by myself. And for that I need to hire a lawyer. But unfortunately I couldn't hire any lawyer yet to prepare the answer. I need some more time to do so. I would like to request you to grant me some more 10 to 12 weeks time to hire a lawyer, prepare and submit the answer.

*Thanks.*

**(SYED R. SAEED)**
One of the defender of
Case number: CV-3597

Defendant's time to enter an appearance by counsel or pro se, and to file and serve a written answer or motion in response to the complaint, is extended through January 11, 2008. There will be no further extensions of this deadline.

SO ORDERED.

LAURA TAYLOR SWAIN   12/11/2007
UNITED STATES DISTRICT JUDGE

Copy for information:-
To,
**W. Drew Kastner**
Moses & Singer, LLP
405 Lexington Ave, 12th Flr.
New York, NY-10174



DEC 10 2007
CHAMBERS OF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Columbia Pictures Industries__

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 3597 ( ) ( )

- against -

__Syed R Saeed__

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __Syed R Saeed__, declare under penalty of perjury that I have
*(name)*

served a copy of the attached __Letter__
*(document you are serving)*

upon __W. Drew Castner__ whose address is __405 Lexington Av__
*(name of person served)*

__New York, NY 10174__
*(where you served document)*

by __mail__
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __NY - NY__ ,
*(town/city)* *(state)*

__Dec__ __7__ , 20__07__
*(month)* *(day)* *(year)*

Signature

Address: __438 McDonald Ave__

City, State: __Brooklyn, NY__

Zip Code: __11218__

Telephone Number: __917 498 6893__

Rev. 05/2007