# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800　　Fax: 212.554.7700
www.mosessinger.com

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

W. Drew Kastner
Direct: (212) 554.7833　Fax: (917)206.4389
wdrewkastner@mosessinger.com

December 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2007

BY FACSIMILE: (212) 805-0426

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

　　　　Re:　*Columbia Pictures Industries, Inc. v. Cohen*,
　　　　　　　07 Civ. 3597 (LTS)

Dear Judge Swain:

　　We are writing to request a one month adjournment of the hearing on Plaintiffs' application for a preliminary injunction and the pre-trial conference, both of which are presently scheduled to be held on December 14, 2007. This is our sixth request to adjourn the hearing on Plaintiffs' application and our fifth request to adjourn the pre-trial conference. The previous requests were all granted.

　　We request these additional adjournments because Plaintiffs and certain Defendants have filed settlement agreements with the Court and we continue to be actively engaged in settlement discussions with the remaining non-defaulting Defendants.

　　Thank you for your attention to this matter.

*The hearing and conference are adjourned to February 8, 2008, at 9:45AM.*

Respectfully submitted,

W. Drew Kastner

So ORDERED.
Approved this 11th day of December, 2007

_____
Hon. Laura T. Swain

cc:　Harry Shapiro, Esq. (by facsimile)
　　　Syed R. Saeed (by U.S. Mail)

Copies ~~mailed~~ faxed to Pl/ff Counsel
Chambers of Judge Swain　12-12-07

659994v1 010829.0101