USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 3 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION, SONY
PICTURES HOME ENTERTAINMENT INC., and MARVEL
CHARACTERS, INC.

       Plaintiffs,

 - against -

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV
COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued
herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as
JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN
DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE
No. 6, ROBERT BECHT, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 7, EDWARD T. BORG, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 8, GEORGE TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 9, CARL TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 10, THE ESTATE OF VINCENT TERRANOVA,
sued herein as JOHN DOE No. 11, LONG HOANG TRINH,
also as DANNY TRINH, sued herein as JOHN DOE No. 12,
LU LUAN NGOC, also known as AMY NGOC, sued herein as
JANE DOE NO. 13, MOHAMMAD SALAH UDDIN, sued
herein as JOHN DOE NO. 14, SYED R. SAEED, sued herein as
JOHN DOE NO. 15, YI FEI FANG, sued herein as JOHN DOE
NO. 16, HUANG FANG, sued herein as JANE DOE NO. 17,
NO VAN TRAN, sued herein as JOHN DOE NO. 18, JOHN
and JANE DOE Nos. 19 through 100, 365 CANAL CORP.,
sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG
DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED
TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI
SERVICES COMPANY, sued herein as XYZ Co. No. 4,
AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No.
5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co.
No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ
Co. No. 7, and XYZ Company Nos. 8 through 100,

       Defendants.
------------------------------------------------------------------ x

07 Civ. 3597

**STIPULATION** AND ORDER
**OF DISMISSAL**



633725v1  010829.0101

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Plaintiffs Columbia Pictures Industries, Inc., Sony Pictures Releasing Corporation, Sony Pictures Home Entertainment Inc., and Marvel Characters, Inc. and Defendants 365 Canal Corp. and Michael Marvisi that the above-entitled action has been settled and thus should be, and the same hereby is, dismissed with prejudice and without costs to any party, in accordance with the terms of the parties' Settlement Agreement dated October 31, 2007.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Court shall retain sole and exclusive jurisdiction over the parties herein and the subject hereof for purposes of enabling the parties or any of them to apply for such further orders as may be necessary or appropriate for the construction, modification or enforcement of the parties' Settlement Agreement herein.

Dated: October 31, 2007

Plaintiffs
Columbia Pictures Industries, Inc.
Sony Pictures Releasing Corporation
Sony Pictures Home Entertainment Inc.
Marvel Characters, Inc.

By: _____
W. Drew Kastner (WK 7251)
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Defendants Amsterdam Boutique, Inc.
Michael Marvisi
365 Canal Corp.

By: _____
Sidney Weisberg (SW 7996)
Weisberg & Weisberg
98 Cutter Mill Road
Great Neck, NY 11021

SO ORDERED.

_____ 12/12/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

633725v1 010829.0101