## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
:ss
COUNTY OF NEW YORK )

Miriam Sampson, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen and reside in the State of New York.

On December 13, 2007, I served the within **Order** by transmitting the papers by electronic means to the telephone numbers listed below, which numbers are designated by the attorneys listed below for such purpose. I received a signal from the equipment of each attorney served indicating that the transmission was received. Additionally, I also mailed true copies thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

Harold Shapiro, Esq.
Smith & Shapiro
116 East 27th Street
New York, NY 10016
Fax: (212) 779-7881

Mohammed Salah Uddin
570 East 2nd Street, Apt. 3C
Brooklyn, NY 11218-4984

Syed R. Saeed
438 McDonald Ave, Apt. 1RE
Brooklyn, NY 11218-2280

_____
Miriam Sampson

Sworn to before me this
13th day of December, 2007

_____
Notary Public

NANCI A. EISNER
Notary Public, State of New York
No. 01EI5076999
Qualified in New York County
Commission Expires April 28, 2011

613157v4  010829.0101