[RECEIVED JAN 23 2008 PRO SE OFFICE]

[MEMO ENDORSED]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JAN 2 5 2008]

To,
J. Michael McMahan
Clerk.
United States District Court.
Southern District of New York

Date: 23 January, '08

**Reference: Case number – 07 CV-3597**

Subject: Request for further extension of time

**Dear Sir.**

.I like to draw your kind attention to the fact that, I am served one summons in a civil action (Second amended) by your office where I was asked to answer to the complaint by Columbia pictures industries inc. and others. Due to financial problem I could not hire a lawyer to prepare the answer so I prayed for extension of time. Later my prayer was granted and I was asked to submit the answer by 7th December, '07. But I could not overcome my financial hardship and was unable to hire any lawyer. So on 07th December '08 I again made prayer to allow me some more time.

After filing the application I was waiting to know the decision but may be I missed the mail so was uninformed about courts verdict. Now I come to know that my prayer was granted and I was allowed some more time to submit answer. As I was not informed so I could not submit the answer timely.

Now I am ready and can submit the answer. For that I pray for one more week time. I shall be obliged if I am allowed prayed time to submit the answer to the complaints..

*Thanks and with best of regards-*

**(SYED R. SAEED)**
One of the defender of
Case number: CV-3597

Mr Saeed's time to enter an appearance and respond to the Complaint is extended to January 31, 2008.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
1/24/08

Copy for information:-
To,
**W. Drew Kastner**
Moses & Singer, LLP
405 Lexington Ave, 12th Flr.
New York, NY-10174

[RECEIVED JAN - - ---- LAURA TAYLOR SWAIN U.S.D.J.]

Copies mailed/faxed to Syed Saeed
Chambers of Judge Swain  1-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Columbia Pictures_

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 3597 (-5)( )

- against -

_Syed Saeed_

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, _Syed Saeed_, declare under penalty of perjury that I have
(name)

served a copy of the attached _letter on extension of time_
(document you are serving)

upon _Matthew Kesthei_ whose address is _1105_
(name of person served)

_Lexington Ave. NY NY 10174_
(where you served document)

by _mail_.
(how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _NY_, _NY_
(town/city) (state)

_January 23_, 20_08_
(month) (day) (year)

Signature _/s/_

Address _725 Macdonald Ave_

City, State _Brooklyn NY 11218_

Zip Code _11218_

Telephone Number _(917) 441-1193_

Rev 05/2007