# AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                           :ss
COUNTY OF NEW YORK        )

I, Miriam Sampson, being duly sworn, depose:

I am not a party to this action, am over the age of eighteen and reside in the State of New York.

On February 7, 2008, I served the within **Order** by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

Mohammed Salah Uddin
570 East 2nd Street, Apt. 3C
Brooklyn, NY 11218-4984

Syed R. Saeed
438 McDonald Ave, Apt. 1RE
Brooklyn, NY 11218-2280

_____
Miriam Sampson

Sworn to before me this
7th day of February, 2008

_____
Notary Public

NANCI A. EISNER
Notary Public, State of New York
No. 01EI5076999
Qualified in New York County
Commission Expires April 28, 2011

613157v5  010829.0101