# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com
W. Drew Kastner
Direct: (212) 554.7833   Fax: (917)206.4389
wdrewkastner@mosessinger.com





February 25, 2008

BY U.S. MAIL

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

> Re: *Columbia Pictures Industries, Inc. v. Cohen*,
> 07 Civ. 3597 (LTS)

Dear Judge Swain:

We are writing to inform the Court that we have reached a settlement agreement with defendant Javin Canal Realty, Inc. and are enclosing a Stipulation of Dismissal between Plaintiffs and Javin Canal Realty, Inc. Because the enclosed Stipulation of Dismissal references the Settlement Agreement between the parties and grants the Court the right to retain jurisdiction for the purpose of enforcing the Settlement Agreement, we are also enclosing a copy of the Settlement Agreement.

We respectfully request that the Court review and "so-order" the Stipulation of Dismissal and the Settlement Agreement. We further respectfully request that the Settlement Agreement be reviewed and maintained in the records of the Court under seal. We request that the Court consider my enclosed affidavit as it sets forth in further detail the factual basis for our request to file the Settlement Agreement under seal. We note that our request is made at the insistence of and with the consent of Harry Shapiro, Esq., attorney of record for defendant Javin Canal Realty, Inc.

Thank you for your attention to this matter.

*The application to file the Settlement Agreement under seal is granted.*
*SO ORDERED.*

Respectfully submitted,

W. Drew Kastner

/s/ 2/29/08

DAW:a

cc: Harry Shapiro, Esq. (w/o enclosures)

674299v1 010829.0101