# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800  Fax: 212.554.7700
www.mosessinger.com

W. Drew Kastner
Direct: (212) 554.7833  Fax: (917)206.4389
wdrewkastner@mosessinger.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 7 2008

March 6, 2008

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

BY FACSIMILE: (212) 805-0426

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re:  *Columbia Pictures Industries, Inc. v. Cohen*,
     07 Civ. 3597 (LTS)

Dear Judge Swain:

We are writing to request a one month adjournment of the hearing on Plaintiffs' application for a preliminary injunction and the pre-trial conference, both of which are presently scheduled to be held on March 14, 2008. This is our eighth request to adjourn the hearing on Plaintiffs' application and our seventh request to adjourn the pre-trial conference. The previous requests were all granted.

We request these additional adjournments because Plaintiffs and certain Defendants have filed settlement agreements with the Court and we continue to be actively engaged in settlement discussions with the remaining non-defaulting Defendants. In addition, I am going to be out of the state and unable to attend due to a personal matter in Florida on March 14th.

676931v1 010829.0101

## MOSES & SINGER LLP

The Honorable Laura T. Swain
March 6, 2008
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

W. Drew Kastner

*The hearing and conference are adjourned to April 18, 2008, at 9:45AM.*

Approved this 6th day of March, 2008

Hon. Laura T. Swain

cc: Syed R. Saeed (by U.S. Mail)

669289v1 010829.0101