UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION,
SONY PICTURES HOME ENTERTAINMENT INC.,
and MARVEL CHARACTERS, INC.

                  Plaintiffs,

    - against -

DAVID COHEN, sued herein as JOHN DOE No. 1,
YAACOV COHEN, sued herein as JOHN DOE No. 2,
PETER HU, sued herein as JOHN DOE No. 3, RUIHU
ZHENG, sued herein as JOHN DOE No. 4, ANWAR
ALAM, sued herein as JOHN DOE No. 5, MICHAEL
MARVISI, sued herein as JOHN DOE No. 6,
ROBERT BECHT, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN
DOE No. 7, EDWARD T. BORG, as Trustee under
the Last Will and Testament of Vincent Terranova,
sued herein as JOHN DOE No. 8, GEORGE
TERRANOVA, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN
DOE No. 9, CARL TERRANOVA, as Trustee under
the Last Will and Testament of Vincent Terranova,
sued herein as JOHN DOE No. 10, THE ESTATE OF
VINCENT TERRANOVA, sued herein as JOHN DOE
No. 11, JOHN and JANE DOE Nos. 12 through 100,
365 CANAL CORP., sued herein as XYZ Co. No. 1,
WANG DA INC. d/b/a WANG DA GIFT SHOP, sued
herein as XYZ Co. No. 2, SYED TRADING CORP.,
sued herein as XYZ Co. No. 3, JUN YI SERVICES
COMPANY, sued herein as XYZ Co. No. 4,
AMSTERDAM BOUTIQUE INC., sued herein as
XYZ Co. No. 5, CANAL STREET DESIGNS, INC.,
sued herein as XYZ Co. No. 6, JAVIN CANAL
REALTY, INC., sued herein as XYZ Co. No. 7, and
XYZ Company Nos. 8 through 100,

                  Defendants.
------------------------------------------------------------------- x

07 Civ. 3597

**AFFIDAVIT OF SERVICE**

613157v5  010829.0101

STATE OF NEW YORK            )
                             :ss
COUNTY OF NEW YORK           )

I, Miriam Sampson, being duly sworn, depose:

I am not a party to this action, am over the age of eighteen and reside in the State of New York.

On March 11, 2008, I served the within **Order** by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

Mohammed Salah Uddin            Syed R. Saeed
570 East 2nd Street, Apt. 3C    438 McDonald Ave, Apt. 1RE
Brooklyn, NY 11218-4984         Brooklyn, NY 11218-2280

_____
Miriam Sampson

Sworn to before me this
11th day of March, 2008

_____
Notary Public

NANCI A. EISNER
Notary Public, State of New York
No. 01EI5076999
Qualified in New York County
Commission Expires April 28, 2011

613157v5 010829.0101

# MOSES & SINGER LLP



THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

W. Drew Kastner
Direct: (212) 554.7833  Fax: (917)206.4389
wdrewkastner@mosessinger.com

March 6, 2008

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

BY FACSIMILE: (212) 805-0426

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courtho___
500 Pearl Street, Room 755
New York, NY 10007

Re:  *Columbia Pictures Industries, Inc. v. Cohen*,
     07 Civ. 3597 (LTS)

Dear Judge Swain:

We are writing to request a one month adjournment of the hearing on Plaintiffs' application for a preliminary injunction and the pre-trial conference, both of which are presently scheduled to be held on March 14, 2008. This is our eighth request to adjourn the hearing on Plaintiffs' application and our seventh request to adjourn the pre-trial conference. The previous requests were all granted.

We request these additional adjournments because Plaintiffs and certain Defendants have filed settlement agreements with the Court and we continue to be actively engaged in settlement discussions with the remaining non-defaulting Defendants. In addition, I am going to be out of the state and unable to attend due to a personal matter in Florida on March 14th.

676931v1  010829.0101

# MOSES & SINGER LLP

The Honorable Laura T. Swain
March 6, 2008
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

W. Drew Kastner

The hearing and conference are adjourned to April 18, 2008, at 9:45AM.

Approved this 6th day of March, 2008

Hon. Laura T. Swain

cc:    Syed R. Saeed (by U.S. Mail)

669289v1  010829.0101