# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800　　Fax: 212.554.7700
www.mosessinger.com

David A. Wolf
Direct: (212) 554.7663　Fax: (212) 377.6063
dwolf@mosessinger.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 6 2008

April 15, 2008

BY FACSIMILE: (212) 805-0426

**MEMO ENDORSED**

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

　　　　　　Re:　*Columbia Pictures Industries, Inc. v. Cohen,*
　　　　　　　　　07 Civ. 3597 (LTS)

Dear Judge Swain:

　　　　We are writing to request a final one month adjournment of the hearing on Plaintiffs' application for a preliminary injunction and the pre-trial conference, both of which are presently scheduled to be held on April 18, 2008. This is our ninth request to adjourn the hearing on Plaintiffs' application and our eighth request to adjourn the pre-trial conference. The previous requests were all granted.

　　　　We request these additional adjournments because W. Drew Kastner, the partner handling this matter, has recently left our firm. In addition, Plaintiffs continue to pursue settlement agreements with the remaining Defendants and intend to file requests to enter defaults against defendants Syed Trading Corp. and Mohammad Salah Uddin.

685145v1 010829.0101

# MOSES & SINGER LLP

Honorable Laura T. Swain
April 15, 2008
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

David A. Wolf

*The final adjournment request is granted. The matter is adjourned to May 23, 2008, at 9:45AM. Counsel's attention is directed to the default application provisions of the undersigned's Individual Practices Rules.*

Approved this 15th day of April, 2008

Hon. Laura T. Swain

cc:   Syed R. Saeed (by U.S. Mail)

669289v1  010829.0101