

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

APR 2 4 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION, SONY
PICTURES HOME ENTERTAINMENT INC., and MARVEL
CHARACTERS, INC.

                  Plaintiffs,

- against -

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV
COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued
herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as
JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN
DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE
No. 6, ROBERT BECHT, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 7, EDWARD T. BORG, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 8, GEORGE TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 9, CARL TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 10, THE ESTATE OF VINCENT TERRANOVA,
sued herein as JOHN DOE No. 11, LONG HOANG TRINH,
also as DANNY TRINH, sued herein as JOHN DOE No. 12,
LU LUAN NGOC, also known as AMY NGOC, sued herein as
JANE DOE NO. 13, MOHAMMAD SALAH UDDIN, sued
herein as JOHN DOE NO. 14, SYED R. SAEED, sued herein as
JOHN DOE NO. 15, YI FEI FANG, sued herein as JOHN DOE
NO. 16, HUANG FANG, sued herein as JANE DOE NO. 17,
NO VAN TRAN, sued herein as JOHN DOE NO. 18, JOHN
and JANE DOE Nos. 19 through 100, 365 CANAL CORP.,
sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG
DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED
TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI
SERVICES COMPANY, sued herein as XYZ Co. No. 4,
AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No.
5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co.
No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ
Co. No. 7, and XYZ Company Nos. 8 through 100,

                  Defendants.

------------------------------------------------------------X

07 Civ. 3597 (LTS)

**NOTICE OF
DISMISSAL
WITHOUT
PREJUDICE**

681216v1  010829 0101

PLEASE TAKE NOTICE, that Plaintiffs Columbia Pictures Industries, Inc., Sony Pictures Releasing Corporation, Sony Pictures Home Entertainment Inc., and Marvel Characters, Inc. (collectively "Plaintiffs") hereby dismiss the above-captioned action as against defendants Peter Hu, Ruihu Zheng, Anwar Alam, The Estate of Vincent Terranova, No Van Tran and Jun Yi Services Company, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, without prejudice and without costs to any party.

MOSES & SINGER LLP

By: _____

W. Drew Kastner
405 Lexington Avenue
New York, New York 10174
(212) 554-7800
Attorneys for Plaintiffs

681216v1 010829.0101