UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
COLUMBIA PICTURES INDUSTRIES, INC.  :
:
Plaintiff,  :
:           ORDER OF REFERENCE
-v-  :           TO A MAGISTRATE JUDGE
:
COHEN, et al.,  :           07 Civ. 3597 (LTS)(JCF)
:
Defendants.  :
-------------------------------------------------------------- X

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| ___ | Inquest After Default/Damages Hearing | | |
| | | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          May 14, 2008

                                            LAURA TAYLOR SWAIN
                                            United States District Judge