# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800  Fax: 212.554.7700
www.mosessinger.com

David A. Wolf
Direct: (212) 554.7663 | Fax: (212)377.6063
dwolf@mosessinger.com

May 14, 2008

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 6 2008

BY FACSIMILE: (212) 805-0426

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

    Re: *Columbia Pictures Industries, Inc. v. Cohen,*
        07 Civ. 3597 (LTS)(JCF)

Dear Judge Swain:

    We are writing to request that the above-captioned case be referred to Magistrate Judge Francis to conduct a settlement conference. If the Court refers the case to Magistrate Judge Francis, Plaintiffs respectfully request that the Court adjourn the hearing on Plaintiffs' application for a preliminary injunction and the pre-trial conference, both of which are presently scheduled to be held on May 23, 2008. This is our tenth request to adjourn the hearing on Plaintiffs' application and our ninth request to adjourn the pre-trial conference. The previous requests were all granted.

    Thank you for your attention to this matter.

*The pre trial conference and preliminary injunction hearing are adjourned sine die. An order of reference has been entered.*

Respectfully submitted,

David A. Wolf

Approved this 14th day of May, 2008

Hon. Laura T. Swain

cc:    Syed R. Saeed (by U.S. Mail)

691720v1  010829.0101