USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 12 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

COLUMBIA PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORPORATION, SONY
PICTURES HOME ENTERTAINMENT INC., and MARVEL
CHARACTERS, INC.

                              Plaintiffs,

   - against -

DAVID COHEN, sued herein as JOHN DOE No. 1, YAACOV
COHEN, sued herein as JOHN DOE No. 2, PETER HU, sued
herein as JOHN DOE No. 3, RUIHU ZHENG, sued herein as
JOHN DOE No. 4, ANWAR ALAM, sued herein as JOHN
DOE No. 5, MICHAEL MARVISI, sued herein as JOHN DOE
No. 6, ROBERT BECHT, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 7, EDWARD T. BORG, as Trustee under the Last Will and
Testament of Vincent Terranova, sued herein as JOHN DOE
No. 8, GEORGE TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 9, CARL TERRANOVA, as Trustee under the Last
Will and Testament of Vincent Terranova, sued herein as JOHN
DOE No. 10, THE ESTATE OF VINCENT TERRANOVA,
sued herein as JOHN DOE No. 11, LONG HOANG TRINH,
also as DANNY TRINH, sued herein as JOHN DOE No. 12,
LU LUAN NGOC, also known as AMY NGOC, sued herein as
JANE DOE NO. 13, MOHAMMAD SALAH UDDIN, sued
herein as JOHN DOE NO. 14, SYED R. SAEED, sued herein as
JOHN DOE NO. 15, YI FEI FANG, sued herein as JOHN DOE
NO. 16, HUANG FANG, sued herein as JANE DOE NO. 17,
NO VAN TRAN, sued herein as JOHN DOE NO. 18, JOHN
and JANE DOE Nos. 19 through 100, 365 CANAL CORP.,
sued herein as XYZ Co. No. 1, WANG DA INC. d/b/a WANG
DA GIFT SHOP, sued herein as XYZ Co. No. 2, SYED
TRADING CORP., sued herein as XYZ Co. No. 3, JUN YI
SERVICES COMPANY, sued herein as XYZ Co. No. 4,
AMSTERDAM BOUTIQUE INC., sued herein as XYZ Co. No.
5, CANAL STREET DESIGNS, INC., sued herein as XYZ Co.
No. 6, JAVIN CANAL REALTY, INC., sued herein as XYZ
Co. No. 7, and XYZ Company Nos. 8 through 100,

                              Defendants.
-------------------------------------------------------------x

07 Civ. 3597 (LTS)

**MOHAMMAD SALAH UDDIN CONSENT JUDGMENT**

WHEREAS, Plaintiffs Columbia Pictures Industries, Inc., Sony Pictures Releasing Corporation, Sony Pictures Home Entertainment Inc., and Marvel Characters, Inc. (collectively "Plaintiffs") have filed the Complaint, Amended Complaint and Second Amended Complaint, in this action against Defendant Mohammad Salah Uddin ( "Defendant"), alleging that Defendant violated the Copyright Act, 17 U.S.C. § 101 *et seq.*, the Trademark Act, 15 U.S.C. § 1501 *et seq.*, and various United States and New York State common laws, by participating in the distribution, sale and offering for sale of unauthorized and counterfeit DVD-R copies of certain of Plaintiffs' motion pictures, and Plaintiffs are seeking both damages and injunctive relief; and

WHEREAS, Plaintiffs and Defendant have entered into a Settlement Agreement dated as of July 17, 2008; and

WHEREAS, Plaintiffs and Defendant submit that there is no just reason for delay of entry of judgment as to the instant Defendants; NOW THEREFORE,

IT IS HEREBY ORDERED that Judgment is entered on the Second Amended Complaint in favor of Plaintiffs and against Defendants as follows:

IT IS FURTHER ORDERED that Defendant and his partners, employees, agents, representatives, affiliates, successors in interest and all persons or entities in active concert or participation with Defendant are permanently enjoined from the date of this Order from knowingly importing, manufacturing, reproducing, distributing, displaying, exhibiting, advertising, promoting, offering for sale and/or selling any counterfeit DVD or DVD-R copies of motion pictures or other materials which infringe the Spider-Man 3 Copyright, or any of Plaintiffs' Copyrights, the Spider-Man Trademark, the Columbia Pictures Trademark, or the Columbia Pictures Lady and Clouds Logo Mark; and

IT IS FURTHER ORDERED that if Defendant fails to comply with the foregoing paragraph and the terms of the Settlement Agreement, Defendant shall pay to Plaintiffs liquidated damages in the amount of $50,000; and

IT IS FURTHER ORDERED that Judgment in the form of monetary damages in the amount of $5,000 is entered in favor of Plaintiffs against Defendant, which sum shall be paid by Defendant to Plaintiffs in accordance with the terms of the Settlement Agreement; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this Action for the purpose of enforcing all of the provisions of the Consent Judgment and the Settlement Agreement.

APPROVED, ACCEPTED AND AGREED TO:

Dated: July 17, 2008

Plaintiffs
Columbia Pictures Industries, Inc.
Sony Pictures Releasing Corporation
Sony Pictures Home Entertainment Inc.
Marvel Characters, Inc.

By: _____
David A. Wolf
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Defendant
Mohammad Salah Uddin

_____

Approved this 11th day of ~~July~~ August, 2008

_____
Hon. Laura T. Swain